B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, __Richard P. Garden, Jr.__ (name), certify that service of this summons and a copy of the complaint was made __July 30, 2024__ (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
    Michelle L. Zuhlke
    909 Emerson St.
    Creighton, NE 68729

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __7/30/2024__    Signature __/s/ Richard P. Garden, Jr. - #17685__

Print Name: __Richard P. Garden, Jr.__

Business Address: __233 S. 13 St., Suite 1900__
__Lincoln, NE 68508__

__(402) 474-6900__