IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE:<br><br>ALDEN H. ZUHLKE and<br>LISA A. ZUHLKE,<br><br>                Debtors. | Case No. BK 24-40267-BSK<br>(Chapter 7) |
| PHILIP M. KELLY, CHAPTER 7 TRUSTEEE,<br><br>                Plaintiff,<br>v.<br><br>ALDEN H. ZUHLKE, LISA A. ZUHLKE, DEREK A. ZUHLKE and KIMBERLY A. ZUHLKE, DILLAN A. ZUHLKE and MICHELLE L. ZUHLKE,<br><br>                Defendants. | A24-4011-BSK<br><br>**PLAINTIFF'S NOTICE OF SERVICE OF INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)** |

      COMES NOW the Plaintiff Philip M. Kelly, Chapter 7 Trustee, and gives notice that on this 1st day of November, 2024, he served his Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) upon the Defendants Derek Zuhlke, Kimberly Zuhlke, Dillan Zuhlke and Michelle Zuhlke via electronic mail addressed to their counsel, Lauren R. Goodman at lgoodman@mcgrathnorth.com.

                                  PHILIP M. KELLY, CHAPTER 7 TRUSTEE

                                    By:  /s/ Richard P. Garden, Jr.
                                          Richard P. Garden, Jr. - #17685
                                          John F. Zimmer, V - #26127
                                          CLINE WILLIAMS
                                          WRIGHT JOHNSON & OLDFATHER, L.L.P.
                                          233 South 13th Street
                                          1900 U.S. Bank Building
                                          Lincoln, NE 68508-2095
                                          (402) 474-6900
                                          rgarden@clinewilliams.com
                                          jzimmer@clinewilliams.com

CERTIFICATE OF SERVICE

    I hereby certify that on November 1, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of said filing to all CM/ECF participants.

                                                      /s/ Richard P. Garden, Jr.
                                                      Richard P. Garden, Jr.

4889-0559-0517, v. 1