IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: | Case No. BK 24-40267-BSK |
| | (Chapter 7) |
| ALDEN H. ZUHLKE and | |
| LISA A. ZUHLKE, | |
| | |
| Debtors. | |
| | |
| PHILIP M. KELLY, CHAPTER 7 TRUSTEEE, | A24-4011-BSK |
| | |
| Plaintiff, | NOTICE OF DEPOSITIONS |
| | |
| v. | |
| | |
| ALDEN H. ZUHLKE, LISA A. ZUHLKE, DEREK A. ZUHLKE and KIMBERLY A. ZUHLKE, DILLAN A. ZUHLKE and MICHELLE L. ZUHLKE, | |
| | |
| Defendants. | |

Notice is hereby given that on January 6, 2025, the Plaintiff, Philip M. Kelly, Chapter 7 Trustee, will take the depositions of Andy Pfeifer, Colin Freeman and Jonathan Bohling, pursuant to Fed. R. Civ. P. 30. Said depositions shall take place at the law offices of Peetz Koerwitz & Lafleur, PC LLO, 5825 S. 14th Street, Suite 200, Lincoln, NE 68512 commencing at the hour of 9:00 a.m. CST.  The depositions will be transcribed by a certified court reporter and will be used for discovery and evidence in the above-referenced matter and may continue from day-to-day until completed.

PHILIP M. KELLY, CHAPTER 7 TRUSTEE

By: /s/ Richard P. Garden, Jr.
Richard P. Garden, Jr. - #17685
John F. Zimmer, V - #26127
CLINE WILLIAMS
WRIGHT JOHNSON & OLDFATHER, L.L.P.
233 South 13th Street
1900 U.S. Bank Building
Lincoln, NE 68508-2095
(402) 474-6900
rgarden@clinewilliams.com
jzimmer@clinewilliams.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of said filing to all CM/ECF participants and upon Brian Koerwitz via electronic mail addressed to bkoerwitz@eptlawfirm.com.

/s/ Richard P. Garden, Jr.
Richard P. Garden, Jr.

4888-5759-2574, v. 1