IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE:<br><br>ALDEN H. ZUHLKE and<br>LISA A. ZUHLKE,<br><br>Debtors. | Case No. BK 24-40267-BSK<br>(Chapter 7) |
| PHILIP M. KELLY, CHAPTER 7 TRUSTEEE,<br><br>Plaintiff,<br><br>v.<br><br>ALDEN H. ZUHLKE, LISA A. ZUHLKE, DEREK A. ZUHLKE and KIMBERLY A. ZUHLKE, DILLAN A. ZUHLKE and MICHELLE L. ZUHLKE,<br><br>Defendants. | A24-4011-BSK<br><br>AMENDED NOTICE<br>OF DEPOSITIONS |

Notice is hereby given that on January 21, 2025, the Plaintiff, Philip M. Kelly, Chapter 7 Trustee, will take the depositions of Collin Freeman and Jonathan Bohling, pursuant to Fed. R. Civ. P. 30. Said depositions shall take place at the law offices of Peetz Koerwitz & Lafleur, PC LLO, 5825 S. 14th Street, Suite 200, Lincoln, NE 68512 commencing at the hour of 9:00 a.m. CST.  The depositions will be transcribed by a certified court reporter and will be used for discovery and evidence in the above-referenced matter and may continue from day-to-day until completed.

PHILIP M. KELLY, CHAPTER 7 TRUSTEE

By: /s/ Richard P. Garden, Jr.
Richard P. Garden, Jr. - #17685
John F. Zimmer, V - #26127
CLINE WILLIAMS
WRIGHT JOHNSON & OLDFATHER, L.L.P.
233 South 13th Street
1900 U.S. Bank Building
Lincoln, NE 68508-2095
(402) 474-6900
rgarden@clinewilliams.com
jzimmer@clinewilliams.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of said filing to all CM/ECF participants and upon Brian Koerwitz via electronic mail addressed to bkoerwitz@eptlawfirm.com.

/s/ Richard P. Garden, Jr.
Richard P. Garden, Jr.

4938-2121-7029, v. 1