# Richard P. Garden Jr.

| | | |
|---|---|---|
| **From:** | Brian Koerwitz <BKoerwitz@eptlawfirm.com> |  |
| **Sent:** | Tuesday, November 12, 2024 2:06 PM | |
| **To:** | Richard P. Garden Jr. | |
| **Cc:** | Jim Titus | |
| **Subject:** | RE: depositions of Farm Credit representatives | |
| **Attachments:** | Stipulation Re- FCS Lien Position.docx | |

Dick, per our call, I will reach out to my client to look for dates between now and the end of December.  In addition, I understand your position that Rabo is not currently pursuing a claim against FCSA and is not asserting that FCSA's lien does not have priority.  You have made this point clear previously.  However, as I indicated, there is concern of potential prejudice to FCSA if a judgment is entered in the adversary proceeding.  In that regard, I have attached a proposed stipulation for your review, which states that FCSA's lien has priority.  If you would like to propose language to narrow the stipulation, I would be happy to review your edits.

**Brian S. Koerwitz**
**Attorney at Law**
**Peetz Koerwitz & Lafleur, PC LLO**
bkoerwitz@eptlawfirm.com
Direct 402-904-8176
Fax 402-904-7097
5825 S. 14th Street, Suite 200  |
Lincoln, NE 68512  |  eptlawfirm.com

**Like and follow us on:**





NOTE: This email (including attachments) may be attorney/client privileged and is confidential information covered by the Electronic Communications Privacy Act 18 U.S.C. Sections 2510-2521 and other applicable laws. This email is intended only for the use of the intended recipient. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are notified that any retention, dissemination, distribution or copying of this communication is prohibited. If you have received this communication in error, please immediately notify us by return email. Thank you.

---

**From:** Richard P. Garden Jr. <RGarden@CLINEWILLIAMS.COM>
**Sent:** Monday, November 11, 2024 10:11 AM
**To:** Brad Easland <beasland@neattys.com>; Goodman, Lauren <LGoodman@mcgrathnorth.com>; Brian Koerwitz <BKoerwitz@eptlawfirm.com>
**Cc:** Phil Kelly <pkelly@scottsblufflaw.com>; Brad.Bakker@raboag.com
**Subject:** depositions of Farm Credit representatives

Counsel:

I will take the depositions of Andy Pfeifer, Colin Freeman and Jonathan Bohling and perhaps Mandy Hoistad, in connection with the two adversary proceedings.

Ms. Hoistad prepared the appraisal for Farm Credit Services of American dated March 11, 2022, in connection with the financing provided by Farm Credit to Dillan and Michelle Zuhlke. Unless we can stipulate as to the receipt of this appraisal into evidence, we can

1

stipulate to a telephonic deposition of Ms. Hoistad pursuant to Rule 30(a)(4) or we can have the court consider whether the deposition may be taken telephonically.

Mr. Bohling is a Farm Credit employee that signed the appraisal for Farm Credit dated December 20, 2021, in connection wit the financing provided by Farm Credit to Derek and Kimberly Zuhlke.  I believe Mr. Bohling is located in Lincoln and we can take that deposition in Lincoln.

Mr. Freeman is a Farm Credit employee who I believe offices in Pierce, Nebraska.  Brian, would Mr. Freeman be willing to travel to Lincoln for his deposition?

Finally, I understand that Mr. Pfeifer is a Farm Credit employee who I believe offices in Norfolk, Nebraska.  Brian, would Mr. Pfeifer be willing to travel to Lincoln for his deposition?

Please let me know about the telephonic deposition of Mandy Hoistad as well as the location(s) of the other depositions.  I would like to get dates for these before the end of the year.  It may be best if we schedule a conference call this week to discuss dates, locations and the necessity for Ms. Hoistad's deposition. Let me know when you are available for a call.

Dick



**RICHARD P. GARDEN, JR.** | Partner
**CLINE WILLIAMS WRIGHT JOHNSON & OLDFATHER, L.L.P**.
233 South 13th Street | 1900 US Bank Bldg. | Lincoln, NE 68508
Direct: 402.479.7141 | Main: 402.474.6900 | www.clinewilliams.com
Lincoln | Omaha | Aurora | Fort Collins | Holyoke