IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE:<br><br>ALDEN H. ZUHLKE and<br>LISA A. ZUHLKE,<br><br>Debtors.<br><br>---<br><br>PHILIP M. KELLY, CHAPTER 7 TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>ALDEN H. ZUHLKE, LISA A. ZUHLKE, DEREK A. ZUHLKE and KIMBERLY A. ZUHLKE, DILLAN A. ZUHLKE and MICHELLE L. ZUHLKE,<br><br>Defendants. | Case No. BK 24-40267-BSK<br>(Chapter 7)<br><br><br><br>ADV PRO. No. 24-4011<br><br><br>**AMENDED CERTIFICATE OF SERVICE** |

The undersigned attorney does hereby amend its Certificate of Service as part of the Motion to Compel Compliance with Third-Party Subpoena Duces Tecum (Doc. 37) ("Motion") filed in the Adversary Proceeding No. 24-4011 on January 10, 2025. The Motion was sent via electronic mail to the following counsel on January 12, 2025:

> Ron Temple
> rtemple@FVTlawyers.com

and by U.S. regular and certified mail on January 10, 2025 to:

> Sunshine Ranch
> Attn: Doug Hall
> 85882 256 Ave.
> Neligh, NE  68756

DATED this 14th day of January, 2025.

                DEREK A. ZUHLKE and KIMBERLY A.
                ZUHLKE, and DILLAN A. ZUHLKE and
                MICHELLE L. ZUHLKE Defendants

                By:    /s/ *Lauren R. Goodman*
                Lauren R. Goodman (#24645)
                McGrath North Mullin & Kratz, PC LLO
                First National Tower, Suite 3700
                1601 Dodge Street
                Omaha, NE  68102
                (402)341-3070
                (402)341-0216 (fax)
                lgoodman@mcgrathnorth.com
                ATTORNEY FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on the 14th day of January, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all parties of record.

                */s/ Lauren R. Goodman*
                Lauren R. Goodman