## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. BK 24-40267 |
| | ) | Chapter 7 |
| ALDEN H. ZUHLKE, | ) | |
| LISA A. ZUHLKE, | ) | |
| | ) | |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| PHILIP M. KELLY, | ) | Adv. 24-4011 |
| CHAPTER 7 TRUSTEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ALDEN H. ZUHLKE, LISA A. ZUHLKE, | ) | |
| DEREK A. ZUHLKE and KIMBERLY A. | ) | |
| ZUHLKE, DILLAN A. ZUHLKE and | ) | |
| MICHELLE L. ZUHLKE, | ) | |
| | ) | |
| Defendant, | ) | |

## REQUEST FOR NOTICE

Comes now Philip M. Kelly, Chapter 7 Trustee, and hereby requests notice of all pleadings to be sent to the address below and the following information should be added to the Court's master matrix:

Philip M. Kelly
Chapter 7 Trustee
P.O. Box 419
Scottsbluff, NE  69363-0419

Email:  pkelly@scottsblufflaw.com

1

PHILIP M. KELLY, Trustee

BY: _____
Philip M. Kelly, NSBA #15427
DOUGLAS, KELLY, OSTDIEK, SNYDER,
OSSINA and VOGL, P.C.
105 E 16th Street   -   PO Box 419
Scottsbluff  NE  69363-0419
Telephone: (308) 632-7191
Email:  pkelly@scottsblufflaw.com

## CERTIFICATE OF SERVICE

The undersigned is relying upon the CM/ECF filing system for electronic service upon all interested parties.

_____
Philip M. Kelly

2