IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE:<br><br>ALDEN H. ZUHLKE and<br>LISA A. ZUHLKE,<br><br>          Debtors. | Case No. BK 24-40267-BSK<br>(Chapter 7) |
| PHILIP M. KELLY, CHAPTER 7 TRUSTEE,<br><br>          Plaintiff,<br><br>v.<br><br>ALDEN H. ZUHLKE, LISA A. ZUHLKE, DEREK A. ZUHLKE and KIMBERLY A. ZUHLKE, DILLAN A. ZUHLKE and MICHELLE L. ZUHLKE,<br><br>          Defendants. | ADV PRO. No. 24-4011<br><br>**DECLARATION OF LAUREN R. GOODMAN IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL** |

    I, Lauren R. Goodman and states as follows:

    1.    I am the attorney for Derek A. Zuhlke, Kimberly A. Zuhlke, Dillan A. Zuhlke and Michelle L. Zuhlke in the above-referenced matter. I have personal knowledge of the matters set forth herein.

    2.    Attached hereto as **Exhibit A** is a true and correct copy of the Notice of Intent to Serve Subpoena that was served on Plaintiff's counsel in the above-referenced matter.

    3.    Attached hereto as **Exhibit B** is a true and correct of the Subpoena that was served on Sunshine Ranch Co.

    4.    Attached hereto as **Exhibit C** is a true and correct copy of the filed Proof of Service with attached executed certified mail return receipt reflecting service by certified mail on Sunshine Ranch Co.

5. Attached hereto as **Exhibit D** is a copy of correspondence received from counsel for Ron Temple on December 27, 2024.

6. Attached hereto as **Exhibit E** is an e-mail string between counsel for Sunshine Ranch Co., and me.

I swear under penalty of perjury that the foregoing statements of fact are true and correct.

DATED this 31st day of January, 2025.

        */s/ Lauren R. Goodman*
        Lauren R. Goodman (#24645)

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2025, I electronically filed the foregoing document with the Clerk of the court using the CM/ECF system which sent notification of said filing to all parties of record, and by first class United States mail and electronic mail to:

> Ron Temple
> Fitzgerald, Vetter, Temple, Bartell & Henderson
> 1002 Riverside Blvd.
> Norfolk, NE  68701
> rtemple@FVTlawyers.com

        */s/ Lauren R. Goodman*
        Lauren R. Goodman