# Goodman, Lauren

| | |
|---|---|
| **From:** | Ron Temple <rtemple@FVTlawyers.com> |
| **Sent:** | Friday, December 27, 2024 9:41 AM |
| **To:** | Goodman, Lauren |
| **Cc:** | Preston Koehler |
| **Subject:** | RE: Subpoena to Sunshine Ranch |

Lauren:

    We will be sending our Objection today to you. I'm not sure of the accuracy of the contents of your email. Indeed, our research shows the law to be to the contrary. In fact, this isn't the first time that you have have sent emails with claims as to the applicable law that appears to be incorrect. And, I'm not particularly concerned about your threat to take the matter in front of the Judge nor any sanctions. We are on very solid legal ground. Again, this issue need not be this contentious and we should endeavor to find solutions rather than make threats.

    Thank you.

---

**From:** Goodman, Lauren <LGoodman@mcgrathnorth.com>
**Sent:** Thursday, December 26, 2024 9:37 AM
**To:** Ron Temple <rtemple@FVTlawyers.com>
**Subject:** RE: Subpoena to Sunshine Ranch

Ron,

If you want to set up a call to discuss the scope of the Subpoena and the timing of the production, then I'm happy to do so. We simply would like to review the documents we requested.

The Trustee didn't object to the issuance of the Subpoena and your client (as a nonparty) has no basis on which to object. If you want to contest service, I'll file a Motion to Compel and will request attorneys' fees. A copy of the Subpoena was mailed to and signed for at the register agent's address of Sunshine Ranch. Your email below also indicates it was received by your client. You can explain your position to Judge Kruse.

Again, let me know if you want to discuss and when you are available.

Lauren

---

**From:** Ron Temple <rtemple@FVTlawyers.com>
**Sent:** Thursday, December 26, 2024 9:22 AM
**To:** Goodman, Lauren <LGoodman@mcgrathnorth.com>
**Subject:** RE: Subpoena to Sunshine Ranch



Ms. Goodman:

    Please send the return receipt. I'm advised that it was signed for by the daughter of Doug Hall. The rule you cite simply provides for the application of Rule 45 of FRCP to bankruptcy cases. Sunshine Ranch is not a party to this litigation. Rule 45 requires proper service on the subpoenaed party. That has not occurred. We will be serving a written objection per Rule 45. It's quite unfortunate that this litigation is so contentious and a phone call between lawyers cannot resolve the issue.

1

**From:** Goodman, Lauren <LGoodman@mcgrathnorth.com>
**Sent:** Thursday, December 26, 2024 9:16 AM
**To:** Ron Temple <rtemple@FVTlawyers.com>
**Subject:** RE: Subpoena to Sunshine Ranch

Ron-

We did validly serve Sunshine Ranch pursuant to Bankruptcy Rule 9016. Your email below, along with the signature of Sunshine Ranch on the return receipt, confirms that fact. How much time does your client need to respond to the Subpoena? Please advise.

Thanks,
Lauren

**From:** Ron Temple <rtemple@FVTlawyers.com>
**Sent:** Monday, December 23, 2024 1:32 PM
**To:** Goodman, Lauren <LGoodman@mcgrathnorth.com>
**Subject:** RE: Subpoena to Sunshine Ranch

Ms. Goodman:

    I did not hear back from you on this issue. To my knowledge, there has not been valid service of process of this Subpoena upon the Corporation. It appears that the Subpoena was received by registered or certified mail by the daughter of Doug Hall. I do not believe she is a proper person to receive the Subpoena. Thus, for now, there is nothing to respond to on December 30, 2024. If you would like to work through the details of service of process and a reasonable time frame to respond/object to the Subpoena, please feel free to call me.

    Thank you.

**From:** Ron Temple
**Sent:** Monday, December 16, 2024 5:05 PM
**To:** Goodman, Lauren <LGoodman@mcgrathnorth.com>
**Subject:** RE: Subpoena to Sunshine Ranch

Lauren:

    While we undertake an analysis of your position relative to disqualification, can you advise if you served the Registered Agent or other person associated with Sunshine Ranch Co. with the actual Subpoena? It appears that you did since this was a "courtesy" copy. But, I could be wrong.

    Thank you.

**From:** Goodman, Lauren <LGoodman@mcgrathnorth.com>
**Sent:** Monday, December 16, 2024 4:14 PM
**To:** Ron Temple <rtemple@FVTlawyers.com>
**Subject:** RE: Subpoena to Sunshine Ranch

Thanks Ron. There is no conflict. I expect Sunshine Ranch Co to comply with the Subpoena that was served on it. If not, we will bring the issue before Judge Kruse.

**From:** Ron Temple <rtemple@FVTlawyers.com>
**Sent:** Friday, December 13, 2024 2:41 PM

**To:** Goodman, Lauren <LGoodman@mcgrathnorth.com>
**Subject:** RE: Subpoena to Sunshine Ranch

Ms. Goodman:

 I see you asked for the organizational documents for Sunshine Ranch Co.

 Your firm organized this entity. It is our position that your firm has a conflict of interest that requires disqualification.

 Please advise so I know how to proceed in the absence of an email indicating that you and your firm will voluntarily withdraw.

 Thank you.

---

**From:** Goodman, Lauren <LGoodman@mcgrathnorth.com>
**Sent:** Friday, December 13, 2024 9:37 AM
**To:** Ron Temple <rtemple@FVTlawyers.com>
**Subject:** Subpoena to Sunshine Ranch

Ron,

Attached is a courtesy copy of a Subpoena issued to Sunshine Ranch.

Thanks,
Lauren


Lauren R. Goodman
Attorney

Phone: 402.341.3070
Email address: lgoodman@mcgrathnorth.com

**McGrath | North** First National Tower | Suite 3700 | 1601 Dodge St. | Omaha, NE 68102 | www.mcgrathnorth.com

This message and any attachments are confidential, may contain privileged information, and are intended solely for the recipient named above. If you are not the intended recipient, or a person responsible for delivery to the named recipient, you are notified that any review, distribution, dissemination or copying is prohibited. If you have received this message in error, you should notify the sender by return email and delete the message from your computer system.

This message and any attachments are confidential, may contain privileged information, and are intended solely for the recipient named above. If you are not the intended recipient, or a person responsible for delivery to the named recipient, you are notified that any review, distribution, dissemination or copying is prohibited. If you have received this message in error, you should notify the sender by return email and delete the message from your computer system.