IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE:<br><br>ALDEN H. ZUHLKE and<br>LISA A. ZUHLKE,<br><br>          Debtors. | Case No. BK 24-40267-BSK<br>(Chapter 7) |
| PHILIP M. KELLY, CHAPTER 7 TRUSTEEE,<br><br>          Plaintiff,<br><br>v.<br><br>ALDEN H. ZUHLKE, LISA A. ZUHLKE, DEREK A. ZUHLKE and KIMBERLY A. ZUHLKE, DILLAN A. ZUHLKE and MICHELLE L. ZUHLKE,<br><br>          Defendants. | A24-4011-BSK<br><br>NOTICE OF DEPOSITIONS |

Notice is hereby given that on March 16, 2025, the Plaintiff, Philip M. Kelly, Chapter 7 Trustee, will take the depositions of Andy Pfeifer and Megan Heying, pursuant to Fed. R. Civ. P. 30. Said depositions shall take place at the law offices of Peetz Koerwitz & Lafleur, PC LLO, 5825 S. 14th Street, Suite 200, Lincoln, NE 68512 commencing at the hour of 9:30 a.m. CST.  The depositions will be transcribed by a certified court reporter and will be used for discovery and evidence in the above-referenced matter and may continue from day-to-day until completed.

        PHILIP M. KELLY, CHAPTER 7 TRUSTEE

By: /s/ Richard P. Garden, Jr.
     Richard P. Garden, Jr. - #17685
     John F. Zimmer, V - #26127
     CLINE WILLIAMS
     WRIGHT JOHNSON & OLDFATHER, L.L.P.
     233 South 13th Street
     1900 U.S. Bank Building
     Lincoln, NE 68508-2095
     (402) 474-6900
     rgarden@clinewilliams.com
     jzimmer@clinewilliams.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of said filing to all CM/ECF participants.

        /s/ Richard P. Garden, Jr.
        Richard P. Garden, Jr.

4908-1873-5130, v. 1