IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE:<br><br>ALDEN H. ZUHLKE and<br>LISA A. ZUHLKE,<br><br>            Debtors. | Case No. BK 24-40267-BSK<br>(Chapter 7) |
| PHILIP M. KELLY, CHAPTER 7 TRUSTEEE,<br><br>            Plaintiff,<br><br>   v.<br><br>ALDEN H. ZUHLKE, LISA A. ZUHLKE, DEREK A. ZUHLKE and KIMBERLY A. ZUHLKE, DILLAN A. ZUHLKE and MICHELLE L. ZUHLKE,<br><br>            Defendants.<br><br>FARM CREDIT SERVICES OF AMERICA, FLCA,<br><br>            Intervenor. | A24-4011-BSK<br><br>AMENDED<br>NOTICE OF DEPOSITIONS |

      Notice is hereby given that on March 25, 2025, the Plaintiff, Philip M. Kelly, Chapter 7 Trustee, will take the depositions of Andy Pfeifer and Megan Heying, pursuant to Fed. R. Civ. P. 30. Said depositions shall take place at the law offices of Peetz Koerwitz & Lafleur, PC LLO, 5825 S. 14th Street, Suite 200, Lincoln, NE 68512 commencing at the hour of 10:00 a.m. CST. The depositions will be transcribed by a certified court reporter and will be used for discovery and evidence in the above-referenced matter and may continue from day-to-day until completed.

          PHILIP M. KELLY, CHAPTER 7 TRUSTEE

By:  /s/ Richard P. Garden, Jr.
      Richard P. Garden, Jr. - #17685
      John F. Zimmer, V - #26127
      CLINE WILLIAMS
      WRIGHT JOHNSON & OLDFATHER, L.L.P.
      233 South 13th Street
      1900 U.S. Bank Building
      Lincoln, NE 68508-2095
      (402) 474-6900
      rgarden@clinewilliams.com
      jzimmer@clinewilliams.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of said filing to all CM/ECF participants.

          /s/ Richard P. Garden, Jr.
          Richard P. Garden, Jr.

4937-0453-9934, v. 1