hrgtrl (03/22)

**UNITED STATES BANKRUPTCY COURT**
**District of Nebraska**

In Re:  Alden H. Zuhlke and Lisa A. Zuhlke
Debtor(s)

Bankruptcy Proceedings No. 24–40267–BSK
Adversary Proceedings No.   24–04011–BSK

Chapter 7

Philip M. Kelly, Chapter 7 Trustee et al.
Plaintiff(s)

v.

Alden H. Zuhlke et al.
Defendant(s)

Judge: Brian S. Kruse

**Notice of Trial**

A trial with live testimony on the [1] Complaint filed by Plaintiff Philip M. Kelly, Chapter 7 Trustee is scheduled 3 day(s), on **July 1–3, 2025** at **09:00 AM** in the Robert V. Denney Courthouse, 461 Federal Building, 100 Centennial Mall North, Lincoln, NE 68508

1. **Appearances.**

    a. *Courtroom Appearance*. Except as provided below, each attorney, party, and witness must appear for trial in person in the courtroom.

    b. *Video Conference*. Unless an objection is timely filed, all attorneys, parties, and witnesses are eligible to appear by video conference. To appear by video conference the person appearing must have a computer, webcam, and a reliable internet connection. <u>If any party, attorney, or witness intends to appear by video conference, the intention must be stated on the witness list.</u> Any party who appears by video conference or who calls a witness who appears by video conference assumes the risk that the audio and video connections are sufficient for the court to make a record. Connection instructions for the trial follow:

    Join ZoomGov Trial:
    https://ned–uscourts.zoomgov.com/j/1612218987
    Meeting ID:161 221 8987
    Passcode:NA

    c. *Video Conference Test*. If you want to test the audio and video quality and reliability of a video conference connection, the courtroom staff will conduct a test on June 18, 2025 at 10:00 AM. Connection instructions for the test are different than for the trial. Connection instructions for the test follow:

    Join ZoomGov Test:
    https://ned–uscourts.zoomgov.com/j/1605773642
    Meeting ID:160 577 3642
    Passcode:NA

    You will be informed whether you may participate by video conference after the test is completed.

    Anyone who does not appear for the video conference test and who does not have a reliable and sufficient connection during the trial will be deemed not to have appeared. The court will not grant a continuance.

    d. *Objection to Video Appearance*. Any party may object to a video conference appearance. The objection must be filed at least 10 days before trial. If an objection is filed, no resistance is required. The court will immediately set the matter for telephonic hearing.

2. **Witnesses.** Each party must file a list of witnesses the party intends to call to testify at trial at least fourteen (14) days before trial begins. If a witness is expected to provide expert testimony, the witness must be designated as an expert witness. Any witness not listed may not be called except for impeachment purposes or unless excused by the court for good cause. A witness appearing on any party's witness list may be called by any other party. If any witness requires equipment for the hearing impaired, notify the courtroom department when the witness list is filed.

3. **Exhibits.**

    a. *Exhibits Electronically Filed*. Exhibits must be filed on the CM/ECF System at least seven (7) days before trial begins. The parties must follow the procedures in Exhibit P of the court's Local Rules. Any exhibit not timely or properly filed will not be admitted into evidence unless a motion demonstrating good cause is filed and approved by the court before the trial begins. Exhibits brought to the trial and not filed on the CM/ECF System cannot be admitted into evidence.

    b. *Joint List*. At least seven (7) days before trial begins, and after all exhibits are filed on the CM/ECF System, the parties must file a joint exhibit list. The exhibit list must be in substantially the same format as the attached and must, for each exhibit listed, include the CM/ECF docket number.

    c. *Objections*. All objections to the admissibility of any exhibit must be noted on the exhibit list. Objections not noted on the exhibit list, other than objections under Federal Rule of Evidence 403, are waived unless excused by the court for good cause.

    d. *Exhibits for Video Conference Participants*. Any witness who appears by video conference must have printed copies of all exhibits listed on the exhibit list. The party who calls the witness to testify must provide the printed copies. The printed copies must contain the CM/ECF headers including the document filing number, filing date, and page numbers.

    e. *Depositions*. Deposition testimony will not be admitted at trial for witnesses who testify live at trial, except for purposes of impeachment.

4. **Factual Stipulations.** The parties may have stipulated to facts in their joint preliminary pretrial statement. The parties may stipulate to additional facts and may file an additional stipulation of facts any time before trial. The stipulation is binding on the parties when filed.

5. **Briefs.** Trial briefs must be filed at least seven (7) days before trial.


Dated: 3/26/25

                                                                Eva Roeber
                                                                Clerk, U.S. Bankruptcy Court


Copies served by the court on the movant.
Philip M. Kelly

**UNITED STATES BANKRUPTCY COURT**
**District of Nebraska**

In Re: Alden H. Zuhlke and Lisa A. Zuhlke
Debtor(s)

                Bankruptcy Proceedings No. 24–40267–BSK
                Adversary Proceedings No.  24–04011–BSK

                Chapter 7

Philip M. Kelly, Chapter 7 Trustee et al.
Plaintiff(s)

                Judge: Brian S. Kruse
v.                                Trial Date: 7/1/25

Alden H. Zuhlke et al.
Defendant(s)

**Exhibit List**

| Docket No. | Plf. | Def. | Description | Off | Obj | Rcv'd | Not Rcv'd |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Objections:
R: Relevancy
H: Hearsay
A: Authenticity
O: Other(specify)