IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE:<br><br>ALDEN H. ZUHLKE and<br>LISA A. ZUHLKE,<br><br>      Debtors.<br>_____ | Case No. BK 24-40267-BSK<br>(Chapter 7) |
| PHILIP M. KELLY, CHAPTER 7 TRUSTEEE,<br><br>      Plaintiff,<br><br>v.<br><br>ALDEN H. ZUHLKE, LISA A. ZUHLKE, DEREK A. ZUHLKE and KIMBERLY A. ZUHLKE, DILLAN A. ZUHLKE and MICHELLE L. ZUHLKE,<br><br>      Defendants. | A24-4011-BSK<br><br>ORDER |

      THIS MATTER came before the Court for hearing on March 24, 2025 on the Defendants' Derek A. Zuhlke, Kimberly A. Zuhlke, Dillan A. Zuhlke and Michelle L. Zuhlke (collectively referred to as "Defendants") Motion to Compel Compliance With Third-Party *Subpoena Duces Tecum* ("Motion") dated January 10, 2025 [Doc #37]. Defendants seek an order compelling Sunshine Ranch Co. to comply with the *Subpoena Duces Tecum* issued on December 9, 2024. The Court being fully advised in the premises finds that Defendants' Motion should be, and hereby is, GRANTED.

      IT IS ORDERED that Sunshine Ranch Co. shall fully comply with Defendants' *Subpoena Duces Tecum* by producing documents responsive to the Subpoena to Defendants' Counsel, Lauren Goodman by mail to 1601 Dodge Street, Suite 3700, Omaha, Nebraska 68102, or by email to lgoodman@mcgrathnorth.com by no later than **April 1, 2025.**

**FAILURE TO COMPLY WITH THIS COURT ORDER MAY RESULT IN SANCTIONS, INCLUDING DEFENDANTS' ATTORNEYS' FEES, BEING AWARDED AGAINST YOU.**

      DATED this 27th day of March, 2025.

BY THE COURT

/s/ Brian S. Kruse
United States Bankruptcy Judge

Prepared and submitted by:

Lauren R. Goodman, #24645
McGrath North Mullin & Kratz, PC LLO
First National Tower, Suite 3700
1601 Dodge Street
Omaha, NE 68102
(402)341-3070
lgoodman@mcgrathnorth.com
ATTORNEY FOR DEFENDANTS