## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for (name of individual and title, if any): __Douglas Hall__
on (date) __03-25-25__ .

☒ I served the subpoena by delivering a copy to the named person as follows: __Douglas Hall__
__personal service at 1102 L Street, Neligh, NE__
_____ on (date) __03-26-25__ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____ .

My fees are $ __0__ for travel and $ __18__ for services, for a total of $ __18.00__ .

I declare under penalty of perjury that this information is true and correct.

Date: __03-27-25__

_____
Server's signature

__Mark Duncan – Deputy__
Printed name and title

__1102 L Street, Neligh NE 68756__
Server's address

Additional information concerning attempted service, etc.: