IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: | Case No. BK 24-40267-BSK |
| ALDEN H. ZUHLKE and LISA A. ZUHLKE, | (Chapter 7) |
| Debtors. | |
| PHILIP M. KELLY, CHAPTER 7 TRUSTEEE, | A24-4011-BSK |
| Plaintiff, | **PLAINTIFF'S NOTICE OF SERVICE OF EXPERT REPORTS** |
| v. | |
| ALDEN H. ZUHLKE, LISA A. ZUHLKE, DEREK A. ZUHLKE and KIMBERLY A. ZUHLKE, DILLAN A. ZUHLKE and MICHELLE L. ZUHLKE, | |
| Defendants. | |
| FARM CREDIT SERVICES OF AMERICA, FLCA, | |
| Intervenor. | |

COMES NOW the Plaintiff Philip M. Kelly, Chapter 7 Trustee, and gives notice that on this 15th day of April, 2025, he served the expert reports of Rodney Johnson upon the Defendants Derek Zuhlke, Kimberly Zuhlke, Dillan Zuhlke and Michelle Zuhlke via electronic mail addressed to their counsel, Lauren R. Goodman at lgoodman@mcgrathnorth.com and upon the Intervenor via electronic mail addressed to its counsel, Brian Koerwitz at bkoerwitz@eptlawfirm.com.

PHILIP M. KELLY, CHAPTER 7 TRUSTEE

By: /s/ Richard P. Garden, Jr.
Richard P. Garden, Jr. - #17685
John F. Zimmer, V - #26127
CLINE WILLIAMS
WRIGHT JOHNSON & OLDFATHER, L.L.P.
233 South 13th Street
1900 U.S. Bank Building
Lincoln, NE 68508-2095
(402) 474-6900
rgarden@clinewilliams.com
jzimmer@clinewilliams.com

CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of said filing to all CM/ECF participants.

/s/ Richard P. Garden, Jr.
Richard P. Garden, Jr.

4937-8169-8611, v. 1