hrgafdt (03/22)

# UNITED STATES BANKRUPTCY COURT
### District of Nebraska

In Re: Alden H. Zuhlke and Lisa A. Zuhlke
Debtor(s)

Bankruptcy Proceedings No. 24–40267–BSK
Adversary Proceedings No.   24–04011–BSK

Chapter 7

Philip M. Kelly, Chapter 7 Trustee et al.
Plaintiff(s)

v.

Alden H. Zuhlke et al.
Defendant(s)

Judge: Brian S. Kruse

## Notice Setting Hearing with Affidavit Evidence

A hearing will be held on the **[73] Motion to Compel Discovery filed by Plaintiff Philip M. Kelly, Chapter 7 Trustee** on **May 5, 2025** at **11:00 AM** CENTRAL TIME in the **Roman L. Hruska Courthouse, 111 South 18th Plaza, Bankruptcy Courtroom #8, 2nd Floor, Omaha, NE 68102.** The hearing will be conducted on affidavit evidence, which must be submitted to the court and opposing parties by **April 30, 2025**.

Parties may appear by telephone. You must call the Cisco Webex TeleConference Center at least 5 minutes before the hearing is scheduled to begin. Telephone hearing instructions and protocol are attached. The toll–free call–in number and access number may not be the same for every hearing. The required call–in information is:

TOLL FREE CALL IN NUMBER 1–855–244–8681
ACCESS CODE 230 841 91961
ATTENDEE ID NUMBER: N/A, INSTEAD PRESS # TO BYPASS

If you plan to appear in the courtroom for the hearing and require equipment for the hearing impaired, please notify the courtroom department at least twenty–four hours before the hearing is scheduled to begin.

**Attention Movant: You must** immediately serve notice of the motion and this notice on all parties in interest affected by the motion or order who did not receive notice via the CM/ECF system, and if any parties were served, the movant must file a certificate of service.

Dated: 4/25/25

Eva Roeber
Clerk, U.S. Bankruptcy Court

Copies served by the court on the movant.
Richard P. Garden, Jr.

(02/22)

## Instructions to Enter Telephone Conference

1. Dial the TOLL–FREE CALL–IN NUMBER from the hearing notice.
2. Enter the ACCESS CODE from the hearing notice. You will be placed on hold until the call is activated.
3. When prompted for the ATTENDEE ID NUMBER, press the # key to bypass. Wait for the call to begin.
4. Do not state your name or speak unless prompted by the court.

## Telephone Hearing Protocol

- If you do not call in, the hearing will proceed as scheduled.
- Conference calls will be heard throughout the courtroom.
- Do not make noise.
- Do not put your phone on hold.
- Do not use a speakerphone.
- Mute your telephone when appropriate. Press *6 to mute your line. Press *6 again to un–mute your line.
- Call from a land line to avoid dropped cellular calls and static.
- Observe proper telephone etiquette.

Thank you for your cooperation. It will expedite the hearing.