## MINUTES OF THE FIRST MEETING OF SHAREHOLDERS

### OF

### SUNSHINE RANCH CO.

The shareholders of Sunshine Ranch Co. held their first meeting of the shareholders at 1414 First National Bank Building, Omaha, Nebraska, on December 30, 1965, at 10:00 A.M.

The following shareholders were present and the name and number of shares owned by each is as follows:

| | |
|---|---|
| Sumner B. Hall | 12,500 Shares |
| Sumner A. Hall | 7,600 Shares |
| Barbara L. Hall | 1,150 Shares |

Sumner B. Hall acted as Chairman and Sumner A. Hall acted as Secretary of the meeting.

The Secretary then presented and read the waiver of notice of the meeting signed by the shareholders and on motion duly made, seconded, put to vote and unanimously carried, said waiver was attached to and made a part of these minutes.

The Secretary then read the minutes of the organizational meeting of the incorporators of Sunshine Ranch Co.  On motion duly made, seconded, put to vote and unanimously carried, the following resolution was adopted:

BE IT RESOLVED, that all acts of the incorporators at the organizational meeting are hereby approved and adopted;

BE IT FURTHER RESOLVED, that the acceptance by the incorporators of the stock subscriptions of Sumner B. Hall, Sumner A. Hall and Barbara L. Hall are hereby approved and ratified.

The Chairman stated that the next business to come before the meeting was the election of a Board of Directors.  On motion duly made, seconded, put to vote and unanimously carried, the Secretary was requested to record the unanimous election of the following Directors:



EXHIBIT
5
4-16-24

WAIVER OF NOTICE

ANNUAL MEETING OF SHAREHOLDERS

OF

SUNSHINE RANCH CO.

We, the undersigned, all the shareholders of Sunshine Ranch Co.,
do hereby call the annual meeting of shareholders of said corporation to be
held at Sunshine Ranch Co., Neligh, Nebraska, on ___Jan 3, 1967___
at 10:00 A. M.

We do hereby severally waive all statutory and By-Law requirements
as to notice of the time, place and purpose of said meeting and consent to
the transaction thereat of any and all business that may come before this
meeting.

DATED this ___Jan 3, 1967___ .

_____
SUMNER B. HALL

_____
SUMNER A. HALL

_____
BARBARA L. HALL

MINUTES OF THE ANNUAL MEETING OF SHAREHOLDERS

OF

SUNSHINE RANCH CO.


The shareholders of Sunshine Ranch Co. held their annual meeting of the shareholders at the Sunshine Ranch Co., Neligh, Nebraska, on January 3, 1967 at 10:00 A. M.

The following shareholders were present and the names and number of shares owned by each is as follows:

|               |              |
| ------------- | ------------ |
| Sumner B. Hall  | 6,500 shares |
| Sumner A. Hall  | 8,800 shares |
| Barbara L. Hall | 1,150 shares |

The Secretary then read the minutes of the last shareholders meeting and the minutes were duly approved.

The President stated that the next business to come before the meeting was the election of a Board of Directors.  On motion duly made, seconded, put to vote and unanimously carried the Secretary was requested to record the unanimous election of the following Directors:

Sumner B. Hall
Sumner A. Hall
Barbara L. Hall

There being no further business to come before the meeting, on motion duly made, seconded, put to vote and unanimously carried, the meeting was adjourned.

Sumner A. Hall, Secretary

WAIVER OF NOTICE

ANNUAL MEETING OF SHAREHOLDERS

OF

SUNSHINE RANCH CO.

We, the undersigned, all the shareholders of Sunshine Ranch Co.,
do hereby call the annual meeting of shareholders of said corporation to be
held at Sunshine Ranch Co., Neligh, Nebraska, on _____Jan 2, 1968_____
at 10:00 A. M.

We do hereby severally waive all statutory and By-Law requirements
as to notice of the time, place and purpose of said meeting and consent to
the transaction thereat of any and all business that may come before this
meeting.

DATED this _____Jan 2, 1968_____.

_____
SUMNER B. HALL

_____
SUMNER A. HALL

_____
BARBARA L. HALL

MINUTES OF THE ANNUAL MEETING OF SHAREHOLDERS

OF

SUNSHINE RANCH CO.

The shareholders of Sunshine Ranch Co. held their annual meeting of the shareholders at the Sunshine Ranch Co., Neligh, Nebraska, on January 2, 1968 at 10.00 A. M.

The following shareholders were present and the names and number of shares owned by each is as follows:

| | |
|---|---|
| Sumner B. Hall | 6,500 shares |
| Sumner A. Hall | 8,800 shares |
| Barbara L. Hall | 1,150 shares |

The Secretary then read the minutes of the last shareholders meeting and the minutes were duly approved.

The President stated that the next business to come before the meeting was the election of a Board of Directors. On motion duly made, seconded, put to vote and unanimously carried the Secretary was requested to record the unanimous election of the following Directors:

Sumner B. Hall
Sumner A. Hall
Barbara L. Hall

There being no further business to come before the meeting, on motion duly made, seconded, put to vote and unanimously carried, the meeting was adjourned.

_Sumner A. Hall Secretary_
Sumner A. Hall, Secretary

WAIVER OF NOTICE

ANNUAL MEETING OF SHAREHOLDERS

OF

SUNSHINE RANCH CO.

We, the undersigned, all the shareholders of Sunshine Ranch Co.,
do hereby call the annual meeting of shareholders of said corporation to be
held at Sunshine Ranch Co., Neligh, Nebraska, on ___Jan 6, 1969___
at 10:00 A. M.

We do hereby severally waive all statutory and By-Law requirements
as to notice of the time, place and purpose of said meeting and consent to
the transaction thereat of any and all business that may come before this
meeting.

DATED this ___Jan 6, 1969___.

_____
SUMNER B. HALL

_____
SUMNER A. HALL

_____
BARBARA L. HALL

MINUTES OF THE ANNUAL MEETING OF SHAREHOLDERS

OF

SUNSHINE RANCH CO.

The shareholders of the Sunshine Ranch Co. held their annual meeting of the shareholders at the Sunshine Ranch Co., Neligh, Nebraska on January 6, 1969 at 10:00 A. M.

The following shareholders were present and the names and number of shares owned by each is as follows:

| | |
|---|---|
| Sumner B. Hall | 6,500 shares |
| Sumner A. Hall | 8,800 shares |
| Barbara L. Hall | 1,150 shares |

The Secretary then read the minutes of the last shareholders meeting and the minutes were duly approved.

The President stated that the next business to come before the meeting was the election of a Board of Directors.  On motion duly made, seconded, put to vote and unanimously carried the Secretary was requested to record the unanimous election of the following Directors:

Sumner B. Hall
Sumner A. Hall
Barbara L. Hall

There being no further business to come before the meeting, on motion duly made, seconded, put to vote and unanimously carried, the meeting was adjourned.

Sumner A. Hall, Secretary

WAIVER OF NOTICE

ANNUAL MEETING OF SHAREHOLDERS

OF

SUNSHINE RANCH CO.

The undersigned, being all the shareholders of the corporation, do hereby
call the___Annual_____meeting of the shareholders of said corporation.

DATE:___January 5, 1970_____

TIME:___10:00 A.M._____

PLACE:__Office of the Corporation, Neligh, Nebraska

The undersigned shareholders do hereby waive all statutory and by-law
requirements as to notice of the time, place and purpose of said meeting and
consent to the transaction thereat of any and all business that may come before
this meeting.

DATED this___5th day of January, 1970_____.

Sumner B. Hall

Sumner A. Hall

Barbara L. Hall

Sumner A. Hall as custodian for
Douglas Allen Hall, Lisa Ann Hall and
Kevin Bruce Hall and Kimberly Joan Hall

MINUTES OF THE ANNUAL MEETING OF THE SHAREHOLDERS

OF

SUNSHINE RANCH CO.

The annual meeting of the shareholders of the Corporation was held at

DATE:     January 5, 1970

TIME:     10:00 A.M.

PLACE:     Office of the Corporation

The following being all the shareholders of the Corporation, were present:

> Sumner B. Hall
> Sumner A. Hall
> Barbara L. Hall
> Sumner A. Hall as custodian for Douglas Allen Hall,
> lisa Ann Hall, Kevin Bruce Hall and Kimberly Joan Hall

Sumner B. Hall       acted as Chairman of the meeting
and   Sumner A. Hall       acted as Secretary of the meet

The Secretary presented and read the waiver of notice of the meeting signed by the shareholders and, on motion duly made, seconded, put to vote and unanimously carried, said waiver was ordered attached to and made a part of these minutes.

The Chairman stated that the first business to come before the meeting was the election of a Board of Directors. On motion duly made, seconded, put to vote and unanimously carried, the Secretary was requested to record the unanimous election of the following directors:

> Sumner B. Hall
> Sumner A. Hall
> Barbara L. Hall

Minutes of the Shareholders
Page Two


A discussion followed with respect to the general affairs of the corporation.  Upon motion duly made, and seconded, the following resolution was presented:

"RESOLVED:  That all purchases, contracts, sales, contributions, acts, proceedings, elections and agreements of the Board of Directors and the officers of this corporation since the date of the last annual meeting of shareholders be, and the same hereby are, ratified and approved."

The resolution, upon being put to a vote, was unanimously carried and the Chairman so declared.

There being no further business to come before the meeting, on motion duly made, seconded, put to vote and unanimously carried, the meeting was adjourned.


_Sumner A. Hall_____

Sumner A. Hall          Secretary

WAIVER OF NOTICE

ANNUAL MEETING OF SHAREHOLDERS

OF

SUNSHINE RANCH CO.

The undersigned, being all the shareholders of the corporation, do hereby call the ___Annual___ meeting of the shareholders of said corporation.

DATE:   January 4, 1971

TIME:   10:00 A.M.

PLACE:   Office of the Corporation, Neligh, Nebraska

The undersigned shareholders do hereby waive all statutory and by-law requirements as to notice of the time, place and purpose of said meeting and consent to the transaction thereat of any and all business that may come before this meeting.

DATED this___ 4th day of January, 1971 ___.

Sumner B. Hall

Sumner A. Hall

Barbara L. Hall

Sumner A. Hall as Custodian for Douglas
Allen Hall, Lisa Ann Hall, Kevin Bruce Hall
and Kimberly Joan Hall

MINUTES OF THE ANNUAL MEETING OF THE SHAREHOLDERS

OF

SUNSHINE RANCH CO.

The annual meeting of the shareholders of the Corporation was held at

DATE:        January 4, 1971

TIME:        10:00 A.M.

PLACE:       Office of the Corporation, Neligh, Nebraska

The following being all the shareholders of the Corporation, were present:

Sumner B. Hall
Sumner A. Hall
Barbara L. Hall
Sumner A. Hall Custodian for Douglas Allen Hall
Lisa Ann Hall, Kevin Bruce Hall and Kimberly Joan Hall

and      Sumner B. Hall        acted as Chairman of the meeting
         Sumner A. Hall        acted as Secretary of the mee

The Secretary presented and read the waiver of notice of the meeting signed by the shareholders and, on motion duly made, seconded, put to vote and unanimously carried, said waiver was ordered attached to and made a part of these minutes.

The Chairman stated that the first business to come before the meeting was the election of a Board of Directors. On motion duly made, seconded, put to vote and unanimously carried, the Secretary was requested to record the unanimous election of the following directors:

Sumner B. Hall
Sumner A. Hall
Barbara L. Hall

Minutes of the Shareholders
Page Two

A discussion followed with respect to the general affairs of the corporation.  Upon motion duly made, and seconded, the following resolution was presented:

>"RESOLVED:  That all purchases, contracts, sales, contributions, acts, proceedings, elections and agreements of the Board of Directors and the officers of this corporation since the date of the last annual meeting of shareholders be, and the same hereby are, ratified and approved."

The resolution, upon being put to a vote, was unanimously carried and the Chairman so declared.

There being no further business to come before the meeting, on motion duly made, seconded, put to vote and unanimously carried, the meeting was adjourned.

_____
Sumner A. Hall          Secretary

WAIVER OF NOTICE

ANNUAL MEETING OF SHAREHOLDERS

OF

SUNSHINE RANCH CO.

The undersigned, being all the shareholders of the corporation, do hereby call the ___Annual___ meeting of the shareholders of said corporation.

DATE: __January 3, 1972__

TIME: __10:00 A.M.__

PLACE: __Office of the Corporation, Neligh__, Nebraska

The undersigned shareholders do hereby waive all statutory and by-law requirements as to notice of the time, place and purpose of said meeting and consent to the transaction thereat of any and all business that may come before this meeting.

DATED this __3rd day of January, 1972__.

_____
Sumner B. Hall

_____
Sumner A. Hall

_____
Barbara L. Hall

_____
Sumner A. Hall as custodian for Douglas
Allen Hall, Lisa Ann Hall, Kevin Bruce
Hall and Kimberly Joan Hall

## MINUTES OF THE ANNUAL MEETING OF THE SHAREHOLDERS

### OF

### SUNSHINE RANCH CO.

The annual meeting of the shareholders of the Corporation was held at

DATE:   January 3, 1972

TIME:   10:00 A.M.

PLACE:   Office of the Corporation, Neligh, Nebraska

The following being all the shareholders of the Corporation, were present:

Sumner B. Hall
Sumner A. Hall
Barbara L. Hall
Sumner A. Hall as Custodian for Douglas Allen Hall,
Lisa Ann Hall, Kevin Bruce Hall and Kimberly Joan Hall

and   Sumner B. Hall   acted as Chairman of the meeting
Sumner A. Hall   acted as Secretary of the meet

The Secretary presented and read the waiver of notice of the meeting signed by the shareholders and, on motion duly made, seconded, put to vote and unanimously carried, said waiver was ordered attached to and made a part of these minutes.

The Chairman stated that the first business to come before the meeting was the election of a Board of Directors.  On motion duly made, seconded, put to vote and unanimously carried, the Secretary was requested to record the unanimous election of the following directors:

Sumner B. Hall
Sumner A. Hall
Barbara L. Hall

Minutes of the Shareholders
Page Two


A discussion followed with respect to the general affairs of the corporation.  Upon motion duly made, and seconded, the following resolution was presented:

"RESOLVED:  That all purchases, contracts, sales, contributions, acts, proceedings, elections and agreements of the Board of Directors and the officers of this corporation since the date of the last annual meeting of shareholders be, and the same hereby are, ratified and approved."

The resolution, upon being put to a vote, was unanimously carried and the Chairman so declared.

There being no further business to come before the meeting, on motion duly made, seconded, put to vote and unanimously carried, the meeting was adjourned.


_Sumner A. Hall_
Sumner A. Hall                    Secretary

WAIVER OF NOTICE

ANNUAL MEETING OF SHAREHOLDERS

OF

SUNSHINE RANCH CO.

The undersigned, being all the shareholders of the corporation, do hereby call the first meeting of the shareholders of said corporation.

DATE:      January 1, 1973

TIME:      10:00 A.M.

PLACE:     Office of the Corporation, Neligh, Nebraska

The undersigned shareholders do hereby waive all statutory and by-law requirements as to notice of the time, place and purpose of said meeting and consent to the transaction thereat of any and all business that may come before this meeting.

DATED this     1st Day of January, 1973

_____
Sumner B. Hall

_____
Sumner A. Hall

_____
Barbara L. Hall

_____

_____
Sumner A. Hall as Custodian for Douglas Allen Hall, Lisa Ann Hall, Kevin Bruce Hall & Kimberly Joan Hall

MINUTES OF THE ANNUAL MEETING OF THE SHAREHOLDERS

OF

SUNSHINE RANCH CO.

The annual meeting of the shareholders of the Corporation
was held at

DATE:        January 1, 1973

TIME:        10:00 A.M.

PLACE:       Office of the Corporation, Neligh, Nebraska

The following being all the shareholders of the Corporation, were present:

Sumner B. Hall
Sumner A. Hall
Barbara L. Hall
Sumner A. Hall as custodian for Douglas Allen Hall,
Lisa Ann Hall, Kevin Bruce Hall and Kimberly Joan Hall

Sumner B. Hall                    acted as Chairman of the meeting
and    Sumner A. Hall             acted as Secretary of the mee

The Secretary presented and read the waiver of notice of
the meeting signed by the shareholders and, on motion duly made,
seconded, put to vote and unanimously carried, said waiver was
ordered attached to and made a part of these minutes.

The Chairman stated that the first business to come before the meeting was the election of a Board of Directors.  On
motion duly made, seconded, put to vote and unanimously carried,
the Secretary was requested to record the unanimous election of the
following directors:

Sumner B. Hall
Sumner A. Hall
Barbara L. Hall

Minutes of the Shareholders
Page Two

A discussion followed with respect to the general affairs of the corporation.  Upon motion duly made, and seconded, the following resolution was presented:

"RESOLVED:  That all purchases, contracts, sales, contributions, acts, proceedings, elections and agreements of the Board of Directors and the officers of this corporation since the date of the last annual meeting of shareholders be, and the same hereby are, ratified and approved."

The resolution, upon being put to a vote, was unanimously carried and the Chairman so declared.

There being no further business to come before the meeting, on motion duly made, seconded, put to vote and unanimously carried, the meeting was adjourned.

Sumner A. Hall                          Secretary

WAIVER OF NOTICE

ANNUAL MEETING OF SHAREHOLDERS

OF

SUNSHINE RANCH CO.

The undersigned, being all the shareholders of the corporation, do hereby call the Annual meeting of the shareholders of said corporation.

DATE:   January 7, 1974

TIME:   10:00 A.M.

PLACE:   Office of the Corporation, Neligh, Ne

The undersigned shareholders do hereby waive all statutory and by-law requirements as to notice of the time, place and purpose of said meeting and consent to the transaction thereat of any and all business that may come before this meeting.

DATED this   7th day of January, 1974

Sumner B. Hall

Sumner A. Hall

Barbara L. Hall

Sumner A. Hall as Custodian for Douglas Allen Hall, Lisa Ann Hall, Kevin Bruce Hall & Kimberly Joan Hall

MINUTES OF THE ANNUAL MEETING OF THE SHAREHOLDERS

OF

SUNSHINE RANCH CO.

The annual meeting of the shareholders of the Corporation was held at

DATE:    January 7, 1974

TIME:    10:00 A.M.

PLACE:   Office of the Corporation, Neligh, Nebraska

The following being all the shareholders of the Corporation, were present:

Sumner B. Hall
Sumner A. Hall
Barbara L. Hall
Sumner A. Hall as Custodian for Douglas Allen Hall,
Lisa Ann Hall, Kevin Bruce Hall & Kimberly Joan Hall

Sumner B. Hall                    acted as Chairman of the meeting
and      Sumner A. Hall           acted as Secretary of the mee

The Secretary presented and read the waiver of notice of the meeting signed by the shareholders and, on motion duly made, seconded, put to vote and unanimously carried, said waiver was ordered attached to and made a part of these minutes.

The Chairman stated that the first business to come before the meeting was the election of a Board of Directors. On motion duly made, seconded, put to vote and unanimously carried, the Secretary was requested to record the unanimous election of the following directors:

Sumner B. Hall
Sumner A. Hall
Barbara L. Hall

Minutes of the Shareholders
Page Two

A discussion followed with respect to the general affairs
of the corporation.  Upon motion duly made, and seconded, the
following resolution was presented:

"RESOLVED:  That all purchases, contracts, sales,
contributions, acts, proceedings, elections and
agreements of the Board of Directors and the
officers of this corporation since the date of
the last annual meeting of shareholders be, and
the same hereby are, ratified and approved."

The resolution, upon being put to a vote, was unanimously carried
and the Chairman so declared.

There being no further business to come before the
meeting, on motion duly made, seconded, put to vote and unanimously
carried, the meeting was adjourned.


_____
Sumner A. Hall                    Secretary

WAIVER OF NOTICE

ANNUAL MEETING OF SHAREHOLDERS

OF

SUNSHINE RANCH CO.

The undersigned, being all the shareholders of the corporation, do hereby call the Annual meeting of the shareholders of said corporation.

DATE:   January 6, 1975

TIME:   10:00 A.M.

PLACE:   Office of The Corporation, Neligh, Nebraska

The undersigned shareholders do hereby waive all statutory and by-law requirements as to notice of the time, place and purpose of said meeting and consent to the transaction thereof of any and all business that may come before this meeting.

DATED this 6th day of January, 1975

_____
Sumner B. Hall

_____
Sumner A. Hall

_____
Barbara L. Hall

_____

_____
Sumner A. Hall as Custodian for
Douglas Allen Hall, Lisa Ann Hall,
Kevin Bruce Hall & Kimberly Joan Hall

# RESOLUTION OF BOARD OF DIRECTORS

### (Authority to Open Deposit Account)

I HEREBY CERTIFY that I am the duly elected and qualified Secretary of _Sunshine Ranch Company, Neligh,_ and the keeper of the records and corporate seal of said corporation and that the following is a true and correct _Nebr_ copy of a resolution duly adopted at a regular meeting of the Board of Directors of said corporation held in ac-

cordance with the By-Laws of said Corporation at its offices at ___Neligh, Nebraska___

on the __28__ day of __April__ _____ 19 __69__

"Be It Resolved, that____ The Toy National Bank, Sioux City, Iowa ____ be, and it is hereby, designated a depository of this Corporation and that funds so deposited may be withdrawn upon a check, draft, note or order of the Corporation.

"Be It Further Resolved, that all checks, drafts, notes or orders drawn against said account be signed by any__(1) One_____of the following:
(one, two, three, etc.)

| NAME | TITLE |
|------|-------|
| x _S. B. Hall_ | _President_ |
| x _Summer A. Hall_ | _Secretary_ |
|  |  |
|  |  |
|  |  |

and countersigned by any one of the following:

| NAME | TITLE |
|------|-------|
|  |  |
|  |  |
|  |  |
|  |  |

whose signatures shall be duly certified to said Bank, and that no checks, drafts, notes or orders drawn against said Bank shall be valid unless so signed.

"Be It Further Resolved, that said Bank is hereby authorized and directed to honor and pay any checks, drafts, notes or orders so drawn, whether such checks, drafts, notes or orders be payable to the order of any such person signing and/or countersigning said checks, drafts, notes or orders, or any of such persons in their individual capacities or not, and whether such checks, drafts, notes or orders are deposited to the individual credit of the person so signing and/or countersigning said checks, drafts, notes or orders, or to the individual credit of any of the other officers or not.  This resolution shall continue in force and said Bank may consider the facts concerning the holders of said offices, respectively, and their signatures to be and continue as set forth in the certificate of the

Secretary or Assistant Secretary, accompanying a copy of this resolution when delivered to said Bank or in any similar subsequent certificate, until written notice to the contrary is duly served on said Bank.

In Witness Whereof, I have hereunto affixed my name as _Sumner A. Hall_

Secretary and have caused the corporate seal of said Corporation to be hereto affixed this _28_

day of _April_ 19_69_    X _Sumner A. Hall_

Secretary

IMPRINT
SEAL HERE

I, _____, a Director of said Corporation, do hereby certify that the foregoing is a correct copy of a resolution adopted as above set forth.

_____

To be signed by a director other than the secretary

## CERTIFIED COPY OF BY-LAWS

of the _____referring to signing of checks, drafts, etc.

Insert copy of By-Laws here:

TO _____

Name of Bank          Address

I HEREBY CERTIFY that the foregoing is a true and correct copy of all parts of the By-Laws of_____

_____ a _____corporation,

covering the signing of checks, drafts and orders for the payment of money.

IN WITNESS WHEREOF, I have hereunto affixed my name as Secretary and have caused the corporate

seal of said Corporation to be hereto affixed this _28_ day of _April_ 19_69_

_Sumner A. Hall_

Secretary

PLACE
SEAL
HERE

DeLano Service, Allegan, Mich., Form R-2

# RESOLUTIONS OF CORPORATE BOARD
## Authority to Procure Loans
### (Certified Copy)

I HEREBY CERTIFY that I am the duly elected and qualified secretary of **Sunshine Ranch Company,**
**Neligh, Nebr.** and the keeper of the records and corporate seal of said corporation; that the following is a true and correct copy of resolutions duly adopted at a meeting of the Board of Directors thereof held in accordance with its by-laws at its offices at **Neligh, Nebraska** on the **28** day of **April** 19 **69**, and that the same are now in full force.

### COPY OF RESOLUTIONS

"BE IT RESOLVED, That the (insert titles only) **President or Secretary** of this corporation, or their ~~him~~ successors in office, or any (insert number required to sign) **(1) One** of them be and they ~~be~~ hereby are ~~x~~ authorized for, on behalf of, and in the name of this corporation to:

(a) Negotiate and procure loans from **The Toy National Bank**
**Sioux City, Iowa**

up to an amount not exceeding (if there is no limit, so indicate)_____ $ **250,000.00** in the aggregate at any one time outstanding;

(b) Discount with said bank, commercial or other business paper belonging to this corporation, made or drawn by or upon third parties, without limit as to amount;

(c) Give security for any liabilities of this corporation to said bank by pledge or assignment or a lien upon any real or personal property, tangible or intangible, of this corporation, and

(d) Execute in such form as may be required by the bank all notes and other evidences of such loans, all instruments of pledge, assignment or lien, and that none of the same shall be valid unless so signed or endorsed, provided, however, that the endorsement of promissory notes discounted may be effected by any one of them.

"RESOLVED FURTHER, That said bank be and it is hereby authorized and directed to pay the proceeds of any such loans or discounts as directed by the persons so authorized to sign, whether so payable to the order of any of said persons in their individual capacities or not, and whether such proceeds are deposited to the individual credit of any said persons or not;

"RESOLVED FURTHER, That this resolution shall continue in force, and said bank may consider the holders of said offices and their signatures, respectively, to be and continue as set forth in the certificate of the secretary of this corporation accompanying a copy of this resolution when delivered to said bank or in any similar subsequent certificate, until notice to the contrary in writing is duly served on said bank."

I HEREBY FURTHER CERTIFY that the following named persons have been duly elected to the offices set opposite their respective names, that they continue to hold these offices at the present time, and that the signatures appearing hereon are the genuine, original signatures of each respectively.

### (PLEASE SUPPLY GENUINE SIGNATURES HEREUNDER)

| | |
|---|---|
| _Sumner B. Hall_ President | _Barbara L. Hall_ Vice-President |
| _____ Treasurer | _____ Asst. Treasurer |
| _Sumner A. Hall_ Secretary | _____ Asst. Secretary |

IN WITNESS WHEREOF, I have hereunto affixed my name as secretary and have caused the corporate seal of said corporation to be hereto affixed this **28** day of **April**, 19 **69**.

_Sumner A. Hall_
Secretary

IMPRINT
SEAL HERE

I hereby certify that I am a director of said corporation and that the foregoing is a correct copy of resolutions passed as therein set forth, and that the same are now in full force.

WAIVER OF NOTICE

ANNUAL MEETING OF SHAREHOLDERS

OF

SUNSHINE RANCH CO.

The undersigned, being all the shareholders of the corporation, do hereby call the Annual meeting of the shareholders of said corporation.

DATE:   January 6, 1975

TIME:   10:00 A.M.

PLACE:   Office of The Corporation, Neligh, Nebraska

The undersigned shareholders do hereby waive all statutory and by-law requirements as to notice of the time, place and purpose of said meeting and consent to the transaction thereof of any and all business that may come before this meeting.

DATED this 6th day of January, 1975

_Sumner B. Hall_
Sumner B. Hall

_Sumner A. Hall_
Sumner A. Hall


Barbara L. Hall


_Sumner A. Hall_
Sumner A. Hall as Custodian for
Douglas Allen Hall, Lisa Ann Hall,
Kevin Bruce Hall & Kimberly Joan Hall

6-10-80

Review for Signatures

-14-80   Seal to Allen — Web.

-14-80   Seal returned By allen to this office

MINUTES OF THE ANNUAL MEETING OF THE SHAREHOLDERS

OF

SUNSHINE RANCH CO.

The annual meeting of the shareholders of the Corporatio
was held at

DATE:        January 6, 1975

TIME:        10:00 A.M.

PLACE:       Office of the Corporation, Neligh, Ne

The following being all the shareholders of the Corpor-
ation, were present:

> Sumner B. Hall
> Sumner A. Hall
> Barbara L. Hall
> Sumner A. Hall as Custodian for Douglas Allen Hall,
> Lisa Ann Hall, Kevin Bruce Hall, & Kimberly Joan Hall

and    Sumner B. Hall       acted as Chairman of the meeting
       Sumner A. Hall       acted as Secretary of the mee

The Secretary presented and read the waiver of notice of
the meeting signed by the shareholders and, on motion duly made,
seconded, put to vote and unanimously carried, said waiver was
ordered attached to and made a part of these minutes.

The Chairman stated that the first business to come be-
fore the meeting was the election of a Board of Directors. On
motion duly made, seconded, put to vote and unanimously carried,
the Secretary was requested to record the unanimous election of the
following directors:

> Sumner B. Hall
> Sumner A. Hall
> Barbara L. Hall

Minutes of the Shareholders
Page Two

A discussion followed with respect to the general affairs
of the corporation.  Upon motion duly made, and seconded, the
following resolution was presented:

> ."RESOLVED:  That all purchases, contracts, sales,
> contributions, acts, proceedings, elections and
> agreements of the Board of Directors and the
> officers of this corporation since the date of
> the last annual meeting of shareholders be, and
> the same hereby are, ratified and approved."

The resolution, upon being put to a vote, was unanimously carried
and the Chairman so declared.

There being no further business to come before the
meeting, on motion duly made, seconded, put to vote and unanimously
carried, the meeting was adjourned.

Sumner A. Hall                          Secretary

WAIVER OF NOTICE

ANNUAL MEETING OF SHAREHOLDERS

OF

SUNSHINE RANCH CO.

The undersigned, being all the shareholders of the corporation, do hereby call the Annual meeting of the shareholders of said corporation.

DATE:   January 5, 1976

TIME:   10:00 A.M.

PLACE:  Office of the Corporation, Neligh, Nebraska

The undersigned shareholders do hereby waive all statutory and by-law requirements as to notice of the time, place and purpose of said meeting and consent to the transaction thereof of any and all business that may come before this meeting.

DATED this   5th day of January, 1976

_____
Sumner B. Hall

_____
Sumner A. Hall

_____
Barbara L. Hall


_____
Sumner A. Hall as custodian for Douglas Allen
Hall, Lisa Ann Hall, Kevin Bruce Hall &
Kimberly Joan Hall

MINUTES OF THE ANNUAL MEETING OF THE SHAREHOLDERS

OF

SUNSHINE RANCH CO.

The annual meeting of the shareholders of the Corporation was held at

DATE:      January 5, 1976

TIME:      10:00 A.M.

PLACE:     Office of the Corporation, Neligh, Nebraska

The following being all the shareholders of the Corporation, were present:

    Sumner B. Hall
    Sumner A. Hall
    Barbara L. Hall
    Sumner A. Hall as Custodian for Douglas Allen Hall,
    Lisa Ann Hall, Kevin Bruce Hall & Kimberly Joan Hall

and   Sumner B. Hall        acted as Chairman of the meeting
      Sumner A. Hall        acted as Secretary of the m

The Secretary presented and read the waiver of notice of the meeting signed by the shareholders and, on motion duly made, seconded, put to vote and unanimously carried, said waiver was ordered attached to and made a part of these minutes.

The Chairman stated that the first business to come before the meeting was the election of a Board of Directors. On motion duly made, seconded, put to vote and unanimously carried, the Secretary was requested to record the unanimous election of the following directors:

    Sumner B. Hall
    Sumner A. Hall
    Barbara L. Hall

Minutes of the Shareholders
Page Two

A discussion followed with respect to the general affairs of the corporation. Upon motion duly made, and seconded, the following resolution was presented:

"RESOLVED: That all purchases, contracts, sales, contributions, acts, proceedings, elections and agreements of the Board of Directors and the officers of this corporation since the date of the last annual meeting of shareholders be, and the same hereby are, ratified and approved."

The resolution, upon being put to a vote, was unanimously carried and the Chairman so declared.

There being no further business to come before the meeting, on motion duly made, seconded, put to vote and unanimously carried, the meeting was adjourned.

*Sumner A. Hall*

Sumner A. Hall          Secretary

WAIVER OF NOTICE

ANNUAL MEETING OF SHAREHOLDERS

OF

SUNSHINE RANCH CO.

The undersigned, being all the shareholders of the corporation, do hereby call the Annual meeting of the shareholders of said corporation.

DATE:   January 3, 1977

TIME:   10:00 A.M.

PLACE:   Office of the Corporation, Neligh, Nebraska

The undersigned shareholders do hereby waive all statutory and by-law requirements as to notice of the time, place and purpose of said meeting and consent to the transaction thereat of any and all business that may come before this meeting.

DATED this   3rd Day of January, 1977

_____
Sumner B. Hall

_____
Sumner A. Hall

_____
Barbara L. Hall


_____
Sumner A. Hall as Custodian for Douglas Allen
Hall, Lisa Ann Hall, Kevin Bruce Hall &
Kimberly Joan Hall

MINUTES OF THE ANNUAL MEETING OF THE SHAREHOLDERS

OF

SUNSHINE RANCH CO.

The annual meeting of the shareholders of the Corporation was held at

DATE:          January 3, 1977

TIME:          10:00 A.M.

PLACE:         Office of the Corporation, Neligh, Nebraska

The following being all the shareholders of the Corporation, were present:

        Sumner B. Hall
        Sumner A. Hall
        Barbara L. Hall
        Sumner A. Hall as Custodian for Douglas Allen Hall
        Lisa Ann Hall, Kevin Bruce Hall and Kimberly Joan Hall

and    Sumner B. Hall                acted as Chairman of the meetin:
            Sumner A. Hall           acted as Secretary of the me:

The Secretary presented and read the waiver of notice of the meeting signed by the shareholders and, on motion duly made, seconded, put to vote and unanimously carried, said waiver was ordered attached to and made a part of these minutes.

The Chairman stated that the first business to come before the meeting was the election of a Board of Directors.  On motion duly made, seconded, put to vote and unanimously carried, the Secretary was requested to record the unanimous election of th: following directors:

        Sumner B. Hall
        Sumner A. Hall
        Barbara L. Hall

Minutes of the Shareholders
Page Two

A discussion followed with respect to the general affairs
of the corporation.  Upon motion duly made, and seconded, the
following resolution was presented:

"RESOLVED:  That all purchases, contracts, sales,
contributions, acts, proceedings, elections and
agreements of the Board of Directors and the
officers of this corporation since the date of
the last annual meeting of shareholders be, and
the same hereby are, ratified and approved."

The resolution, upon being put to a vote, was unanimously carried
and the Chairman so declared.

There being no further business to come before the
meeting, on motion duly made, seconded, put to vote and unanimously
carried, the meeting was adjourned.


Sumner A. Hall                              Secretary

WAIVER OF NOTICE

ANNUAL MEETING OF SHAREHOLDERS

OF

SUNSHINE RANCH CO.

The undersigned, being all the shareholders of the corporation, do hereby call the Annual meeting of the shareholders of said corporation.

DATE: **January 2, 1978**

TIME: **10:00 A. M.**

PLACE: **Office of the Corporation, Neligh, Nebraska**

The undersigned shareholders do hereby waive all statutory and by-law requirements as to notice of the time, place and purpose of said meeting and consent to the transaction thereat of any and all business that may come before this meeting.

DATED this **2nd day of January, 1978**

_____
Sumner B. Hall          Shareholder

_____
Sumner A. Hall          Shareholder

_____
Barbara L. Hall          Shareholder

_____
Sumner A. Hall as          Shareholder
Custodian for Douglas Allen Hall, Lisa Ann
Hall, Kevin Bruce Hall & Kimberly Joan Hall

_____
Shareholder

MINUTES OF THE ANNUAL MEETING OF THE SHAREHOLDERS

OF

SUNSHINE RANCH CO.

The annual meeting of the shareholders of the Corporation was

held at

DATE:   January 2, 1978

TIME:   10:00 A. M.

PLACE:   Office of the Corporation, Neligh, Nebraska

The following being all the shareholders of the Corporation,

were present:   Sumner B. Hall
Sumner A. Hall
Barbara L. Hall
Sumner A. Hall as Custodian for Douglas Allen Hall
Lisa Ann Hall, Kevin Bruce Hall and Kimberly Joan Hall

Sumner B. Hall          acted as Chairman of the meeting

and      Sumner A. Hall          acted as Secretary of the meeting.

The Secretary presented and read the waiver of notice of the meeting

signed by the shareholders and, on motion duly made, seconded, put to vote

and unanimously carried, said waiver was ordered attached to and made a part

of these minutes.

The Chairman stated that the first business to come before the meeting

was the election of a Board of Directors.  On motion duly made, seconded, put

to vote and unanimously carried, the Secretary was requested to record the

unanimous election of the following directors:

Sumner B. Hall
Sumner A. Hall
Barbara L. Hall

Minutes of the Shareholders

Page Two

A discussion followed with respect to the general affairs of the corporation. Upon motion duly made, and seconded, the following resolution was presented:

> "RESOLVED: That all purchases, contracts, sales, contributions, acts, proceedings, elections and agreements of the Board of Directors and the officers of this corporation since the date of the last annual meeting of shareholders be, and the same hereby are, ratified and approved."

The resolution, upon being put to a vote, was unanimously carried and the chairman so declared.

There being no further business to come before the meeting, on motion duly made, seconded, put to vote and unanimously carried, the meeting was adjourned.

Sumner A. Hall          Secretary

WAIVER OF NOTICE

ANNUAL MEETING OF SHAREHOLDERS

OF

SUNSHINE RANCH, CO.

The undersigned, being all the shareholders of the corporation, do hereby call the Annual meeting of the shareholders of said corporation.

DATE: January 2, 1979

TIME: 10:00 A. M.

PLACE: Office of the Corporation, Neligh, Nebraska

The undersigned shareholders do hereby waive all statutory and by-law requirements as to notice of the time, place and purpose of said meeting and consent to the transaction thereat of any and all business that may come before this meeting.

DATED this   2nd day of January, 1979

_____
                    Shareholder

_____
Sumner B. Hall          Shareholder

_____
Sumner A. Hall          Shareholder

_____
Barbara L. Hall         Shareholder

_____
Sumner A. Hall as custodian Shareholder
for Douglas Allen Hall, Lisa Ann Hall,
Kevin Bruce Hall & Kimberly Joan Hall,

MINUTES OF THE ANNUAL MEETING OF THE SHAREHOLDERS

OF

SUNSHINE RANCH CO.

The annual meeting of the shareholders of the Corporation was
held at

DATE:    January 2, 1979

TIME:    10:00 A. M.

PLACE:   Office of the Corporation, Neligh, Nebraska

The following being all the shareholders of the Corporation,
were present:    Sumner B. Hall
                 Sumner A. Hall
                 Barbara L. Hall
                 Sumner A. Hall as Custodian for Douglas Allen Hall,
                 Lisa Ann Hall, Kevin Bruce Hall and Kimberly Joan Hall


        Sumner B. Hall                  acted as Chairman of the meeting
and     Sumner A. Hall                  acted as Secretary of the meeting.

The Secretary presented and read the waiver of notice of the meeting
signed by the shareholders and, on motion duly made, seconded, put to vote
and unanimously carried, said waiver was ordered attached to and made a part
of these minutes.

The Chairman stated that the first business to come before the meeting
was the election of a Board of Directors.  On motion duly made, seconded, put
to vote and unanimously carried, the Secretary was requested to record the
unanimous election of the following directors:

                                Sumner B. Hall
                                Sumner A. Hall
                                Barbara L. Hall

Minutes of the Shareholders

Page Two

A discussion followed with respect to the general affairs of the corporation.  Upon motion duly made, and seconded, the following resolution was presented:

> "RESOLVED:  That all purchases, contracts, sales, contributions, acts, proceedings, elections and agreements of the Board of Directors and the officers of this corporation since the date of the last annual meeting of shareholders be, and the same hereby are, ratified and approved."

The resolution, upon being put to a vote, was unanimously carried and the chairman so declared.

There being no further business to come before the meeting, on motion duly made, seconded, put to vote and unanimously carried, the meeting was adjourned.

Sumner A. Hall        Secretary

WAIVER OF NOTICE

ANNUAL MEETING OF SHAREHOLDERS

OF

SUNSHINE RANCH CO.

The undersigned, being all the shareholders of the corporation, do hereby call the Annual meeting of the shareholders of said corporation.

DATE:   January 7, 1980

TIME:   10:00 A. M.

PLACE:  Office of the Corporation, Neligh, Nebraska

The undersigned shareholders do hereby waive all statutory and by-law requirements as to notice of the time, place and purpose of said meeting and consent to the transaction thereat of any and all business that may come before this meeting.

DATED this 7th day of January, 1980

_____
Sumner B. Hall         Shareholder

_____
Sumner A. Hall         Shareholder

_____
Barbara L. Hall        Shareholder

_____
Sumner A. Hall as      Shareholder
Custodian for Douglas Allen Hall, Lisa Ann
Hall, Kevin Bruce Hall & Kimberly Joan Hall

_____
                       Shareholder

MINUTES OF THE ANNUAL MEETING OF THE SHAREHOLDERS

OF

SUNSHINE RANCH CO.

The annual meeting of the shareholders of the Corporation was

held at

DATE:   January 7, 1980

TIME:   10:00 A. M.

PLACE:  Office of the Corporation, Neligh, Nebraska

The following being all the shareholders of the Corporation,

were present:   Sumner B. Hall
                Sumner A. Hall
                Barbara L. Hall
                Sumner A. Hall as Custodian for Douglas Allen Hall,
                Lisa Ann Hall, Kevin Bruce Hall and Kimberly Joan Hall


        Sumner B. Hall                    acted as Chairman of the meeting

and     Sumner A. Hall                    acted as Secretary of the meeting.

        The Secretary presented and read the waiver of notice of the meeting

signed by the shareholders and, on motion duly made, seconded, put to vote

and unanimously carried, said waiver was ordered attached to and made a part

of these minutes.

        The Chairman stated that the first business to come before the meeting

was the election of a Board of Directors.  On motion duly made, seconded, put

to vote and unanimously carried, the Secretary was requested to record the

unanimous election of the following directors:

                                Sumner B. Hall
                                Sumner A. Hall
                                Barbara L. Hall

Minutes of the Shareholders

Page Two

A discussion followed with respect to the general affairs of the corporation.  Upon motion duly made, and seconded, the following resolution was presented:

> "RESOLVED:  That all purchases, contracts, sales, contributions, acts, proceedings, elections and agreements of the Board of Directors and the officers of this corporation since the date of the last annual meeting of shareholders be, and the same hereby are, ratified and approved."

The resolution, upon being put to a vote, was unanimously carried and the chairman so declared.

There being no further business to come before the meeting, on motion duly made, seconded, put to vote and unanimously carried, the meeting was adjourned.

Sumner A. Hall          Secretary

WAIVER OF NOTICE

ANNUAL MEETING OF SHAREHOLDERS

OF

SUNSHINE RANCH, CO.

The undersigned, being all the shareholders of the corporation, do hereby call the Annual meeting of the shareholders of said corporation.

DATE: January 5, 1981

TIME: 10:00 A. M.

PLACE: Office of the Corporation

The undersigned shareholders do hereby waive all statutory and by-law requirements as to notice of the time, place and purpose of said meeting and consent to the transaction thereat of any and all business that may come before this meeting.

DATED this   5th day of January, 1981

_Sumner B. Hall_
Sumner B. Hall          Shareholder

_Sumner A. Hall_
Sumner A. Hall          Shareholder

_Barbara L. Hall_
Barbara L. Hall         Shareholder

_Sumner A. Hall_
Sumner A. Hall as        Shareholder
Costodian for Douglas Allen Hall, Lisa Ann
Hall, Kevin Bruce Hall & Kimberly Joan Hall

Shareholder

MINUTES OF THE ANNUAL MEETING OF THE SHAREHOLDERS

OF

SUNSHINE RANCH CO.

The annual meeting of the shareholders of the Corporation was held at

DATE:   January 5, 1981

TIME:   10:00 A. M.

PLACE:  Office of the Corporation

The following being all the shareholders of the Corporation, were present:

Sumner B. Hall
Sumner A. Hall
Barbara L. Hall
Sumner A. Hall as Custodian for Douglas Allen Hall,
Lisa Ann Hall, Kevin Bruce Hall and Kimberly Joan Hall

Sumner B. Hall                    acted as Chairman of the meeting
and   Sumner A. Hall                    acted as Secretary of the meeting.

The Secretary presented and read the waiver of notice of the meeting signed by the shareholders and, on motion duly made, seconded, put to vote and unanimously carried, said waiver was ordered attached to and made a part of these minutes.

The Chairman stated that the first business to come before the meeting was the election of a Board of Directors. On motion duly made, seconded, put to vote and unanimously carried, the Secretary was requested to record the unanimous election of the following directors:

Sumner B. Hall
Sumner A. Hall
Barbara L. Hall

Minutes of the Shareholders

Page Two


A discussion followed with respect to the general affairs of the corporation. Upon motion duly made, and seconded, the following resolution was presented:

> "RESOLVED: That all purchases, contracts, sales, contributions, acts, proceedings, elections and agreements of the Board of Directors and the officers of this corporation since the date of the last annual meeting of shareholders be, and the same hereby are, ratified and approved."

The resolution, upon being put to a vote, was unanimously carried and the chairman so declared.

There being no further business to come before the meeting, on motion duly made, seconded, put to vote and unanimously carried, the meeting was adjourned.


Sumner A. Hall          Secretary

WAIVER OF NOTICE

ANNUAL MEETING OF SHAREHOLDERS

OF

SUNSHINE RANCH CO.

The undersigned, being all the shareholders of the corporation, do hereby call the Annual meeting of the shareholders of said corporation.

DATE:     January 4, 1982

TIME:     10:00 A.M.

PLACE:    Office of the Corporation, Neligh, Nebraska

The undersigned shareholders do hereby waive all statutory and by-law requirements as to notice of the time, place and purpose of said meeting and consent to the transaction thereat of any and all business that may come before this meeting.

DATED this 4th day of January, 1982.

_____
Sumner B. Hall          Shareholder

_____
Sumner A. Hall          Shareholder

_____
Barbara L. Hall          Shareholder

_____
Sumner A. Hall, as      Shareholder
Custodian for Douglas Allen Hall, Lisa
Ann Hall, Kevin Bruce Hall & Kimberly
Joan Hall
                         Shareholder

MINUTES OF THE ANNUAL MEETING OF THE SHAREHOLDERS

OF

SUNSHINE RANCH CO.

The annual meeting of the shareholders of the Corporation was

held at

DATE:    January 4, 1982

TIME:    10:00 A.M.

PLACE:   Office of the Corporation, Neligh, Nebraska

The following being all the shareholders of the Corporation,

were present:   Sumner B. Hall
Sumner A. Hall
Barbara L. Hall
Sumner A. Hall, as Custodian for Douglas Allen
Hall, Lisa Ann Hall, Kevin Bruce Hall & Kimberly
Joan Hall

Sumner B. hall                   acted as Chairman of the meeting

and      Sumner A. Hall                 acted as Secretary of the meeting.

The Secretary presented and read the waiver of notice of the meeting

signed by the shareholders and, on motion duly made, seconded, put to vote

and unanimously carried, said waiver was ordered attached to and made a part

of these minutes.

The Chairman stated that the first business to come before the meeting

was the election of a Board of Directors.  On motion duly made, seconded, put

to vote and unanimously carried, the Secretary was requested to record the

unanimous election of the following directors:   Sumner B. Hall
Sumner A. Hall
Barbara L. Hall

Minutes of the Shareholders

Page Two

A discussion followed with respect to the general affairs of the corporation. Upon motion duly made, and seconded, the following resolution was presented:

> "RESOLVED: That all purchases, contracts, sales, contributions, acts, proceedings, elections and agreements of the Board of Directors and the officers of this corporation since the date of the last annual meeting of shareholders be, and the same hereby are, ratified and approved."

The resolution, upon being put to a vote, was unanimously carried and the chairman so declared.

There being no further business to come before the meeting, on motion duly made, seconded, put to vote and unanimously carried, the meeting was adjourned.

Sumner A. Hall        Secretary

WAIVER OF NOTICE

ANNUAL MEETING OF SHAREHOLDERS

OF

SUNSHINE RANCH CO.

The undersigned, being all the shareholders of the corporation, do hereby call the Annual meeting of the shareholders of said corporation.

DATE:     January 3, 1983

TIME:     10:00 A.M.

PLACE:    Office of the Corporation

The undersigned shareholders do hereby waive all statutory and by-law requirements as to notice of the time, place and purpose of said meeting and consent to the transaction thereat of any and all business that may come before this meeting.

DATED this 3rd day of January, 1983.

_Sumner B. Hall_
Sumner B. Hall          Shareholder

_Sumner A. Hall_
Sumner A. Hall          Shareholder

_Barbara L. Hall_
Barbara L. Hall          Shareholder

_Sumner A. Hall_
Sumner A. Hall, as          Shareholder
Custodian for Douglas Allen Hall,
Lisa Ann Hall, Kevin Bruce Hall, &
Kimberly Joan Hall
                          Shareholder

MINUTES OF THE ANNUAL MEETING OF THE SHAREHOLDERS

OF

SUNSHINE RANCH CO.

The annual meeting of the shareholders of the Corporation was

held at

DATE:     January 3, 1983

TIME:     10:00 A.M.

PLACE:    Office of the Corporation

The following being all the shareholders of the Corporation,

were present:    Sumner B. Hall
                 Sumner A. Hall
                 Barbara L. Hall
                 Sumner A. Hall, as Custodian for Douglas Allen Hall,
                 Lisa Ann Hall, Kevin Bruce Hall & Kimberly Joan Hall


        Sumner B. Hall                    acted as Chairman of the meeting

and     Sumner A. Hall                    acted as Secretary of the meeting.

The Secretary presented and read the waiver of notice of the meeting

signed by the shareholders and, on motion duly made, seconded, put to vote

and unanimously carried, said waiver was ordered attached to and made a part

of these minutes.

The Chairman stated that the first business to come before the meeting

was the election of a Board of Directors.  On motion duly made, seconded, put

to vote and unanimously carried, the Secretary was requested to record the

unanimous election of the following directors:    Sumner B. Hall
                                                   Sumner A. Hall
                                                   Barbara L. Hall

Minutes of the Shareholders

Page Two


A discussion followed with respect to the general affairs of the corporation.  Upon motion duly made, and seconded, the following resolution was presented:

> "RESOLVED:  That all purchases, contracts, sales, contributions, acts, proceedings, elections and agreements of the Board of Directors and the officers of this corporation since the date of the last annual meeting of shareholders be, and the same hereby are, ratified and approved."

The resolution, upon being put to a vote, was unanimously carried and the chairman so declared.

There being no further business to come before the meeting, on motion duly made, seconded, put to vote and unanimously carried, the meeting was adjourned.


_____Sumner A. Hall_____        Secretary

WAIVER OF NOTICE

ANNUAL MEETING OF SHAREHOLDERS

OF

SUNSHINE RANCH CO.

The undersigned, being all the shareholders of the corporation, do hereby call the Annual meeting of the shareholders of said corporation.

DATE:     January 2, 1984

TIME:     10:00 A.M.

PLACE:    Office of the Corporation

The undersigned shareholders do hereby waive all statutory and by-law requirements as to notice of the time, place and purpose of said meeting and consent to the transaction thereat of any and all business that may come before this meeting.

DATED this  2nd day of January, 1984.

Sumner B. Hall          Shareholder

Sumner A. Hall          Shareholder

Barbara L. Hall         Shareholder

Sumner A. Hall, as      Shareholder
Custodian for Douglas Allen Hall,
Lisa Ann Hall, Kevin Bruce Hall &
Kimberly Joan Hall
                        Shareholder

MINUTES OF THE ANNUAL MEETING OF THE SHAREHOLDERS

OF

SUNSHINE RANCH CO.

The annual meeting of the shareholders of the Corporation was

held at

DATE:      January 2, 1984

TIME:      10:00 A.M.

PLACE:     Office of the Corporation

The following being all the shareholders of the Corporation,

were present:     Sumner B. Hall
                  Sumner A. Hall
                  Barbara L. Hall
                  Sumner A. Hall, as Custodian for Douglas Allen Hall,
                  Lisa Ann Hall, Kevin Bruce Hall & Kimberly Joan Hall

        Sumner B. Hall                 acted as Chairman of the meeting

and     Sumner A. Hall                 acted as Secretary of the meeting.

The Secretary presented and read the waiver of notice of the meeting

signed by the shareholders and, on motion duly made, seconded, put to vote

and unanimously carried, said waiver was ordered attached to and made a part

of these minutes.

The Chairman stated that the first business to come before the meeting

was the election of a Board of Directors.  On motion duly made, seconded, put

to vote and unanimously carried, the Secretary was requested to record the

unanimous election of the following directors:     Sumner B. Hall
                                                    Sumner A. Hall
                                                    Barbara L. Hall

Minutes of the Shareholders

Page Two

A discussion followed with respect to the general affairs of the corporation. Upon motion duly made, and seconded, the following resolution was presented:

"RESOLVED: That all purchases, contracts, sales, contributions, acts, proceedings, elections and agreements of the Board of Directors and the officers of this corporation since the date of the last annual meeting of shareholders be, and the same hereby are, ratified and approved."

The resolution, upon being put to a vote, was unanimously carried and the chairman so declared.

There being no further business to come before the meeting, on motion duly made, seconded, put to vote and unanimously carried, the meeting was adjourned.

Sumner A. Hall        Secretary

WAIVER OF NOTICE

ANNUAL MEETING OF SHAREHOLDERS

OF

SUNSHINE RANCH CO.

The undersigned, being all the shareholders of the corporation, do hereby call the Annual meeting of the shareholders of said corporation.

DATE:   January 7, 1985

TIME:   10:00 A.M.

PLACE:  Office of the Corporation

The undersigned shareholders do hereby waive all statutory and by-law requirements as to notice of the time, place and purpose of said meeting and consent to the transaction thereat of any and all business that may come before this meeting.

DATED this   7th day of January, 1985.

_____
Sumner B. Hall        Shareholder

_____
Sumner A. Hall        Shareholder

_____
Barbara L. Hall       Shareholder

_____
Sumner A. Hall, as    Shareholder
Custodian for Douglas Allen Hall,
Lisa Ann Hall, Kevin Bruce Hall &
Kimberly Joan Hall
                      Shareholder

MINUTES OF THE ANNUAL MEETING OF THE SHAREHOLDERS

OF

SUNSHINE RANCH CO.

The annual meeting of the shareholders of the Corporation was

held at

DATE:    January 7, 1985

TIME:    10:00 A.M.

PLACE:   Office of the Corporation

The following being all the shareholders of the Corporation,

were present:    Sumner B. Hall
                 Sumner A. Hall
                 Barbara L. Hall
                 Sumner A. Hall, as Custodian for Douglas Allen Hall,
                 Lisa Ann Hall, Kevin Bruce Hall & Kimberly Joan Hall


            Sumner B. Hall                acted as Chairman of the meeting

and         Sumner A. Hall               acted as Secretary of the meeting.

The Secretary presented and read the waiver of notice of the meeting

signed by the shareholders and, on motion duly made, seconded, put to vote

and unanimously carried, said waiver was ordered attached to and made a part

of these minutes.

The Chairman stated that the first business to come before the meeting

was the election of a Board of Directors.  On motion duly made, seconded, put

to vote and unanimously carried, the Secretary was requested to record the

unanimous election of the following directors:   Sumner B. Hall
                                                 Sumner A. Hall
                                                 Barbara L. Hall

Minutes of the Shareholders

Page Two

A discussion followed with respect to the general affairs of the corporation. Upon motion duly made, and seconded, the following resolution was presented:

> "RESOLVED: That all purchases, contracts, sales, contributions, acts, proceedings, elections and agreements of the Board of Directors and the officers of this corporation since the date of the last annual meeting of shareholders be, and the same hereby are, ratified and approved."

The resolution, upon being put to a vote, was unanimously carried and the chairman so declared.

There being no further business to come before the meeting, on motion duly made, seconded, put to vote and unanimously carried, the meeting was adjourned.

Sumner A. Hall        Secretary

WAIVER OF NOTICE

ANNUAL MEETING OF SHAREHOLDERS

OF

SUNSHINE RANCH CO.

The undersigned, being all the shareholders of the corporation, do hereby call the Annual meeting of the shareholders of said corporation.

DATE:     January 6, 1986

TIME:     10:00 A.M.

PLACE:    Office of the Corporation

The undersigned shareholders do hereby waive all statutory and by-law requirements as to notice of the time, place and purpose of said meeting and consent to the transaction thereat of any and all business that may come before this meeting.

DATED this 6th day of January, 1986.

_____  _____
Sumner B. Hall            Shareholder

_____
Sumner A. Hall            Shareholder

_____
Barbara L. Hall           Shareholder

_____
Sumner A. Hall, as        Shareholder
Custodian for Douglas Allen Hall, Lisa
Ann Hall, Kevin Bruce Hall & Kimberly
Joan Hall
_____
                          Shareholder

MINUTES OF THE ANNUAL MEETING OF THE SHAREHOLDERS

OF

SUNSHINE RANCH CO.

The annual meeting of the shareholders of the Corporation was

held at

DATE:       January 6, 1986

TIME:       10:00 A.M.

PLACE:      Office of the Corporation

The following being all the shareholders of the Corporation,

were present:    Sumner B. Hall
                 Sumner A. Hall
                 Barbara L. Hall
                 Sumner A. Hall, as Custodian for Douglas Allen
                    Hall, Lisa Ann Hall, Kevin Bruce Hall & Kimberly
                    Joan Hall

          Sumner B. Hall        acted as Chairman of the meeting

and       Sumner A. Hall        acted as Secretary of the meeting.

The Secretary presented and read the waiver of notice of the meeting

signed by the shareholders and, on motion duly made, seconded, put to vote

and unanimously carried, said waiver was ordered attached to and made a part

of these minutes.

The Chairman stated that the first business to come before the meeting

was the election of a Board of Directors.  On motion duly made, seconded, put

to vote and unanimously carried, the Secretary was requested to record the

unanimous election of the following directors:    Sumner B. Hall
                                                   Sumner A. Hall
                                                   Barbara L. Hall

Minutes of the Shareholders

Page Two

A discussion followed with respect to the general affairs of the corporation.  Upon motion duly made, and seconded, the following resolution was presented:

> "RESOLVED:  That all purchases, contracts, sales,
> contributions, acts, proceedings, elections and
> agreements of the Board of Directors and the
> officers of this corporation since the date of
> the last annual meeting of shareholders be, and
> the same hereby are, ratified and approved."

The resolution, upon being put to a vote, was unanimously carried and the chairman so declared.

There being no further business to come before the meeting, on motion duly made, seconded, put to vote and unanimously carried, the meeting was adjourned.

Sumner A. Hall     Secretary

WAIVER OF NOTICE

ANNUAL MEETING OF SHAREHOLDERS

OF

SUNSHINE RANCH CO.

The undersigned, being all the shareholders of the corporation, do hereby call the Annual meeting of the shareholders of said corporation.

DATE:   January 5, 1987

TIME:   10:00 A.M.

PLACE:  Office of the Corporation

The undersigned shareholders do hereby waive all statutory and by-law requirements as to notice of the time, place and purpose of said meeting and consent to the transaction thereat of any and all business that may come before this meeting.

DATED this 5th day of January, 1987

_Sumner B. Hall_
Sumner B. Hall                    Shareholder

_Sumner A. Hall_
Sumner A. Hall                    Shareholder

_Barbara L. Hall_
Barbara L. Hall                   Shareholder

_Sumner A. Hall_
Sumner A. Hall, as                Shareholder
Custodian for Douglas Allen Hall, Lisa Ann Hall, Kevin Bruce Hall & Kimberly Joan Hall
                                  Shareholder

MINUTES OF THE ANNUAL MEETING OF THE SHAREHOLDERS

OF

SUNSHINE RANCH CO.

The annual meeting of the shareholders of the Corporation was

held at

        DATE:    January 5, 1987

        TIME:    10:00 A.M.

        PLACE:   Office of the Corporation

The following being all the shareholders of the Corporation,

were present:    Sumner B. Hall
                Sumner A. Hall
                Barbara L. Hall
                Sumner A. Hall, as Custodian for Douglas Allen
                Hall, Lisa Ann Hall, Kevin Bruce Hall & Kimberly
                Joan Hall

          Sumner B. Hall     acted as Chairman of the meeting

and          Sumner A. Hall  acted as Secretary of the meeting.

The Secretary presented and read the waiver of notice of the meeting

signed by the shareholders and, on motion duly made, seconded, put to vote

and unanimously carried, said waiver was ordered attached to and made a part

of these minutes.

The Chairman stated that the first business to come before the meeting

was the election of a Board of Directors.  On motion duly made, seconded, put

to vote and unanimously carried, the Secretary was requested to record the

unanimous election of the following directors:    Sumner B. Hall
                                            Sumner A. Hall
                                            Barbara L. Hall

Minutes of the Shareholders

Page Two

A discussion followed with respect to the general affairs of the corporation. Upon motion duly made, and seconded, the following resolution was presented:

> "RESOLVED: That all purchases, contracts, sales, contributions, acts, proceedings, elections and agreements of the Board of Directors and the officers of this corporation since the date of the last annual meeting of shareholders be, and the same hereby are, ratified and approved."

The resolution, upon being put to a vote, was unanimously carried and the chairman so declared.

There being no further business to come before the meeting, on motion duly made, seconded, put to vote and unanimously carried, the meeting was adjourned.

Sumner A. Hall        Secretary

WAIVER OF NOTICE

ANNUAL MEETING OF SHAREHOLDERS

OF

SUNSHINE RANCH CO.

The undersigned, being all the shareholders of the corporation, do hereby call the Annual meeting of the shareholders of said corporation.

DATE:   January 4, 1988

TIME:   10:00 A.M.

PLACE:  Office of the Corporation

The undersigned shareholders do hereby waive all statutory and by-law requirements as to notice of the time, place and purpose of said meeting and consent to the transaction thereat of any and all business that may come before this meeting.

DATED this 4th day of January, 1988

_____
Sumner B. Hall            Shareholder

_____
Sumner A. Hall            Shareholder

_____
Barbara L. Hall           Shareholder

_____
Sumner A. Hall, as        Shareholder
Custodian for Douglas Allen Hall, Lisa Ann
Hall, Kevin Bruce Hall & Limberly Joan Hall
                          Shareholder

MINUTES OF THE ANNUAL MEETING OF THE SHAREHOLDERS

OF

SUNSHINE RANCH CO.

The annual meeting of the shareholders of the Corporation was

held at

DATE:    January 4, 1988

TIME:    10:00 A.M.

PLACE:  Office of the Corporation

The following being all the shareholders of the Corporation,

were present:   Sumner B. Hall
Sumner A. Hall
Barbara L. Hall
Sumner A. Hall, as Custodian for Douglas Allen Hall, Lisa
Ann Hall, Kevin Bruce Hall & Kimberly Joan Hall.

Sumner B. Hall    acted as Chairman of the meeting
and
Sumner A. Hall  acted as Secretary of the meeting.

The Secretary presented and read the waiver of notice of the meeting
signed by the shareholders and, on motion duly made, seconded, put to vote
and unanimously carried, said waiver was ordered attached to and made a part
of these minutes.

The Chairman stated that the first business to come before the meeting
was the election of a Board of Directors.  On motion duly made, seconded, put
to vote and unanimously carried, the Secretary was requested to record the
unanimous election of the following directors:    Sumner B. Hall
Sumner A. Hall
Barbara L. Hall

Minutes of the Shareholders

Page Two

A discussion followed with respect to the general affairs of the corporation.  Upon motion duly made, and seconded, the following resolution was presented;

> "RESOLVED;  That all purchases, contracts, sales, contributions, acts, proceedings, elections and agreements of the Board of Directors and the officers of this corporation since the date of the last annual meeting of shareholders be, and the same hereby are, ratified and approved."

The resolution, upon being put to a vote, was unanimously carried and the chairman so declared.

There being no further business to come before the meeting, on motion duly made, seconded, put to vote and unanimously carried, the meeting was adjourned.

_Sumner A. Hall_

Sumner A. Hall                                    Secretary

WAIVER OF NOTICE

ANNUAL MEETING OF SHAREHOLDERS

OF

SUNSHINE RANCH CO.

The undersigned, being all the shareholders of the corporation, do hereby call the Annual meeting of the shareholders of said corporation.

DATE:   January 2, 1989

TIME:   10:00 A. M.

PLACE:  Office of the Corporation

The undersigned shareholders do hereby waive all statutory and by-law requirements as to notice of the time, place and purpose of said meeting and consent to the transaction thereat of any and all business that may come before this meeting.

DATED this    2nd day of January, 1989

_____
Barbara L. Hall          Shareholder

_____
Sumner A. Hall          Shareholder

_____
Douglas A. Hall          Shareholder

_____
Lisa A. Zuhlke          Shareholder

_____
Kevin B. Hall          Shareholder

MINUTES OF THE ANNUAL MEETING OF THE SHAREHOLDERS

OF

SUNSHINE RANCH CO.

The annual meeting of the shareholders of the Corporation was
held at

DATE:   January 2, 1989

TIME:   10:00 A. M.

PLACE:   Office of the Corporation

The following being all the shareholders of the Corporation,
were present:   Barbara L. Hall
Sumner A. Hall          Lisa A. Zuhlke
Douglas A. Hall         Kevin B. Hall
                        Kimberly J. Clark

Douglas A. Hall           acted as Chairman of the meeting
and         Sumner A. Hall        acted as Secretary of the meeting.

The Secretary presented and read the waiver of notice of the meeting
signed by the shareholders and, on motion duly made, seconded, put to vote
and unanimously carried, said waiver was ordered attached to and made a part
of these minutes.

The Chairman stated that the first business to come before the meeting
was the election of a Board of Directors.  On motion duly made, seconded, put
to vote and unanimously carried, the Secretary was requested to record the
unanimous election of the following directors:

Sumner A. Hall
Barbara L. Hall
Douglas A. Hall

Minutes of the Shareholders

Page Two

A discussion followed with respect to the general affairs of the corporation.  Upon motion duly made, and seconded, the following resolution was presented;

> "RESOLVED;  That all purchases, contracts, sales, contributions, acts, proceedings, elections and agreements of the Board of Directors and the officers of this corporation since the date of the last annual meeting of shareholders be, and the same hereby are, ratified and approved."

The resolution, upon being put to a vote, was unanimously carried and the chairman so declared.

There being no further business to come before the meeting, on motion duly made, seconded, put to vote and unanimously carried, the meeting was adjourned.

Sumner A. Hall                           Secretary

WAIVER OF NOTICE

ANNUAL MEETING OF SHAREHOLDERS

OF

SUNSHINE RANCH CO.

The undersigned, being all the shareholders of the corporation, do hereby call the Annual meeting of the shareholders of said corporation.

DATE:    January 2, 1990

TIME:    10:00 A. M.

PLACE:   Office of the Corporation

The undersigned shareholders do hereby waive all statutory and by-law requirements as to notice of the time, place and purpose of said meeting and consent to the transaction thereat of any and all business that may come before this meeting.

DATED this   2nd day of January, 1990

_____
Barbara L. Hall          Shareholder

_____
Summer A. Hall           Shareholder

_____
Douglas A. Hall          Shareholder

_____
Lisa A. Zuhlke           Shareholder

_____
Kevin B. Hall            Shareholder

_____
Kimberly J. Clark        Shareholder

MINUTES OF THE ANNUAL MEETING OF THE SHAREHOLDERS

OF

SUNSHINE RANCH CO.

The annual meeting of the shareholders of the Corporation was
held at

DATE: January 2, 1990

TIME: 10:00 A. M.

PLACE: Office of the Corporation

The following being all the shareholders of the Corporation,
were present:

Barbara L. Hall
Sumner A. Hall
Douglas A. Hall

Lisa A. Zuhlke
Kevin B. Hall
Kimberly J. Clark

Douglas A. Hall                acted as Chairman of the meeting
and      Sumner A. Hall             acted as Secretary of the meeting.

The Secretary presented and read the waiver of notice of the meeting
signed by the shareholders and, on motion duly made, seconded, put to vote
and unanimously carried, said waiver was ordered attached to and made a part
of these minutes.

The Chairman stated that the first business to come before the meeting
was the election of a Board of Directors.  On motion duly made, seconded, put
to vote and unanimously carried, the Secretary was requested to record the
unanimous election of the following directors:

Sumner A. Hall
Barbara L. Hall
Douglas A. Hall

Minutes of the Shareholders

Page Two

A discussion followed with respect to the general affairs of the corporation.  Upon motion duly made, and seconded, the following resolution was presented:

> "RESOLVED: That all purchases, contracts, sales,
> contributions, acts, proceedings, elections and
> agreements of the Board of Directors and the
> officers of this corporation since the date of
> the last annual meeting of shareholders be, and
> the same hereby are, ratified and approved."

The resolution, upon being put to a vote, was unanimously carried and the chairman so declared.

There being no further business to come before the meeting, on motion duly made, seconded, put to vote and unanimously carried, the meeting was adjourned.

Sumner A. Hall                    Secretary