# Directors' Minutes


**EXHIBIT**

6

4-16-24

WAIVER OF NOTICE

FIRST MEETING OF THE BOARD OF DIRECTORS

OF

SUNSHINE RANCH CO.

We, the undersigned, all of the Directors of Sunshine

Ranch Co., do hereby call the first meeting of the Board of

Directors of said corporation to be held at 1414 First National

Bank Building, Omaha, Nebraska, on December 30, 1965, at 11:00 A.M.

We do hereby severally waive all statutory and by-law

requirements as to notice of the time, place and purpose of said

meeting and consent to the transaction thereat of any and all

business that may come before this meeting.

DATED, this 30th day of December, 1965.

_____
SUMNER B. HALL

_____
SUMNER A. HALL

_____
BARBARA L. HALL

MINUTES OF THE FIRST MEETING OF THE BOARD OF DIRECTORS

OF

SUNSHINE RANCH CO.

The first meeting of the Board of Directors of Sunshine
Ranch Co., a Nebraska corporation, was held at 1414 First National
Bank Building, Omaha, Nebraska, on December 30, 1965, at 11:00 A.M.

The following Directors were present:

> Sumner B. Hall
> Sumner A. Hall
> Barbara L. Hall

being all of the directors of the corporation. Sumner B. Hall
acted as Chairman of the meeting and Sumner A. Hall acted as
Secretary thereof and kept the minutes.

The Secretary presented and read the waiver of notice of
the meeting signed by all of the directors and on motion duly made,
seconded, put to vote and unanimously carried, said waiver was
attached to and made a part of these minutes.

The Chairman announced that the first business of the
meeting would be the election of officers. Sumner A. Hall nominated
Sumner B. Hall for the office of the Chairman of the Board of
Directors. There were no other nominations. On motion duly made,
seconded, put to vote and unanimously carried, the Secretary was
instructed to cast a unanimous ballot for Sumner B. Hall as Chairman
of the Board of Directors.

Barbara L. Hall nominated Sumner B. Hall for the office of
President and the office of Treasurer of the corporation. There
were no other nominations. On motion duly made, seconded, put to
vote and unanimously carried, the Secretary was instructed to cast
a unanimous ballot for Sumner B. Hall as President and Treasurer
of the corporation.

Sumner B. Hall nominated Sumner A. Hall for the office of
Vice-President and the office of Secretary of the corporation.
There were no other nominations. On motion duly made, seconded,
put to vote and unanimously carried, the Secretary was instructed
to cast a unanimous ballot for Sumner A. Hall as Vice-President
and Secretary of the corporation.

Minutes of the Board of Directors
Page Two


   The Chairman announced that a resolution authorizing the
officers of the corporation to act in respect to the bank accounts
of the corporation would be immediately necessary.  A form
resolution prepared by the bank was presented for consideration
and on motion duly made, seconded, put to vote and unanimously
carried, the form was approved, adopted and attached to these
minutes in the form in which it was certified to the bank.

   There being no further business to come before the meeting,
on motion duly made, seconded, put to vote and unanimously carried,
the meeting was adjourned.

           *Sumner A. Hall Secretary*
           Sumner A. Hall, Secretary

WAIVER OF NOTICE

ANNUAL MEETING OF THE BOARD OF DIRECTORS

OF

SUNSHINE RANCH CO.

We, the undersigned, all of the Directors of Sunshine Ranch Co.,
do hereby call the annual meeting of the Board of Directors of said corpor-
ation to be held at Sunshine Ranch Co., Neligh, Nebraska, on _Jan. 3, 1966_,
at 11:00 A.M.

We do hereby severally waive all statutory and by-law requirements
as to notice of the time, place and purpose of said meeting and consent to the
transaction thereat of any and all business that may come before this meeting.

DATED, this _Jan 3, 1966_ .

_____
SUMNER B. HALL

_____
Sumner A. Hall

_____
BARBARA L. HALL

MINUTES OF THE ANNUAL MEETING OF THE BOARD OF DIRECTORS

OF

SUNSHINE RANCH CO.

The annual meeting of the Board of Directors of Sunshine Ranch Co.,
a Nebraska corporation, was held at the Sunshine Ranch Co., Neligh, Nebraska,
on January 3, 1966, at 11:00 A.M.

The following Directors were present:

        Sumner B. Hall
        Sumner A. Hall
        Barbara L. Hall

being all of the directors of the corporation.

The minutes of the last meeting were read and duly approved.

A motion was made and duly passed that the present officers, Sumner
B. Hall, President and Treasurer and Sumner A. Hall, Vice-President and Secretary
would serve these offices for another year.

A motion was made and duly passed that the officers of the corporation
should be reimbursed at the rate of 10¢ per mile for the use of their personal
autos. A motion was made and duly passed that the President of the corporation
would be authorized to redeem any bonds from bondholders if they wanted them re-
deemed and the corporation had the funds available.

There being no further business a motion was made and passed that the
meeting be adjourned.

                                    *Sumner A. Hall Secretary*
                                    Sumner A. Hall, Secretary

WAIVER OF NOTICE

ANNUAL MEETING OF THE BOARD OF DIRECTORS

OF

SUNSHINE RANCH CO.

We, the undersigned, all of the Directors of Sunshine Ranch Co., do hereby call the annual meeting of the Board of Directors of said corporation to be held at Sunshine Ranch Co., Neligh, Nebraska, on ___Jan 3, 1967___, at 11:00 A.M.

We do hereby severally waive all statutory and by-law requirements as to notice of the time, place and purpose of said meeting and consent to the transaction thereat of any and all business that may come before this meeting.

DATED, this ___Jan 3, 1967___.

_____
SUMNER B. HALL

_____
Sumner A. Hall

_____
BARBARA L. HALL

MINUTES OF THE ANNUAL MEETING OF THE BOARD OF DIRECTORS

OF

SUNSHINE RANCH CO.


    The annual meeting of the Board of Directors of Sunshine Ranch Co., a Nebraska corporation, was held at the Sunshine Ranch Co., Neligh, Nebraska, on January 3, 1967, at 11:00 A.M.

    The following Directors were present:

        Sumner B. Hall
        Sumner A. Hall
        Barbara L. Hall

being all of the directors of the corporation.

    The minutes of the last meeting were read and duly approved.

    A motion was made and duly passed that the present officers, Sumner B. Hall, President and Treasurer, and Sumner A. Hall, Vice-President and Secretary would serve these offices for another year.

    There being no further business a motion was made and passed that the meeting be adjourned.

*Sumner A. Hall Secretary*

Sumner A. Hall, Secretary

WAIVER OF NOTICE

ANNUAL MEETING OF THE BOARD OF DIRECTORS

OF

SUNSHINE RANCH CO.

We, the undersigned, all of the Directors of Sunshine Ranch Co., do hereby call the annual meeting of the Board of Directors of said corporation to be held at Sunshine Ranch Co., Neligh, Nebraska, on _Jan 2, 1968_, at 11:00 A.M.

We do hereby severally waive all statutory and by-law requirements as to notice of the time, place and purpose of said meeting and consent to the transaction thereat of any and all business that may come before this meeting.

DATED, this _Jan 2, 1968_.

_Sumner B. Hall_
SUMNER B. HALL

_Sumner A. Hall_
Sumner A. Hall

_Barbara L. Hall_
BARBARA L. HALL

MINUTES OF THE ANNUAL MEETING OF THE BOARD OF DIRECTORS

OF

SUNSHINE RANCH CO.


The annual meeting of the Board of Directors of Sunshine Ranch Co., a Nebraska corporation, was held at the Sunshine Ranch Co., Neligh, Nebraska, on January 2, 1968, at 11:00 A. M.

The following Directors were present:

        Sumner B. Hall
        Sumner A. Hall
        Barbara L. Hall

being all of the directors of the corporation.

The minutes of the last meeting were read and duly approved.

A motion was made and duly passed that the present officers, Sumner B. Hall, President and Treasurer, and Sumner A. Hall, Vice-President and Secretary would serve these offices for another year.

A motion was made and duly passed that the salary for Sumner B. Hall for the fiscal year ending August 31, 1968 would be $8,500.00 per year and that the salary for Sumner A. Hall for the fiscal year ending August 31, 1968 would be $10,000.00 per year.

The President reported that bonds numbered 161 through 165 inclusive and held by Donald Hall were redeemed by the corporation on December 18, 1967.

There being no further business a motion was made and passed that the meeting be adjourned.

*Sumner A. Hall Secretary*
Sumner A. Hall, Secretary

WAIVER OF NOTICE

ANNUAL MEETING OF THE BOARD OF DIRECTORS

OF

SUNSHINE RANCH CO.

We, the undersigned, all of the Directors of Sunshine Ranch Co.,
do hereby call the annual meeting of the Board of Directors of said corpor-
ation to be held at Sunshine Ranch Co., Neligh, Nebraska, on _Jan 6, 1969_,
at 11:00 A.M.

We do hereby severally waive all statutory and by-law requirements
as to notice of the time, place and purpose of said meeting and consent to the
transaction thereat of any and all business that may come before this meeting.

DATED, this _Jan 6, 1969_.

_Sumner B. Hall_
SUMNER B. HALL

_Sumner A. Hall_
Sumner A. Hall

_Barbara L. Hall_
BARBARA L. HALL

MINUTES OF THE ANNUAL MEETING OF THE BOARD OF DIRECTORS

OF

SUNSHINE RANCH CO.


The annual meeting of the Board of Directors of Sunshine Ranch Co., a Nebraska corporation, was held at the Sunshine Ranch Co., Neligh, Nebraska, on January 6, 1969, at 11.00 A. M.

The following Directors were present:

Sumner B. Hall
Sumner A. Hall
Barbara L. Hall

being all of the directors of the corporation.

The minutes of the last meeting were read and duly approved.

A motion was made and duly passed that Sumner B. Hall would serve as President for another year.

Sumner B. Hall nominated Barbara L. Hall for the office of Vice-President of the corporation. There were no other nominations. On motion duly made, seconded, put to vote and unanimously carried, the Secretary was instructed to cast a unanimous ballot for Barbara L. Hall as Vice-President of the corporation.

Barbara L. Hall nominated Sumner A. Hall for the office of Treasurer of the corporation. There were no other nominations. On motion duly made, seconded, put to vote and unanimously carried, the Secretary was instructed to cast a unanimous ballot for Sumner A. Hall as Treasurer of the corporation.

A motion was made and duly passed that Sumner A. Hall would serve as the Secretary for another year.

There being no further business a motion was made and passed that the meeting be adjourned.

Sumner A. Hall, Secretary

WAIVER OF NOTICE

ANNUAL MEETING OF THE BOARD OF DIRECTORS

OF

SUNSHINE RANCH CO.


The undersigned, being all the directors of the corporation, do hereby call the annual meeting of the Board of Directors of said corporation.

DATE:    January 5, 1970

TIME:    11:00 A.M.

PLACE:   Office of the Corporation, Neligh, Nebraska

The undersigned directors do hereby waive all statutory and by-law requirements as to notice of the time, place and purpose of said meeting and consent to the transaction thereat of any and all business that may come before this meeting.

DATED this   5th day of January, 1970


_____
Sumner B. Hall                Director

_____
Sumner A. Hall                Director

_____
Barbara L. Hall               Director

MINUTES OF THE ANNUAL MEETING OF THE BOARD OF DIRECTORS

OF

SUNSHINE RANCH CO.

The _____ annual meeting of the Board of Directors of the Corporation

was held at

DATE:   January 5, 1970

TIME:   11:00 A.M.

PLACE:  Office of the Corporation, Neligh, Nebraska

The following, being all the directors of the corporation, were present:

    Sumner B. Hall
    Sumner A. Hall
    Barbara L. Hall

The individual who acted as Chairman at the meeting was   Sumner B.

Hall _____.

The individual who acted as Secretary at the meeting was   Sumner A.

Hall _____.

The Secretary presented and read the waiver of notice of the meeting signed

by the directors and on motion duly made, seconded, put to vote and unanimously

carried, said waiver was attached to and made a part of these minutes.

The Chairman announced that the first business of the meeting would be the

election of officers.  On motion duly made, seconded, put to vote and unanimously

carried, the Secretary was instructed to record the unanimous election of the

following officers of the corporation:

Sumner B. Hall _____. President

Barbara L. Hall _____ Vice President

Sumner A. Hall _____ Secretary

Sumner A. Hall _____ Treasurer

Minutes of the Annual Meeting of
   Board of Directors
Page Two


     There being no further business to come before the meeting, upon
motion duly made, seconded, put to vote and unanimously carried, the
meeting was adjourned.


                                   _Sumner A. Hall_     Secretary

WAIVER OF NOTICE

ANNUAL MEETING OF THE BOARD OF DIRECTORS

OF

SUNSHINE RANCH CO.

The undersigned, being all the directors of the
corporation, do hereby call the annual meeting of the Board of
Directors of said corporation.

DATE:        January 4, 1971

TIME:        11:00 A.M.

PLACE:       Office of the Corporation, Neligh, Nebraska

The undersigned directors do hereby waive all statutory
and by-law requirements as to notice of the time, place and pur-
pose of said meeting and consent to the transaction thereat of any
and all business that may come before this meeting.

DATED this   4th Day of January, 1971.

_____
Sumner B. Hall                Director

_____
Sumner A. Hall                Director

_____
Barbara L. Hall               Director

MINUTES OF THE ANNUAL MEETING OF THE BOARD OF DIRECTORS

OF

SUNSHINE RANCH CO.

The _____annual meeting of the Board of Directors of the Corporation

was held at

DATE:___January 4, 1971_____

TIME:____11:00 A.M._____

PLACE:  Office of the Corporation, Neligh, Ne  68756____

The following, being all the directors of the corporation, were present:

> Sumner B. Hall
> Sumner A. Hall
> Barbara L. Hall

The individual who acted as Chairman at the meeting was____Sumner B.____

Hall _____.

The individual who acted as Secretary at the meeting was____Sumner A.____

Hall _____.

The Secretary presented and read the waiver of notice of the meeting signed

by the directors and on motion duly made, seconded, put to vote and unanimously

carried, said waiver was attached to and made a part of these minutes.

The Chairman announced that the first business of the meeting would be the

election of officers.  On motion duly made, seconded, put to vote and unanimously

carried, the Secretary was instructed to record the unanimous election of the

following officers of the corporation:

Sumner B. Hall                .President

Barbara L. Hall               Vice President

Sumner A. Hall                Secretary

Sumner A. Hall                Treasurer

Minutes of the Annual Meeting of
    Board of Directors
Page Two


    There being no further business to come before the meeting, upon

motion duly made, seconded, put to vote and unanimously carried, the

meeting was adjourned.


                              _Sumner G. Hall_
                              Sumner A. Hall    Secretary

WAIVER OF NOTICE

ANNUAL MEETING OF THE BOARD OF DIRECTORS

OF

SUNSHINE RANCH CO.

The undersigned, being all the directors of the corporation, do hereby call the annual meeting of the Board of Directors of said corporation.

DATE:      January 3, 1972

TIME:      11:00 A.M.

PLACE:     Office of the Corporation, Neligh, Nebraska

The undersigned directors do hereby waive all statutory and by-law requirements as to notice of the time, place and purpose of said meeting and consent to the transaction thereat of any and all business that may come before this meeting.

DATED this   3rd day of January, 1972

_____
Sumner B. Hall              Director

_____
Sumner A. Hall              Director

_____
Barbara L. Hall             Director

MINUTES OF THE ANNUAL MEETING OF THE BOARD OF DIRECTORS

OF

SUNSHINE RANCH CO.

The _____ annual meeting of the Board of Directors of the Corporation

was held at

DATE: _____ January 3, 1972 _____

TIME: _____ 11:00 A.M. _____

PLACE: _____ Office of the Corporation, Neligh, Nebraska _____

The following, being all the directors of the corporation, were present:

      Sumner B. Hall
      Sumner A. Hall
      Barbara L. Hall

The individual who acted as Chairman at the meeting was_____ Sumner B. _____

Hall _____ .

The individual who acted as Secretary at the meeting was_____ Sumner A. _____

_Hall_ _____ .

The Secretary presented and read the waiver of notice of the meeting signed

by the directors and on motion duly made, seconded, put to vote and unanimously

carried, said waiver was attached to and made a part of these minutes.

The Chairman announced that the first business of the meeting would be the

election of officers.  On motion duly made, seconded, put to vote and unanimously

carried, the Secretary was instructed to record the unanimous election of the

following officers of the corporation:

_Sumner B. Hall_ President
Sumner B. Hall

_Barbara L. Hall_ Vice President
Barbara L. Hall

_Sumner A. Hall_ Secretary
Sumner A. Hall

_Sumner B. Hall_ Treasurer

Minutes of the Annual Meeting of
    Board of Directors
Page Two


        There being no further business to come before the meeting, upon

motion duly made, seconded, put to vote and unanimously carried, the

meeting was adjourned.




                                    _Sumner A. Hall_

                          Sumner A. Hall        Secretary

WAIVER OF NOTICE

ANNUAL MEETING OF THE BOARD OF DIRECTORS

OF

SUNSHINE RANCH CO.

The undersigned, being all the directors of the corporation, do hereby call the annual meeting of the Board of Directors of said corporation.

DATE:           January 1, 1973

TIME:           11:00

PLACE:    .    Office of the Corporation, Neligh, Nebraska

The undersigned directors do hereby waive all statutory and by-law requirements as to notice of the time, place and purpose of said meeting and consent to the transaction thereat of any and all business that may come before this meeting.

DATED this    1st day of January, 1973

_Summer B. Hall_
Summer B. Hall                    Director

_Summer A. Hall_
Summer A. Hall                    Director

_Barbara L Hall_
Barbara L. Hall                   Director

MINUTES OF THE ANNUAL MEETING OF THE BOARD OF DIRECTORS

OF

SUNSHINE RANCH CO.

The _____ annual meeting of the Board of Directors of the Corporation

was held at

DATE:    January 1, 1973

TIME:    11:00 A.M.

PLACE:    Office of the Corporation, Neligh, Nebraska

The following, being all the directors of the corporation, were present:

    Sumner B. Hall
    Sumner A. Hall
    Barbara L. Hall

The individual who acted as Chairman at the meeting was  Sumner B.
Hall                                 .

The individual who acted as Secretary at the meeting was  Sumner A.
Hall                          .

The Secretary presented and read the waiver of notice of the meeting signed

by the directors and on motion duly made, seconded, put to vote and unanimously

carried, said waiver was attached to and made a part of these minutes.

The Chairman announced that the first business of the meeting would be the

election of officers.  On motion duly made, seconded, put to vote and unanimously

carried, the Secretary was instructed to record the unanimous election of the

following officers of the corporation:

_Sumner B. Hall_____, President
Sumner B. Hall

_Barbara L. Hall_____ Vice President
Barbara L. Hall

_Sumner A. Hall_____ Secretary
Sumner A. Hall

_Sumner A. Hall_____ Treasurer
Sumner A. Hall

Minutes of the Annual Meeting of
   Board of Directors
Page Two


There being no further business to come before the meeting, upon motion duly made, seconded, put to vote and unanimously carried, the meeting was adjourned.

*Sumner A. Hall*

Sumner A. Hall       Secretary

WAIVER OF NOTICE

ANNUAL MEETING OF THE BOARD OF DIRECTORS

OF

SUNSHINE RANCH CO.

The undersigned, being all the directors of the
corporation, do hereby call the annual meeting of the Board of
Directors of said corporation.

DATE:      January 7, 1974

TIME:      11:00 A.M.

PLACE:     Office of the Corporation, Neligh, Nebraska

The undersigned directors do hereby waive all statutory
and by-law requirements as to notice of the time, place and pur-
pose of said meeting and consent to the transaction thereat of any
and all business that may come before this meeting.

DATED this   7th day of January, 1974

_____
Sumner B. Hall                Director

_____
Sumner A. Hall                Director

_____
Barbara L. Hall               Director

MINUTES OF THE ANNUAL MEETING OF THE BOARD OF DIRECTORS

OF

SUNSHINE RANCH CO.

The _____annual meeting of the Board of Directors of the Corporation
was held at

DATE: _____ January 7, 1974 _____

TIME: _____ 11:00 A.M. _____

PLACE: _____ Office of the Corporation, Neligh, Nebraska _____

The following, being all the directors of the corporation, were present:

      Sumner B. Hall
      Sumner A. Hall
      Barbara L. Hall

The individual who acted as Chairman at the meeting was_Sumner B. Hall_

The individual who acted as Secretary at the meeting was_Sumner A. Hall_

The Secretary presented and read the waiver of notice of the meeting signed
by the directors and on motion duly made, seconded, put to vote and unanimously
carried, said waiver was attached to and made a part of these minutes.

The Chairman announced that the first business of the meeting would be the
election of officers.  On motion duly made, seconded, put to vote and unanimously
carried, the Secretary was instructed to record the unanimous election of the
following officers of the corporation:

_Sumner B. Hall_____ President
Sumner B. Hall

_Barbara L. Hall_____ Vice President
Barbar L. Hall

_Sumner A. Hall_____ Secretary
Sumner A. Hall

_Sumner A. Hall_____ Treasurer
Sumner A. Hall

Minutes of the Annual Meeting of
   Board of Directors
Page Two


There being no further business to come before the meeting, upon motion duly made, seconded, put to vote and unanimously carried, the meeting was adjourned.


Sumner A. Hall      Secretary

WAIVER OF NOTICE

ANNUAL MEETING OF THE BOARD OF DIRECTORS

OF

SUNSHINE RANCH CO.

The undersigned, being all the directors of the
corporation, do hereby call the annual meeting of the Board of
Directors of said corporation.

DATE:     January 6, 1975

TIME:     11:00 A.M.

PLACE:    Office of the Corporation, Neligh, Nebraska

The undersigned directors do hereby waive all statutory
and by-law requirements as to notice of the time, place and pur-
pose of said meeting and consent to the transaction thereat of any
and all business that may come before this meeting.

DATED this    6th day of January, 1975

_____
Sumner B. Hall            Director

_____
Sumner A. Hall            Director

_____
Barbara L. Hall           Director

MINUTES OF THE ANNUAL MEETING OF THE BOARD OF DIRECTORS

OF

SUNSHINE RANCH CO.

The _____ annual meeting of the Board of Directors of the Corporation

was held at

DATE: January 6, 1975

TIME: 11:00 A.M.

PLACE: Office of the Corporation, Neligh, Nebraska

The following, being all the directors of the corporation, were present:

    Sumner B. Hall
    Sumner A. Hall
    Barbara L. Hall

The individual who acted as Chairman at the meeting was   Sumner B. Hall

The individual who acted as Secretary at the meeting was   Sumner A. Hall

The Secretary presented and read the waiver of notice of the meeting signed
by the directors and on motion duly made, seconded, put to vote and unanimously
carried, said waiver was attached to and made a part of these minutes.

The Chairman announced that the first business of the meeting would be the
election of officers.  On motion duly made, seconded, put to vote and unanimously
carried, the Secretary was instructed to record the unanimous election of the
following officers of the corporation:

Sumner B. Hall _____ President

Barbara L. Hall _____ Vice President

Sumner A. Hall _____ Secretary

Sumner A. Hall _____ Treasurer

Minutes of the Annual Meeting of
  Board of Directors
Page Two


There being no further business to come before the meeting, upon
motion duly made, seconded, put to vote and unanimously carried, the
meeting was adjourned.

Sumner A. Hall    Secretary

WAIVER OF NOTICE

ANNUAL MEETING OF THE BOARD OF DIRECTORS

OF

SUNSHINE RANCH CO.

The undersigned, being all the directors of the
corporation, do hereby call the annual meeting of the Board of
Directors of said corporation.

DATE:      January 5, 1976

TIME:      11:00 A.M.

PLACE:     Office of the Corporation, Neligh, Nebraska

The undersigned directors do hereby waive all statutory
and by-law requirements as to notice of the time, place and pur-
pose of said meeting and consent to the transaction thereat of any
and all business that may come before this meeting.

DATED this   5th day of January, 1976

_____
Sumner B. Hall                Director

_____
Sumner A. Hall                Director

_____
Barbara L. Hall               Director

## MINUTES OF THE ANNUAL MEETING OF THE BOARD OF DIRECTORS

OF

## SUNSHINE RANCH CO.

The _____ annual meeting of the Board of Directors of the Corporation

was held at

DATE:        January 5, 1976

TIME:        11:00 A.M.

PLACE:        Office of the Corporation, Neligh, Nebraska

The following, being all the directors of the corporation, were present:

>     Sumner B. Hall
>     Sumner A. Hall
>     Barbara L. Hall

The individual who acted as Chairman at the meeting was Sumner B. Hall

The individual who acted as Secretary at the meeting was Sumner A. Hall

The Secretary presented and read the waiver of notice of the meeting signed
by the directors and on motion duly made, seconded, put to vote and unanimously
carried, said waiver was attached to and made a part of these minutes.

The Chairman announced that the first business of the meeting would be the
election of officers.  On motion duly made, seconded, put to vote and unanimously
carried, the Secretary was instructed to record the unanimous election of the
following officers of the corporation:

| | |
|---|---|
| Sumner B. Hall | President |
| Barbara L. Hall | Vice President |
| Sumner A. Hall | Secretary |
| Sumner A. Hall | Treasurer |

Minutes of the Annual Meeting of
    Board of Directors
Page Two


    There being no further business to come before the meeting, upon

motion duly made, seconded, put to vote and unanimously carried, the

meeting was adjourned.


                                    *Sumner A. Hall*

                            Sumner A. Hall      Secretary

WAIVER OF NOTICE

ANNUAL MEETING OF THE BOARD OF DIRECTORS

OF

SUNSHINE RANCH CO.


The undersigned, being all the directors of the corporation, do hereby call the annual meeting of the Board of Directors of said corporation.

DATE:          January 3, 1977

TIME:          11:00 A.M.

PLACE:         Office of the Corporation, Neligh, Nebraska

The undersigned directors do hereby waive all statutory and by-law requirements as to notice of the time, place and purpose of said meeting and consent to the transaction thereat of any and all business that may come before this meeting.

DATED this   3rd Day of January, 1977


_____
Sumner B. Hall                    Director

_____
Sumner A. Hall                    Director

_____
Barbara L. Hall                   Director

## MINUTES OF THE ANNUAL MEETING OF THE BOARD OF DIRECTORS

OF

SUNSHINE RANCH CO.

The _____ annual meeting of the Board of Directors of the Corporation was held at

DATE: January 3, 1977

TIME: 11:00 A.M.

PLACE: Office of the Corporation, Neligh, Nebraska

The following, being all the directors of the corporation, were present:
Sumner B. Hall
Sumner A. Hall
Barbar L. Hall

The individual who acted as Chairman at the meeting was Sumner B. Hall

The individual who acted as Secretary at the meeting was Sumner A. Hall

The Secretary presented and read the waiver of notice of the meeting signed by the directors and on motion duly made, seconded, put to vote and unanimously carried, said waiver was attached to and made a part of these minutes.

The Chairman announced that the first business of the meeting would be the election of officers. On motion duly made, seconded, put to vote and unanimously carried, the Secretary was instructed to record the unanimous election of the following officers of the corporation:

Sumner B. Hall _____ President

Barbara L. Hall _____ Vice President

Sumner A. Hall _____ Secretary

Sumner A. Hall _____ Treasurer

Minutes of the Annual Meeting of
Board of Directors
Page Two


There being no further business to come before the meeting, upon
motion duly made, seconded, put to vote and unanimously carried, the
meeting was adjourned.


Sumner A. Hall          Secretary

PCA 415
(Rev. 1-75)

Original (White) to P.C.A.
Duplicate (Yellow) to Borrower

# RESOLUTION OF BOARD OF DIRECTORS
# OF

SUNSHINE RANCH COMPANY

WHEREAS, the above named Corporation desires to borrow the sum of ___ $50,000.00

Fifty Thousand and No/100 ———————————————————————— DOLLARS from the

___ Norfolk ___ PRODUCTION CREDIT ASSOCIATION of ___ Neligh, Nebraska ___
on such terms and at such rates as may be specified by said Association;

THEREFORE, BE IT RESOLVED that in conformity with its Articles, Bylaws and its Corporate Meeting Minutes and applicable law and regulations, the President or a Vice President and/or the Secretary or an Assistant Secretary and/or the Treasurer or an Assistant Treasurer of this Corporation be and each of them severally is authorized and empowered for and in behalf of this Corporation:

1. To make application to the said Association for a loan in an amount not exceeding the sum of ___

$50,000.00 (Fifty Thousand and No/100)——————————————————————— DOLLARS;
the amount of such loan to be repaid to the said Association in accordance with its requirements as to maturity and interest rates.

2. To execute and deliver to the said Association the promissory note or notes of this Corporation in an amount not exceeding said sum in form acceptable to said Association and to receive any and all moneys from said Association transfered under the terms and provisions of applicable law and said application, and to indorse in the name of this Corporation any check or draft representing the proceeds of such note or notes.

3. To mortgage, pledge, secure by deed of trust or otherwise hypothecate the property, real, personal or mixed of this Corporation as may be required by said Association of whatsoever nature or description and such officers are and each of them is further authorized and empowered to do such acts and to execute such additional agreements or indorsements under the seal of this Corporation as may be necessary or desirable to meet the terms, conditions and requirements of said Association or its representative.

AND BE IT FURTHER RESOLVED that this authorization is to continue in full force and effect until the

___ Norfolk ___ Production Credit Association of ___ Neligh, Nebraska ___
is notified in writing its revocation by registered mail.

I hereby certify that ___ 2 ___ members of the Board of Directors of the above named Corporation

constitute a quorum, and that to pass a resolution ___ 2 ___ members are required by the By-Laws to vote affirmatively for its passage; that the foregoing is a true and correct copy of a resolution regularly presented and adopted by the Board of Directors of the above named Corporation at a regular meeting of said Corporation duly called and held at Neligh, Nebraska ___, on the ___ 14th ___ day of

___ July ___ 19 78 , at which meeting ___ 3 ___ directors were present and voted

and ___ 3 ___ directors voted affirmatively for the passage of the aforegoing resolution.

Dated at ___ Neligh ___, Nebraska this ___ 14th ___ day of ___ July ___ 19 78 .

_Sumner A. Hall_
Sumner A. Hall          Secretary

(SEAL)

WAIVER OF NOTICE

ANNUAL MEETING OF THE BOARD OF DIRECTORS

OF

SUNSHINE RANCH CO.

The undersigned, being all the directors of the corporation, do hereby call the annual meeting of the Board of Directors of said Corporation.

DATE:  January 2, 1978

TIME:  11:00 A. M.

PLACE:  Office of the Corporation, Neligh, Nebraska

The undersigned directors do hereby waive all statutory and by-law requirements as to notice of the time, place and purpose of said meeting and consent to the transaction thereat of any and all business that may come before this meeting.

DATED this  2nd day of January, 1978

_____
Sumner B. Hall          Director

_____
Sumner A. Hall          Director

_____
Barbara L. Hall          Director

_____
                         Director

_____
                         Director

_____
                         Director

MINUTES OF THE ANNUAL MEETING OF THE BOARD OF DIRECTORS

OF

## SUNSHINE RANCH CO.

The annual meeting of the Board of Directors of the Corporation was held at

DATE: **January 2, 1978**

TIME: **11:00 A. M.**

PLACE: **Office of the Corporation, Neligh, Nebraska**

The following, being all the directors of the corporation, were present:

Sumner B. Hall
Sumner A. Hall
Barbara L. Hall

The individual who acted as Chairman at the meeting was **Sumner B. Hall**

The individual who acted as Secretary at the meeting was **Sumner A. Hall**

The Secretary presented and read the waiver of notice of the meeting signed by the directors and on motion duly made, seconded, put to vote and unanimously carried, said waiver was attached to and made a part of these minutes.

The Chairman announced that the first business of the meeting would be the election of officers. On motion duly made, seconded, put to vote and unanimously carried, the Secretary was instructed to record the unanimous election of the following officers of the corporation:

| Signature | Name | Office |
|---|---|---|
| *Sumner B. Hall* | Sumner B. Hall | President |
| *Barbara L. Hall* | Barbara L. Hall | Vice President |
| *Sumner A. Hall* | Sumner A. Hall | Secretary |
| *Sumner A. Hall* | Sumner A. Hall | Treasurer |

Minutes of the Annual Meeting of
Board of Directors

Page Two


There being no further business to come before the meeting, upon
motion duly made, seconded, put to vote and unanimously carried, the meeting
was adjourned.


Sumner A. Hall          Secretary

WAIVER OF NOTICE

ANNUAL MEETING OF THE BOARD OF DIRECTORS

OF

SUNSHINE RANCH CO.

The undersigned, being all the directors of the corporation, do hereby call the annual meeting of the Board of Directors of said Corporation.

DATE:     January 2, 1979

TIME:     11:00 A. M.

PLACE:    Office of the Corporation, Neligh, Nebraska

The undersigned directors do hereby waive all statutory and by-law requirements as to notice of the time, place and purpose of said meeting and consent to the transaction thereat of any and all business that may come before this meeting.

DATED this  2nd day of January, 1979

                              _____
                              Sumner B. Hall           Director

                              _____
                              Sumner A. Hall           Director

                              _____
                              Barbara L. Hall          Director

                              _____
                                                       Director

                              _____
                                                       Director

                              _____
                                                       Director

## MINUTES OF THE ANNUAL MEETING OF THE BOARD OF DIRECTORS

OF

## SUNSHINE RANCH CO.

The annual meeting of the Board of Directors of the Corporation was held at

DATE:  **January 2, 1979**

TIME:  **11:00 A. M.**

PLACE:  **Office of the Corporation, Neligh, Nebraska**

The following, being all the directors of the corporation, were present:

Sumner B. Hall
Sumner A. Hall
Barbara L. Hall

The individual who acted as Chairman at the meeting was **Sumner B. Hall**

The individual who acted as Secretary at the meeting was **Sumner A. Hall**

The Secretary presented and read the waiver of notice of the meeting signed by the directors and on motion duly made, seconded, put to vote and unanimously carried, said waiver was attached to and made a part of these minutes.

The Chairman announced that the first business of the meeting would be the election of officers. On motion duly made, seconded, put to vote and unanimously carried, the Secretary was instructed to record the unanimous election of the following officers of the corporation:

| Signature | Name | Office |
|---|---|---|
| *Sumner B Hall* | Sumner B. Hall | President |
| *Barbara L Hall* | Barbara L. Hall | Vice President |
| *Sumner A Hall* | Sumner A. Hall | Secretary |
| *Sumner A Hall* | Sumner A. Hall | Treasurer |

Minutes of the Annual Meeting of
Board of Directors
Page Two


     There being no further business to come before the meeting, upon
motion duly made, seconded, put to vote and unanimously carried, the meeting
was adjourned.

                            *Sumner A. Hall*
                    Sumner A. Hall     Secretary

*Copies for*
*Halls Corp*
*Book.*

WAIVER OF NOTICE

SPECIAL MEETING OF THE BOARD OF DIRECTORS

of

SUNSHINE RANCH COMPANY

The undersigned, being all the directors of the Corporation, do hereby call a special meeting of the Board of Directors of said Corporation.

DATE: November 12, 1980

PLACE: Norfolk Production Credit Association Office, Neligh NE

TIME: 11:00 A.M.

The undersigned directors do hereby waive all statutory and by-law requirements as to notice of the time, place and purpose of said meeting and consent to the transactions thereat of any and all business that may come before this meeting.

DATED this 12th day of November, 1980.

_____
Sumner B. Hall                Director

_____
Sumner A. Hall                Director

_____
Barbara L. Hall               Director

MINUTES OF THE SPECIAL MEETING OF DIRECTORS

OF

SUNSHINE RANCH COMPANY

A special meeting of the Board of Directors of Sunshine Ranch Company was held at the Norfolk Production Credit Association in Neligh, Nebraska on the 12th day of November, 1980. The following directors were present: Sumner B. Hall, Sumner A. Hall and Barbara L. Hall. Sumner B. Hall acted as Chairman and Sumner A. Hall recorded the proceedings.

The Secretary presented and read the Waiver of Notice of the Special Meeting signed by the directors, and, on motion duly made, seconded, put to vote and unanimously carried, said Waiver was ordered attached to and made a part of these minutes.

The Chairman then announced that the next item of business was the consideration of a Resolution authorizing Douglas Hall to sign any and all sight drafts drawn on the Corporation from the Norfolk Production Credit Association. The following Resolution was introduced by Sumner B. Hall and its adoption moved:

RESOLUTION

BE IT RESOLVED that Douglas Hall be authorized for, and on behalf of the said Corporation to sign any and all sight drafts drawn on the Corporation from the Norfolk Production Credit Association of Norfolk, Nebraska.

BE IT FURTHER RESOLVED that the Secretary be directed to certify a copy of this Resolution to said Norfolk Production Credit Association.

The motion was seconded by Sumner A. Hall. When the question was called, all Directors voted in favor of the motion. Whereupon, the Chairman declared the motion carried and the Resolution adopted.

The next item of business was a Resolution to authorize the McCoy-Boone Office employees to obtain front sheet copies of the Corporation loan from the Norfolk Production Credit Association of Norfolk, Nebraska. The following Resolution was introduced by Sumner A. Hall and its adoption moved:

RESOLUTION

BE IT RESOLVED that the McCoy-Boone Office employees be authorized to obtain front sheet copies of the Corporation loan from the Norfolk Production Credit Association of Norfolk, Nebraska.

Page 2

MINUTES OF THE SPECIAL MEETING OF DIRECTORS
of SUNSHINE RANCH COMPANY
November 12, 1980

BE IT FURTHER RESOLVED that the Secretary be directed
to certify a copy of this Resolution to said Norfolk
Production Credit Association.

The motion was seconded by Sumner B. Hall. When the question was
called, all Directors voted in favor of the motion. Whereupon, the Chairman
declared the motion carried and the Resolution adopted.

There being no further business to come before the Board, motion
was made and seconded to adjourn.

Sumner A. Hall, Secretary

SPECIAL MINUTES OF THE MEETING OF DIRECTORS

of

SUNSHINE RANCH COMPANY

A meeting of the Board of Directors of Sunshine Ranch Company was held at the Norfolk Production Credit Association in Neligh, Nebraska on the 12th day of November, 1980. The following directors were present: Sumner B. Hall, Sumner A. Hall and Barbara L. Hall. Sumner B. Hall acted as Chairman and Sumner A. Hall recorded the proceedings.

The Chairman then announced that the next item of business was the consideration of a Resolution in connection with borrowing from the Norfolk Production Credit Association. The following Resolution was introduced by Sumner B. Hall and it's adoption moved:

RESOLUTION

BE IT RESOLVED that Sumner A. Hall be authorized for, and on behalf of the said Corporation to negotiate a loan, or loans from the Norfolk Production Credit Association of Norfolk, Nebraska up to the sum of One Million Dollars ($1,000,000.00), and for, and on behalf of said Corporation to execute such note, or notes and other documents as may be necessary in connection therewith.

BE IT FURTHER RESOLVED that the Secretary be directed to certify a copy of this Resolution to said Norfolk Production Credit Association.

The motion was seconded by Sumner A. Hall. When the question was called, all Directors voted in favor of the motion. Whereupon, the Chairman declared the motion carried and the Resolution adopted.

There being no further business to come before this Board, motion was made and seconded to adjourn.

Sumner A. Hall, Secretary

## RESOLUTION OF BOARD OF DIRECTORS
## OF

SUNSHINE RANCH COMPANY

Neligh, Nebraska _____ hereinafter referred to as Corporation;
WHEREAS, the Corporation desires a Line of Credit loan from the _____ NORFOLK

Production Credit Association of _____ Norfolk, Nebraska _____,
hereinafter referred to as Association, under the terms of which Line of Credit Loan, the Corporation can borrow
and repay and reborrow up to an aggregate maximum amount of principal at any time outstanding of
$ 1,000,000.00 _____ plus initial and future automatic advances necessary for the purchase of
Association Class B stock or participation certificates as required by Association Bylaws and by determination
by Association Board of Directors under said Bylaws, pursuant to federal law to support the indebtedness on
such terms and at such interest rates as may be specified by the Association;

THEREFORE, BE IT RESOLVED that in conformity with its Articles, Bylaws and its Corporate Meeting
Minutes and applicable law and regulations, ~~the President or a Vice President and/or~~ the Secretary or ~~an
Assistant Secretary and/or~~ the Treasurer ~~or an Assistant Treasurer~~ of this Corporation be and each of them
severally is authorized and empowered for and in behalf of this Corporation:

1.  To make application to the said Association for a Line of Credit Loan under the terms of which the
Corporation can borrow and repay and reborrow from the date and prior to maturity of Line of Credit Promissory
Note to be executed by Corporation as provided in paragraph 2 hereof, up to an aggregate maximum amount of
principal at any one time outstanding of $ 1,000,000.00 _____, plus initial and future automatic
advances necessary for the purchase of Association Class B stock or participation certificates as required
by Association bylaws and by determination by Association Board of Directors under said bylaws pursuant
to federal law, to support the indebtedness, at such interest rates as are specified by the Association, the loan
to be subject to all Association requirements for such a loan and the amount of such loan to be repaid in accor-
dance with Association requirements as to repayment and maturity.

2.  To execute and deliver to the said Association the Line of Credit promissory note or notes of this Cor-
poration payable to the Association for amounts not to exceed said aggregate maximum amount of principal
which can be outstanding at any one time, plus advances for Association Class B stock or participation certifi-
cates described in paragraph 1 hereof in form acceptable to said Association and to receive any and all monies
from said Association transferred under the terms and provisions of applicable law and said application, and to
indorse in the name of this Corporation any check or draft representing the proceeds of such note or notes.

3.  To mortgage, pledge, secure by deed of trust or otherwise hypothecate the property, real, personal
or mixed, of this Corporation as may be required by said Association of whatsoever nature or description
and such officers are and each of them is further authorized and empowered to do such acts and to execute
such additional agreements or indorsements under the seal of this Corporation as may be necessary or
desirable to meet the terms, conditions and requirements of said Association or its representative.

AND BE IT FURTHER RESOLVED that this authorization is to continue in full force and effect until the
Association is notified in writing its revocation by registered mail.

I hereby certify that ___two___ members of the Board of Directors of the above-named Corporation
constitute a quorum, and that to pass a resolution ___two___ members are required by the Bylaws to vote
affirmatively for its passage; that the foregoing is a true and correct copy of a resolution regularly presented
and adopted by the Board of Directors of the above-named Corporation at a regular meeting of said Corporation
duly called and held at ___Neligh, Nebraska___, on the ___12th___ day of
___November___, 19 ___80___, at which meeting ___two___ directors were present and voted
and ___two___ directors voted affirmatively for the passage of the foregoing resolution. Dated ___Neligh___
___NE___ this ___12th___ day of ___November___, 19 ___80___.

(SEAL)

X _Sumner A. Hall Sec,_
Secretary
Sumner A. Hall

RESOLUTION OF BOARD OF DIRECTORS

OF

SUNSHINE RANCH COMPANY, NELIGH NE

WHEREAS, the Corporation desires to authorize the McCoy-Boone Office employees to obtain front sheet copies of the Corporation loan for bookkeeping purposes from the Norfolk Production Credit Association of Norfolk, Nebraska, BE IT RESOLVED that in conformity with its Articles, Bylaws and its Corporate Meeting Minutes and applicable law and regulations, the Corporation hereby authorizes the McCoy-Boone Office employees to obtain front sheet copies of the Corporation loan for bookkeeping purposes from the Norfolk Production Credit Association of Norfolk, Nebraska.

AND BE IT FURTHER RESOLVED that this authorization is to continue in full force and effect until Norfolk Production Credit Association is notified in writing its revocation by registered mail.

_____
Sumner A. Hall, Secretary

(SEAL)

RESOLUTION OF BOARD OF DIRECTORS

of

SUNSHINE RANCH COMPANY, NELIGH NE

WHEREAS, the Corporation desires to authorize Douglas Hall to sign any and all sight drafts drawn on the Corporation from the Norfolk Production Credit Association of Norfolk, Nebraska, BE IT RESOLVED That in conformity with its Articles, Bylaws and its Corporate Meeting Minutes and applicable law and regulations, the Corporation hereby authorizes Douglas Hall to sign any and all sight drafts drawn on the Corporation from the Norfolk Production Credit Association of Norfolk, Nebraska.

AND BE IT FURTHER RESOLVED that this authorization is to continue in full force and effect until the Norfolk Production Credit Association is notified in writing its revocation by registered mail.

Sumner A. Hall, Secretary

(SEAL)

WAIVER OF NOTICE

ANNUAL MEETING OF THE BOARD OF DIRECTORS

OF

SUNSHINE RANCH, CO.

The undersigned, being all the directors of the corporation, do
hereby call the annual meeting of the Board of Directors of said Corporation.

DATE:   January 7, 1980

TIME:   11:00 A. M.

PLACE:   Office of the Corporation, Neligh, Nebraska

The undersigned directors do hereby waive all statutory and by-law
requirements as to notice of the time, place and purpose of said meeting and
consent to the transaction thereat of any and all business that may come
before this meeting.

DATED this  7th day of January, 1980

_____
Sumner B. Hall          Director

_____
Sumner A. Hall          Director

_____
Barbara L. Hall         Director

_____
                        Director

_____
                        Director

_____
                        Director

MINUTES OF THE ANNUAL MEETING OF THE BOARD OF DIRECTORS

OF

SUNSHINE RANCH CO.

The annual meeting of the Board of Directors of the Corporation was held at

> DATE: **January 7, 1980**
>
> TIME: **11:00 A. M.**
>
> PLACE: **Office of the Corporation, Neligh, Nebraska**

The following, being all the directors of the corporation, were present:

> Sumner B. Hall
> Sumner A. Hall
> Barbara L. Hall

The individual who acted as Chairman at the meeting was   Sumner B. Hall

The individual who acted as Secretary at the meeting was   Sumner A. Hall

The Secretary presented and read the waiver of notice of the meeting signed by the directors and on motion duly made, seconded, put to vote and unanimously carried, said waiver was attached to and made a part of these minutes.

The Chairman announced that the first business of the meeting would be the election of officers. On motion duly made, seconded, put to vote and unanimously carried, the Secretary was instructed to record the unanimous election of the following officers of the corporation:

| Signature | Name | Office |
|---|---|---|
| *Sumner B. Hall* | Sumner B. Hall | President |
| *Barbara L. Hall* | Barbara L. Hall | Vice President |
| *Sumner A. Hall* | Sumner A. Hall | Secretary |
| *Sumner A. Hall* | Sumner A. Hall | Treasurer |

Minutes of the Annual Meeting of
Board of Directors
Page Two


There being no further business to come before the meeting, upon
motion duly made, seconded, put to vote and unanimously carried, the meeting
was adjourned.


*Sumner A. Hall*

Sumner A. Hall        Secretary

WAIVER OF NOTICE

ANNUAL MEETING OF THE BOARD OF DIRECTORS

OF

SUNSHINE RANCH, CO.


The undersigned, being all the directors of the corporation, do hereby call the annual meeting of the Board of Directors of said Corporation.

DATE:   January 5, 1981

TIME:   11:00 A. M.

PLACE:  Office of the corporation

The undersigned directors do hereby waive all statutory and by-law requirements as to notice of the time, place and purpose of said meeting and consent to the transaction thereat of any and all business that may come before this meeting.

DATED this   5th day of January, 1981


_____
Sumner B. Hall                Director

_____
Sumner A. Hall                Director

_____
Barbara L. Hall               Director

_____
                              Director

_____
                              Director

_____
                              Director

MINUTES OF THE ANNUAL MEETING OF THE BOARD OF DIRECTORS

OF

SUNSHINE RANCH CO.

The annual meeting of the Board of Directors of the Corporation

was held at

DATE: January 5, 1981

TIME: 11:00 A. M.

PLACE: Office of the Corporation

The following, being all the directors of the corporation, were

present:

Sumner B. Hall

Sumner A. Hall

Barbara L. Hall

The individual who acted as Chairman at the meeting was   Sumner B. Hall

The individual who acted as Secretary at the meeting was   Sumner A. Hall

The Secretary presented and read the waiver of notice of the meeting

signed by the directors and on motion duly made, seconded, put to vote and

unanimously carried, said waiver was attached to and made a part of these

minutes.

The Chairman announced that the first business of the meeting would

be the election of officers.  On motion duly made, seconded, put to vote and

unanimously carried, the Secretary was instructed to record the unanimous

election of the following officers of the corporation:

| | |
|---|---|
| Sumner B. Hall | President |
| Barbara L. Hall | Vice President |
| Sumner A. Hall | Secretary |
| Sumner A. Hall | Treasurer |

Minutes of the Annual Meeting of
Board of Directors

Page Two


There being no further business to come before the meeting, upon
motion duly made, seconded, put to vote and unanimously carried, the meeting
was adjourned.

Sumner A. Hall        Secretary

WAIVER OF NOTICE

ANNUAL MEETING OF THE BOARD OF DIRECTORS

OF

SUNSHINE RANCH, CO.

The undersigned, being all the directors of the corporation, do hereby call the annual meeting of the Board of Directors of said Corporation.

DATE:   January 4, 1982

TIME:   11:00 A. M.

PLACE:  Office of the Corporation, Neligh, Nebraska

The undersigned directors do hereby waive all statutory and by-law requirements as to notice of the time, place and purpose of said meeting and consent to the transaction thereat of any and all business that may come before this meeting.

DATED this   4th day of January, 1982

Sumner B. Hall _____ Director

Sumner A. Hall _____ Director

Barbara L. Hall _____ Director

_____ Director

_____ Director

_____ Director

MINUTES OF THE ANNUAL MEETING OF THE BOARD OF DIRECTORS

OF

SUNSHINE RANCH, CO.

The annual meeting of the Board of Directors of the Corporation
was held at

    DATE: January 4, 1982

    TIME: 11:00 A. M.

    PLACE: Office of the Corporation, Neligh, Nebraska

The following, being all the directors of the corporation, were
present:    Sumner B. Hall

            Sumner A. Hall

            Barbara L. Hall

The individual who acted as Chairman at the meeting was Sumner B. Hall

The individual who acted as Secretary at the meeting was Sumner A. Hall

The Secretary presented and read the waiver of notice of the meeting
signed by the directors and on motion duly made, seconded, put to vote and
unanimously carried, said waiver was attached to and made a part of these
minutes.

The Chairman announced that the first business of the meeting would
be the election of officers.  On motion duly made, seconded, put to vote and
unanimously carried, the Secretary was instructed to record the unanimous
election of the following officers of the corporation:

| | |
|---|---|
| Sumner B. Hall | President |
| Barbara L. Hall | Vice President |
| Sumner A. Hall | Secretary |
| Sumner A. Hall | Treasurer |

Minutes of the Annual Meeting of
Board of Directors

Page Two


There being no further business to come before the meeting, upon motion duly made, seconded, put to vote and unanimously carried, the meeting was adjourned.

_Sumner A. Hall_

Sumner A. Hall          Secretary

WAIVER OF NOTICE

ANNUAL MEETING OF THE BOARD OF DIRECTORS

OF

SUNSHINE RANCH CO.

The undersigned, being all the directors of the corporation, do hereby call the annual meeting of the Board of Directors of said Corporation.

DATE:    January 3, 1983

TIME:    11:00 A.M.

PLACE:   Office of the Corporation

The undersigned directors do hereby waive all statutory and by-law requirements as to notice of the time, place and purpose of said meeting and consent to the transaction thereat of any and all business that may come before this meeting.

DATED this 3rd day of January, 1984.

_Sumner B. Hall_
Sumner B. Hall              Director

_Sumner A. Hall_
Sumner A. Hall              Director

_Barbara L. Hall_
Barbara L. Hall             Director

_____
                          Director

_____
                          Director

_____
                          Director

MINUTES OF THE ANNUAL MEETING OF THE BOARD OF DIRECTORS

OF

SUNSHINE RANCH CO.

The annual meeting of the Board of Directors of the Corporation

was held at

DATE:     January 3, 1983

TIME:     11:00 A.M.

PLACE:    Office of the Corporation

The following, being all the directors of the corporation, were

present:          Sumner B. Hall
                  Sumner A. Hall
                  Barbara L. Hall

The individual who acted as Chairman at the meeting was Sumner B. Hall.

The individual who acted as Secretary at the meeting was Sumner A. Hall.

The Secretary presented and read the waiver of notice of the meeting

signed by the directors and on motion duly made, seconded, put to vote and

unanimously carried, said waiver was attached to and made a part of these

minutes.

The Chairman announced that the first business of the meeting would

be the election of officers.  On motion duly made, seconded, put to vote and

unanimously carried, the Secretary was instructed to record the unanimous

election of the following officers of the corporation:

                          Sumner B. Hall. . . . President

                          Barbara L. Hall . . . Vice President

                          Sumner A. Hall. . . . Secretary

                          Sumner A. Hall. . . . Treasurer

Minutes of the Annual Meeting of
Board of Directors

Page Two

    There being no further business to come before the meeting, upon

motion duly made, seconded, put to vote and unanimously carried, the meeting

was adjourned.

Sumner A. Hall    Secretary

WAIVER OF NOTICE

ANNUAL MEETING OF THE BOARD OF DIRECTORS

OF

SUNSHINE RANCH CO.


The undersigned, being all the directors of the corporation, do hereby call the annual meeting of the Board of Directors of said Corporation.

DATE:     January 2, 1984

TIME:     11:00 A.M.

PLACE:    Office of the Corporation

The undersigned directors do hereby waive all statutory and by-law requirements as to notice of the time, place and purpose of said meeting and consent to the transaction thereat of any and all business that may come before this meeting.

DATED this 2nd day of January, 1984.


_____
Sumner B. Hall                Director

_____
Sumner A. Hall                Director

_____
Barbara L. Hall               Director

_____
                              Director

_____
                              Director

_____
                              Director

MINUTES OF THE ANNUAL MEETING OF THE BOARD OF DIRECTORS

OF

SUNSHINE RANCH CO.

The annual meeting of the Board of Directors of the Corporation

was held at

> DATE:   January 2, 1984
>
> TIME:   11:00 A.M.
>
> PLACE:   Office of the Corporation

The following, being all the directors of the corporation, were

present:   Sumner B. Hall
    Sumner A. Hall
    Barbara L. Hall

The individual who acted as Chairman at the meeting was Sumner B. Hall.

The individual who acted as Secretary at the meeting was Sumner A. Hall.

The Secretary presented and read the waiver of notice of the meeting

signed by the directors and on motion duly made, seconded, put to vote and

unanimously carried, said waiver was attached to and made a part of these

minutes.

The Chairman announced that the first business of the meeting would

be the election of officers.  On motion duly made, seconded, put to vote and

unanimously carried, the Secretary was instructed to record the unanimous

election of the following officers of the corporation:

> Sumner B. Hall. . . President
>
> Barbara L. Hall . . Vice President
>
> Sumner A. Hall. . . Secretary
>
> Sumner A. Hall. . . Treasurer

Minutes of the Annual Meeting of
Board of Directors

Page Two

There being no further business to come before the meeting, upon motion duly made, seconded, put to vote and unanimously carried, the meeting was adjourned.

Sumner A. Hall        Secretary

Plainview, Nebraska

November 6, 1984

" The following resolution was introduced by SUMNER A. HALL, who
moved for the adoption of same:

BE IT HEREBY RESOLVED, that the following individuals of SUNSHINE RANCH CO.,
Sumner A. Hall and Douglas A. Hall be hereby authorized to sign Documents for
the U.S. Department of Agriculture, Agricultural Stabilization and Conservation
Service, for the normal operation of the corporation.

Upon a second to this motion, the roll was called of our Board Members present
and said resolution was adpoted."

I hereby certify that the foregoing is a true and exact copy of a portion of
the minutes of a Board Meeting of the SUNSHINE RANCH CO., A Nebraska Corporation,
held on the 2nd day of January, 1984.

Secretary Sumner A. Hall

Exhibit Deposition Exhibits  Page 67 of 89

| ASCS-561 (6-24-83) | U.S. DEPARTMENT OF AGRICULTURE Agricultural Stabilization and Conservation Service |
|---|---|

**FARM OPERATING PLAN FOR PAYMENT LIMITATION REVIEW**

NOTE: 7 USC 1307 for wheat, feed gr., & cotton, and 7 USC 1441(g) for rice authorizes the collection of the following data for applying payment limitations. It is needed to avoid payments that exceed limitations. Furnishing this data is voluntary; however, without it we may be unable to establish your maximum eligibility for program payments. The data may be furnished to any agency responsible for enforcing the limitations.

1. YEAR: 1985

2. COUNTY(IES): Antelope Pierce

**5. NAME AND ADDRESS OF PRODUCER (Entity)**

```
3021 SUNSHINE RANCH CO      4917  2896
J    C/O SUMNER A HALL       J-5 J-71
OP    PLAINVIEW NE 68769

47 0411027 2
```

3. Entity (Check)

| | | |
|---|---|---|
| A. | Individual | |
| B. | Partnership | |
| C. | Corporation | X |
| D. | Estate | |
| E. | Revocable Trust | |
| F. | Irrevocable Trust | |

4. DATE ESTABLISHED: 1/'66

6. List the following codes in Column A below that apply to the individuals in the above entity. (P) Partners; (S) Stockholders; (H) Heirs; (B) Beneficiaries; and (G) Grantors of Trust. Columns D through G are to be filled in ONLY if applicable.

| CODE —A— | NAME —B— | SOCIAL SECURITY NO. OR ID NO. —C— | % SHARE OR STOCK —D— | Individual Paid by Entity in Item 5 Above SALARY —E— | BONUS —F— | POSITION —G— |
|---|---|---|---|---|---|---|
| S | Sumner A. Hall | 508 48 2606 | 47.5294 | $18,000.00 | | Secretary |
| S | Douglas Hall | 505 72 6200 | 11.7647 | | | |
| S | Lisa Zuhlke | 505 84 1265 | 11.7647 | | | |
| S | Kevin Hall | 505 84 1298 | 11.7647 | | | |
| S | Kimberly Hall | 505 84 1349 | 11.7647 | | | |
| S | Barbara L. Hall | 505 74 9724 | 5.4118 | | | Vice Pres |

7. In Item 6 above, are any of the individuals listed:

| | Yes | No |
|---|---|---|
| A. 18 years or younger? (If yes, give name, date of birth, parent or guardian.) | | X |
| B. Related? (If yes, give relationship.) is son of 6  2,3,4 & 5 are children of 1 | X X | |
| C. Leasing or renting to the entity shown in item 5 above, land or equipment which they own, rent, or lease? (If yes, list below. Designate share or rate per acre, hour, or year.) | | X |

| ID NO. (1) | CROPLAND ACRES (2) | PER ACRE OR CROP SHARE (3) | EQUIP. RENTL. RATE (4) |
|---|---|---|---|
| | | | |

| | Yes | No |
|---|---|---|
| 8. If a partnership, has a copy of the partnership agreement been furnished? (If no, furnish a copy of the agreement.) | | |
| 9. If a corporation, has a charter been issued by the State? (If yes, furnish a copy of the corporation papers.) | | X |
| 10. If a trust, has a copy of the agreement been furnished? (If no, furnish a copy of the trust.) | | |
| 11. Do any individuals in item 6 above, their spouses, or minor children have other farming interests or a farm operated in a name other than shown in item 5 above? (If yes, explain on an attached sheet including name, relationship, adult or minor, State and County, and entity in which they have interest, if other than an individual.) | X | |

12. Remarks

Douglas Hall — Adult
Antelope County, Nebraska
Stockholder with a minority interest in Corp
Douglas Hall operates 3 farms under his own name.

D. Making contributions to the entity shown in item 5 above? (If yes, list percentage below.)

| | Yes | No |
|---|---|---|
| | | X |

| ID NO. (1) | CAPITAL (2) | LAND (3) | EQUIP. (4) | LABOR (5) | MGMT. (6) |
|---|---|---|---|---|---|
| | | | | | |

13. CERTIFICATION - I certify that all the information entered above is true and correct. (If a partnership, all partners must sign.)

| SIGNATURE | DATE |
|---|---|
| | |

E. Financing the entity shown in item 5 above through loans? List below ID no. of those who sign and/or secure loan.

| | Yes | No |
|---|---|---|
| | | X |

# RESOLUTION OF BOARD OF DIRECTORS

### (Authority to Open Deposit Account)

I HEREBY CERTIFY that I am the duly elected and qualified Secretary of <u>Sunshine Ranch Company, Neligh,</u> and the keeper of the records and corporate seal of said corporation and that the following is a true and correct   Neb copy of a resolution duly adopted at a regular meeting of the Board of Directors of said corporation held in ac-

cordance with the By-Laws of said Corporation at its offices at _____<u>Neligh, Nebraska</u>

on the __<u>28</u>__ day of __<u>April</u>_____ 19<u>69</u>

"Be It Resolved, that __<u>The Toy National Bank, Sioux City, Iowa</u>__ be, and it is hereby, designated a depository of this Corporation and that funds so deposited may be withdrawn upon a check, draft, note or order of the Corporation.

"Be It Further Resolved, that all checks, drafts, notes or orders drawn against said account be signed by

any____<u>(1) One</u>_____of the following:
     (one, two, three, etc.)

| NAME | TITLE |
|------|-------|
| x  *Sg B. Hall* | *President* |
| x  *Summer A. Hall* | *Secretary* |
|  |  |
|  |  |

and countersigned by any one of the following:

| NAME | TITLE |
|------|-------|
|  |  |
|  |  |
|  |  |

whose signatures shall be duly certified to said Bank, and that no checks, drafts, notes or orders drawn against said Bank shall be valid unless so signed.

"Be It Further Resolved, that said Bank is hereby authorized and directed to honor and pay any checks, drafts, notes or orders so drawn, whether such checks, drafts, notes or orders be payable to the order of any such person signing and/or countersigning said checks, drafts, notes or orders, or any of such persons in their individ-ual capacities or not, and whether such checks, drafts, notes or orders are deposited to the individual credit of the person so signing and/or countersigning said checks, drafts, notes or orders, or to the individual credit of any of the other officers or not.  This resolution shall continue in force and said Bank may consider the facts concerning the holders of said offices, respectively, and their signatures to be and continue as set forth in the certificate of the

Secretary or Assistant Secretary, accompanying a copy of this resolution when delivered to said Bank or in any similar subsequent certificate, until written notice to the contrary is duly served on said Bank.

In Witness Whereof, I have hereunto affixed my name as _Sumner A. Hall_____

Secretary and have caused the corporate seal of said Corporation to be hereto affixed this __28____

day of_____April_____, 19_69_

_X Sumner A. Hall_____

IMPRINT
SEAL HERE
                                                                                    Secretary

I, _____
do hereby certify that the foregoing is a correct copy of a resolution adopted as above set forth.

_____

_____
To be signed by a director other than the secretary

### CERTIFIED COPY OF BY-LAWS

of the _____

Insert copy of By-Laws here:                                    referring to signing of checks, drafts, etc.

TO _____

Name of Bank                                      Address

I HEREBY CERTIFY that the foregoing is a true and correct copy of all parts of the By-Laws of_____

_____ a _____corporation,

covering the signing of checks, drafts and orders for the payment of money.

IN WITNESS WHEREOF, I have hereunto affixed my name as Secretary and have caused the corporate

seal of said Corporation to be hereto affixed this __28____ day of ____April_____ 19_69_

_Sumner A. Hall_____

PLACE
SEAL
HERE
                                                                                    Secretary

DeLano Service, Allegan, Mich., Form R-2

# RESOLUTIONS OF CORPORATE BOARD
## Authority to Procure Loans
### (Certified Copy)

I HEREBY CERTIFY that I am the duly elected and qualified secretary of **Sunshine Ranch Company,**
**Neligh, Nebr.**   and the keeper of the records and corporate seal of said corporation; that the following is a
true and correct copy of resolutions duly adopted at a meeting of the Board of Directors thereof held in accordance with
its by-laws at its offices at   **Neligh, Nebraska**   on the   28   day of   April
19 69 , and that the same are now in full force.

### COPY OF RESOLUTIONS

"BE IT RESOLVED, That the (insert titles only)   **President or Secretary**

of this corporation, or their him successors in office, or any (insert number required to sign)
**(1) One** of them be and they be hereby are authorized for, on behalf of, and in the name of this corporation to:

(a) Negotiate and procure loans from   **The Toy National Bank**
**Sioux City, Iowa**

up to an amount not exceeding (if there is no limit, so indicate) _____   $ **250,000.00**
in the aggregate at any one time outstanding;

(b) Discount with said bank, commercial or other business paper belonging to this corporation, made or drawn by or upon third parties, without limit as to amount;

(c) Give security for any liabilities of this corporation to said bank by pledge or assignment or a lien upon any real or personal property, tangible or intangible, of this corporation, and

(d) Execute in such form as may be required by the bank all notes and other evidences of such loans, all instruments of pledge, assignment or lien, and that none of the same shall be valid unless so signed or endorsed, provided, however, that a endorsement of promissory notes discounted may be effected by any one of them.

"RESOLVED FURTHER, That said bank be and it is hereby authorized and directed to pay the proceeds of any such loans or discounts as directed by the persons so authorized to sign, whether so payable to the order of any of said persons in their individual capacities or not, and whether such proceeds are deposited to the individual credit of any said persons or not;

"RESOLVED FURTHER, That this resolution shall continue in force, and said bank may consider the holders of said offices and their signatures, respectively, to be and continue as set forth in the certificate of the secretary of this corporation accompanying a copy of this resolution when delivered to said bank or in any similar subsequent certificate, until notice to the contrary in writing is duly served on said bank."

I HEREBY FURTHER CERTIFY that the following named persons have been duly elected to the offices set opposite their respective names, that they continue to hold these offices at the present time, and that the signatures appearing hereon are the genuine, original signatures of each respectively:

### (PLEASE SUPPLY GENUINE SIGNATURES HEREUNDER)

_Sumner B. Hall_ President          _Barbara L Hall_          Vice-President

_____ Treasurer                                Asst. Treasurer

_Sumner A. Hall_ Secretary                                Asst. Secretary

IN WITNESS WHEREOF, I have hereunto affixed my name as secretary and have caused the corporate seal of said
corporation to be hereto affixed this 28 day of April , 19 69 .

_Sumner A. Hall_
Secretary

IMPRINT
SEAL HERE

I hereby certify that I am a director of said corporation and that the foregoing is a correct copy of resolutions passed
es therein set forth, and that the same are now in full force.

# RESOLUTIONS OF CORPORATE BOARD
## Authority to Procure Loans
### (Certified Copy)

I HEREBY CERTIFY that I am the duly elected and qualified secretary of **Sunshine Ranch Company, Neligh, Nebraska** and the keeper of the records and corporate seal of said corporation; that the following is a true and correct copy of resolutions duly adopted at a meeting of the Board of Directors thereof held in accordance with its by-laws at its offices at **Neligh, Nebraska** on the **3rd** day of **January** 19 **66**, and that the same are now in full force.

### COPY OF RESOLUTIONS

"BE IT RESOLVED, That the (insert titles only) **President or Secretary** of this corporation, or their successors in office, or any (insert number required to sign) **1** of them be and they hereby are authorized for, on behalf of, and in the name of this corporation to:

(a) Negotiate and procure loans from **The Toy National Bank Sioux City, Iowa**

up to an amount not exceeding (if there is no limit, so indicate) _____ $ **150,000.00** in the aggregate at any one time outstanding;

(b) Discount with said bank, commercial or other business paper belonging to this corporation, made or drawn by or upon third parties, without limit as to amount;

(c) Give security for any liabilities of this corporation to said bank by pledge or assignment or a lien upon any real or personal property, tangible or intangible, of this corporation, and

(d) Execute in such form as may be required by the bank all notes and other evidences of such loans, all instruments of pledge, assignment or lien, and that none of the same shall be valid unless so signed or endorsed, provided, however, that the endorsement of promissory notes discounted may be effected by any one of them.

"RESOLVED FURTHER, That said bank be and it is hereby authorized and directed to pay the proceeds of any such loans or discounts as directed by the persons so authorized to sign, whether so payable to the order of any of said persons in their individual capacities or not, and whether such proceeds are deposited to the individual credit of any said persons or not;

"RESOLVED FURTHER, That this resolution shall continue in force, and said bank may consider the holders of said offices and their signatures, respectively, to be and continue as set forth in the certificate of the secretary of this corporation accompanying a copy of this resolution when delivered to said bank or in any similar subsequent certificate, until notice to the contrary in writing is duly served on said bank."

I HEREBY FURTHER CERTIFY that the following named persons have been duly elected to the offices set opposite their respective names, that they continue to hold these offices at the present time, and that the signatures appearing hereon are the genuine, original signatures of each respectively.

### (PLEASE SUPPLY GENUINE SIGNATURES HEREUNDER)

| | | |
|---|---|---|
| *A.B. Hall* President | | _____ Vice-President |
| *Summer A. Hall* Treasurer | | _____ Asst. Treasurer |
| Secretary | | _____ Asst. Secretary |

IN WITNESS WHEREOF, I have hereunto affixed my name as secretary and have caused the corporate seal of said corporation to be hereto affixed this **3rd** day of **January**, 19 **66**.

_*Summer A. Hall*_
Secretary

IMPRINT
SEAL HERE

I hereby certify that I am a director of said corporation and that the foregoing is a correct copy of resolutions as therein set forth, and that the same are now in full force.

WAIVER OF NOTICE

ANNUAL MEETING OF THE BOARD OF DIRECTORS

OF

SUNSHINE RANCH CO.

The undersigned, being all the directors of the corporation, do
hereby call the annual meeting of the Board of Directors of said Corporation.

DATE:   January 7, 1985

TIME:   11:00 A. M.

PLACE:  Office of the Corporation

The undersigned directors do hereby waive all statutory and by-law
requirements as to notice of the time, place and purpose of said meeting and
consent to the transaction thereat of any and all business that may come
before this meeting.

DATED this   7th day of January, 1985.

_____
Sumner B. Hall                    Director

_____
Sumner A. Hall                    Director

_____
Barbara L. Hall                   Director

_____
                                  Director

_____
                                  Director

_____
                                  Director

MINUTES OF THE ANNUAL MEETING OF THE BOARD OF DIRECTORS

OF

SUNSHINE RANCH CO.

The annual meeting of the Board of Directors of the Corporation
was held at

DATE:   January 7, 1985

TIME:   11:00 A.M.

PLACE:  Office of the Corporation

The following, being all the directors of the corporation, were
present:

Sumner B. Hall
Sumner A. Hall
Barbara L. Hall

The individual who acted as Chairman at the meeting was Sumner B. Hall.

The individual who acted as Secretary at the meeting was Sumner A. Hall.

The Secretary presented and read the waiver of notice of the meeting
signed by the directors and on motion duly made, seconded, put to vote and
unanimously carried, said waiver was attached to and made a part of these
minutes.

The Chairman announced that the first business of the meeting would
be the election of officers. On motion duly made, seconded, put to vote and
unanimously carried, the Secretary was instructed to record the unanimous
election of the following officers of the corporation:

Sumner B. Hall . President

Barbara L. Hall : Vice President

Sumner A. Hall . .Secretary

Sumner A. Hall . Treasurer

Minutes of the Annual Meeting of
Board of Directors

Page Two


There being no further business to come before the meeting, upon
motion duly made, seconded, put to vote and unanimously carried, the meeting
was adjourned.


Sumner A. Hall      Secretary

**WAIVER OF NOTICE**

**ANNUAL MEETING OF THE BOARD OF DIRECTORS**

**OF**

**SUNSHINE RANCH CO.**

The undersigned, being all the directors of the corporation, do hereby call the annual meeting of the Board of Directors of said Corporation.

DATE:      January 6, 1986

TIME:      11:00 A.M.

PLACE:     Office of the Corporation

The undersigned directors do hereby waive all statutory and by-law requirements as to notice of the time, place and purpose of said meeting and consent to the transaction thereat of any and all business that may come before this meeting.

DATED this   6th day of January, 1986.

_____
Sumner B. Hall            Director

_____
Sumner A. Hall            Director

_____
Barbara L. Hall           Director

_____
                          Director

_____
                          Director

_____
                          Director

MINUTES OF THE ANNUAL MEETING OF THE BOARD OF DIRECTORS

OF

SUNSHINE RANCH CO.

The annual meeting of the Board of Directors of the Corporation

was held at

      DATE:     January 6, 1986

      TIME:     11:00 A.M.

      PLACE:    Office of the Corporation

The following, being all the directors of the corporation, were

present:      Sumner B. Hall
             Sumner A. Hall
             Barbara L. Hall

The individual who acted as Chairman at the meeting was Sumner B. Hall.

The individual who acted as Secretary at the meeting was Sumner A. Hall.

The Secretary presented and read the waiver of notice of the meeting

signed by the directors and on motion duly made, seconded, put to vote and

unanimously carried, said waiver was attached to and made a part of these

minutes.

The Chairman announced that the first business of the meeting would

be the election of officers. On motion duly made, seconded, put to vote and

unanimously carried, the Secretary was instructed to record the unanimous

election of the following officers of the corporation:

                    Sumner B. Hall . . . President

                    Barbara L. Hall . . Vice President

                    Sumner A. Hall . . . Secretary

                    Sumner A. Hall . . . Treasurer

Minutes of the Annual Meeting of
Board of Directors

Page Two


There being no further business to come before the meeting, upon motion duly made, seconded, put to vote and unanimously carried, the meeting was adjourned.

_Sumner A. Hall_

Sumner A. Hall    Secretary

WAIVER OF NOTICE

ANNUAL MEETING OF THE BOARD OF DIRECTORS

OF

SUNSHINE RANCH CO.

The undersigned, being all the directors of the corporation, do hereby call the annual meeting of the Board of Directors of said Corporation.

DATE:      January 5, 1987

TIME:      11:00 A.M.

PLACE:     Office of the Corporation

The undersigned directors do hereby waive all statutory and by-law requirements as to notice of the time, place and purpose of said meeting and consent to the transaction thereat of any and all business that may come before this meeting.

DATED this 5th day of January, 1987.

_Sumner B. Hall_
Sumner B. Hall                    Director

_Sumner A. Hall_
Sumner A. Hall                    Director

_Barbara L. Hall_
Barbara L. Hall                   Director

_____
                                  Director

_____
                                  Director

_____
                                  Director

MINUTES OF THE ANNUAL MEETING OF THE BOARD OF DIRECTORS

OF

SUNSHINE RANCH CO.

The annual meeting of the Board of Directors of the Corporation was held at

DATE:    January 5, 1987

TIME:    11:00 A.M.

PLACE:   Office of the Corporation

The following, being all the directors of the corporation, were present:

    Sumner B. Hall
    Sumner A. Hall
    Barbara L. Hall

The individual who acted as Chairman at the meeting was Sumner B. Hall

The individual who acted as Secretary at the meeting was Sumner A. Hall

The Secretary presented and read the waiver of notice of the meeting signed by the directors and on motion duly made, seconded, put to vote and unanimously carried, said waiver was attached to and made a part of these minutes.

The Chairman announced that the first business of the meeting would be the election of officers.  On motion duly made, seconded, put to vote and unanimously carried, the Secretary was instructed to record the unanimous election of the following officers of the corporation:

    Sumner B. Hall . . . . President

    Barbara L. Hall . . . .Vice President

    Sumner A. Hall . . . . Secretary

    Sumner A. Hall . . . . Treasurer

Minutes of the Annual Meeting of
Board of Directors

Page Two

There being no further business to come before the meeting, upon
motion duly made, seconded, put to vote and unanimously carried, the meeting
was adjourned.

Sumner A. Hall      Secretary

WAIVER OF NOTICE

ANNUAL MEETING OF THE BOARD OF DIRECTORS

OF

SUNSHINE RANCH CO.


The undersigned, being all the directors of the corporation, do hereby call the annual meeting of the Board of Directors of said Corporation.

DATE:    January 4, 1988

TIME:    11:00 A.M.

PLACE:   Office of the Corporation

The undersigned directors do hereby waive all statutory and by-law requirements as to notice of the time, place and purpose of said meeting and consent to the transaction thereat of any and all business that may come before this meeting.

DATED this 4th day of January, 1988.


_____
Sumner B. Hall                Director

_____
Sumner A. Hall                Director

_____
Barbara L. Hall               Director

_____
                              Director

_____
                              Director

_____
                              Director

MINUTES OF THE ANNUAL MEETING OF THE BOARD OF DIRECTORS

OF

SUNSHINE RANCH CO.

The annual meeting of the Board of Directors of the Corporation
was held at

DATE:   January 4, 1988

TIME:   11:00 A.M.

PLACE:  Office of the Corporation

The following, being all the directors of the corporation, were
present:

Sumner B. Hall
Sumner A. Hall
Barbara L. Hall

The individual who acted as Chairman at the meeting was Sumner B. Hall

The individual who acted as Secretary at the meeting was Sumner A. Hall

The Secretary presented and read the waiver of notice of the meeting
signed by the directors and on motion duly made, seconded, put to vote and
unanimously carried, said waiver was attached to and made a part of these
minutes.

The Chairman announced that the first business of the meeting would
be the election of officers.  On motion duly made, seconded, put to vote and
unanimously carried, the Secretary was instructed to record the unanimous
election of the following officers of the corporation:

Sumner B. Hall . . . . President

Barbara L. Hall . . . . Vice President

Sumner A. Hall . . . . Secretary

Sumner A. Hall . . . . Treasurer

Minutes of the Annual Meeting of
Board of Directors

Page Two

There being no further business to come before the meeting, upon
motion duly made, seconded, put to vote and unanimously carried, the meeting
was adjourned.

Sumner A. Hall  Secretary

WAIVER OF NOTICE

ANNUAL MEETING OF THE BOARD OF DIRECTORS

OF

SUNSHINE RANCH CO.

The undersigned, being all the directors of the corporation, do hereby call the annual meeting of the Board of Directors of said Corporation.

DATE:   January 2, 1989

TIME:   11:00 A. M.

PLACE: Office of the Corporation

The undersigned directors do hereby waive all statutory and by-law requirements as to notice of the time, place and purpose of said meeting and consent to the transaction thereat of any and all business that may come before this meeting.

DATED this   2nd day of January, 1989

_____
Sumner A. Hall          Director

_____
Barbara L. Hall          Director

_____
Douglas A. Hall          Director

_____
                         Director

_____
                         Director

_____
                         Director

## MINUTES OF THE ANNUAL MEETING OF THE BOARD OF DIRECTORS

### OF

### SUNSHINE RANCH CO.

The annual meeting of the Board of Directors of the Corporation was held at

DATE:    January 2, 1989

TIME:    11:00 A. M.

PLACE:   Office of the Corporation

The following, being all the directors of the corporation, were present:

    Sumner A. Hall
    Barbara L. Hall
    Douglas A. Hall

The individual who acted as Chairman at the meeting was  Douglas A. Hall

The individual who acted as Secretary at the meeting was  Sumner A. Hall

The Secretary presented and read the waiver of notice of the meeting signed by the directors and on motion duly made, seconded, put to vote and unanimously carried, said waiver was attached to and made a part of these minutes.

The Chairman announced that the first business of the meeting would be the election of officers. On motion duly made, seconded, put to vote and unanimously carried, the Secretary was instructed to record the unanimous election of the following officers of the corporation:

    Douglas A. Hall            President

    Barbara L. Hall            Vice President

    Sumner A. Hall             Secretary

    Sumner A. Hall             Treasurer

Minutes of the Annual Meeting of
Board of Directors

Page Two

There being no further business to come before the meeting, upon
motion duly made, seconded, put to vote and unanimously carried, the meeting
was adjourned.

Sumner A. Hall        Secretary

WAIVER OF NOTICE

ANNUAL MEETING OF THE BOARD OF DIRECTORS

OF

SUNSHINE RANCH CO.

The undersigned, being all the directors of the corporation, do hereby call the annual meeting of the Board of Directors of said Corporation.

DATE:   January 2, 1990

TIME:   11:00 A. M.

PLACE:  Office of the Corporation

The undersigned directors do hereby waive all statutory and by-law requirements as to notice of the time, place and purpose of said meeting and consent to the transaction thereat of any and all business that may come before this meeting.

DATED this   2nd day of January, 1990

_____
Sumner A. Hall                Director

_____
Barbara L. Hall               Director

_____
Douglas A. Hall               Director

_____
                              Director

_____
                              Director

_____
                              Director

MINUTES OF THE ANNUAL MEETING OF THE BOARD OF DIRECTORS

OF

SUNSHINE RANCH CO.

The annual meeting of the Board of Directors of the Corporation

was held at

> DATE:   January 2, 1990
>
> TIME:   11:00 A. M.
>
> PLACE:  Office of the Corporation

The following, being all the directors of the corporation, were

present:      Sumner A. Hall
              Barbara L. Hall
              Douglas A. Hall


The individual who acted as Chairman at the meeting was Douglas A. Hall

The individual who acted as Secretary at the meeting was Sumner A. Hall

The Secretary presented and read the waiver of notice of the meeting

signed by the directors and on motion duly made, seconded, put to vote and

unanimously carried, said waiver was attached to and made a part of these

minutes.

The Chairman announced that the first business of the meeting would

be the election of officers. On motion duly made, seconded, put to vote and

unanimously carried, the Secretary was instructed to record the unanimous

election of the following officers of the corporation:

|  |  |  |
|---|---|---|
| Douglas A. Hall | | President |
| Barbara L. Hall | | Vice President |
| Sumner A. Hall | | Secretary |
| Sumner A. Hall | | Treasurer |

Minutes of the Annual Meeting of
Board of Directors

Page Two


There being no further business to come before the meeting, upon

motion duly made, seconded, put to vote and unanimously carried, the meeting

was adjourned.


_Sumner A. Hall_

Sumner A. Hall        Secretary