### AUTEN, PRUSS & BECKMANN, P.C.
#### 1309 North 9th Street
#### Norfolk, NE 68701-0854
#### 402-379-4488

SUNSHINE RANCH CO., INC.
85882 526 AVENUE
NELIGH, NE 68756

Dear Douglas:

We have prepared the enclosed returns from information provided by you without verification or audit. We suggest that you examine these returns carefully to fully acquaint yourself with all items contained therein to ensure that there are no omissions or misstatements. Attached to each return is an instruction sheet for signing and filing. Please follow those instructions carefully.

Your net operating loss carryover of $2,052,423 may be used in future years.

Your charitable contribution carryover of $514 may be used in future years.

Your Form 3800 general business credit carryover of $26,524 may be used in future years.

In order that we may properly advise you of tax considerations, please keep us informed of any significant changes in your financial affairs or of any correspondence received from taxing authorities.

If you have any questions, or if we can be of assistance in any way, please call.

Sincerely,

AUTEN, PRUSS & BECKMANN, P.C.


EXHIBIT
21

**AUTEN, PRUSS & BECKMANN, P.C.**
**1309 North 9th Street**
**Norfolk, NE 68701-0854**
**402-379-4488**

### Filing Instructions

### SUNSHINE RANCH CO., INC.

### Form 8879-CORP

### *E-file* Authorization for Corporations

### Taxable Year Ended August 31, 2023

**Date Due:**     June 17, 2024

**Remittance:**   None is required.  No amount is due or overpaid.

**Signature:**    You are using the Personal Identification Number (PIN) for signing your return
electronically.  Form 8879-CORP, *E-file* Authorization for Corporations should
be signed and dated by an authorized officer of the corporation and returned to:

AUTEN, PRUSS & BECKMANN, P.C.
1309 North 9th Street
Norfolk, NE 68701-0854

*Important:* **Your return will not be filed with the IRS until the signed Form
8879-CORP, *E-file* Authorization for Corporations has been received by
this office.**

**Other:**       Your return is being filed electronically with the IRS and is not required to be
mailed.  If you mail a paper copy of Form 1120 to the IRS it will delay
processing of your return.

| Form **8879-CORP** | **E-file** Authorization for Corporations | |
|---|---|---|
| (December 2022) | For calendar year_____ , or tax year beginning **09/01/22** , ending **08/31/23** | OMB No. 1545-0123 |
| Department of the Treasury Internal Revenue Service | Use for *efile* authorizations for Form 1120, 1120-F or 1120S. Do not send to the IRS. Keep for your records. Go to *www.irs.gov/Form8879CORP* for the latest information. | |

| Name of corporation | Employer identification number |
|---|---|
| SUNSHINE RANCH CO., INC. | 8 |

### Part I    Information (Whole dollars only)

| | | | |
|---|---|---|---|
| 1 | Total income (Form 1120, line 11) | 1 | 1,700,304 |
| 2 | Total income (Form 1120-F, Section II, line 11) | 2 | |
| 3 | Total income (loss) (Form 1120-S, line 6) | 3 | |

### Part II    Declaration and Signature Authorization of Officer. Be sure to get a copy of the corporation's return.

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's electronic income tax return and accompanying schedules and statements and to the best of my knowledge and belief, they are true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

[X] I authorize AUTEN, PRUSS & BECKMANN, P.C. to enter my PIN 96138 as my signature
ERO firm name                                                                            do not enter all zeros

on the corporation's electronically filed income tax return.

[ ] As an officer of the corporation, I will enter my PIN as my signature on the corporation's electronically filed income tax return.

Officer's signature _____  Date **12/13/23**  Title **President**
DOUGLAS HALL

### Part III    Certification and Authentication

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN.    | 47130399068 |
do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub. 3112,** IRS *e-file* Application and Participation, and **Pub. 4163,** Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature  BERNARD W. AUTEN, CPA    Date  **12/13/23**

**ERO Must Retain This Form — See Instructions**
**Do Not Submit This Form to the IRS Unless Requested To Do So**

For Paperwork Reduction Act Notice, see instructions.                    Form **8879-CORP** (12-2022)

DAA

| Form **1120** | | **U.S. Corporation Income Tax Return** | | | OMB No. 1545-0123 |
|---|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | For calendar year 2022 or tax year beginning 09/01/22, ending 08/31/23 Go to *www.irs.gov/Form1120* for instructions and the latest information. | | | **2022** |

**A** Check if:
1a Consolidated return (attach Form 851) ☐
1b Life/nonlife consolidated return ☐
2 Personal holding co. (attach Sch. PH) ☐
3 Personal service corp. (see instructions) ☐
4 Schedule M-3 attached ☐

TYPE OR PRINT

Name: SUNSHINE RANCH CO., INC.

Number, street, and room or suite no. If a P.O. box, see instructions.
85882 526 AVENUE

City or town, state, or province, country, and ZIP or foreign postal code
NELIGH    NE 68756

**B** Employer identification number [redacted]8

**C** Date incorporated 01/01/1966

**D** Total assets (see instructions) $ 1,739,117

**E** Check if: (1) Initial return (2) Final return (3) Name change 1,367,779 (4) Address change

| | Income | Amount |
|---|---|---|
| 1a | Gross receipts or sales | 1a 1,367,779 |
| b | Returns and allowances | 1b |
| c | Balance. Subtract line 1b from line 1a | 1c 1,367,779 |
| 2 | Cost of goods sold (attach Form 1125-A) | 2 34,900 |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 1,332,879 |
| 4 | Dividends and inclusions (Schedule C, line 23) | 4 |
| 5 | Interest | 5 92,711 |
| 6 | Gross rents | 6 1,308,940 |
| 7 | Gross royalties | 7 |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | 8 144,824 |
| 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 9 1 |
| 10 | Other income (see instructions—attach statement) See Stmt 1,2 | 10 −1,179,051 |
| 11 | **Total income.** Add lines 3 through 10 | 11 1,700,304 |

| | Deductions (See instructions for limitations on deductions) | Amount |
|---|---|---|
| 12 | Compensation of officers (see instructions—attach Form 1125-E) | 12 70,600 |
| 13 | Salaries and wages (less employment credits) | 13 44,277 |
| 14 | Repairs and maintenance | 14 208,984 |
| 15 | Bad debts | 15 15,531 |
| 16 | Rents | 16 |
| 17 | Taxes and licenses | 17 189,665 |
| 18 | Interest (see instructions) | 18 5,873 |
| 19 | Charitable contributions | 19 0 |
| 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) See Stmt 3 | 20 149,081 |
| 21 | Depletion | 21 |
| 22 | Advertising | 22 |
| 23 | Pension, profit-sharing, etc., plans | 23 |
| 24 | Employee benefit programs | 24 |
| 25 | Reserved for future use | 25 |
| 26 | Other deductions (attach statement) See Stmt 4,5 | 26 1,235,256 |
| 27 | **Total deductions.** Add lines 12 through 26 | 27 1,919,267 |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 28 −218,963 |
| 29a | Net operating loss deduction (see instructions) | 29a |
| b | Special deductions (Schedule C, line 24) | 29b |
| c | Add lines 29a and 29b | 29c |

| | Tax, Refundable Credits, and Payments | Amount |
|---|---|---|
| 30 | Taxable income. Subtract line 29c from line 28. See instructions | 30 −218,963 |
| 31 | Total tax (Schedule J, Part I, line 11) | 31 0 |
| 32 | Reserved for future use | 32 |
| 33 | Total payments and credits (Schedule J, Part III, line 23) | 33 |
| 34 | Estimated tax penalty. See instructions. Check if Form 2220 is attached ☐ | 34 |
| 35 | Amount owed. If line 33 is smaller than the total of lines 31 and 34, enter amount owed | 35 |
| 36 | Overpayment. If line 33 is larger than the total of lines 31 and 34, enter amount overpaid | 36 |
| 37 | Enter amount from line 36 you want: Credited to 2023 estimated tax            Refunded | 37 |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer DOUGLAS HALL    Date    Title President

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

| **Paid Preparer Use Only** | | |
|---|---|---|
| Print/Type preparer's name BERNARD W. AUTEN, CPA | Preparer's signature BERNARD W. AUTEN, CPA | Date    Check ☐ if self-employed    PTIN P00053716 |
| Firm's name AUTEN, PRUSS & BECKMANN, P.C. | | Firm's EIN 47-0699068 |
| Firm's address 1309 North 9th Street Norfolk, NE 68701-0854 | | Phone no. 402-379-4488 |

For Paperwork Reduction Act Notice, see separate instructions.    IAA    Form **1120** (2022)

Form 1120 (2022)   SUNSHINE RANCH CO., INC.                    8                                    Page **2**

| Schedule C | Dividends, Inclusions, and Special Deductions (see instructions) | (a) Dividends and inclusions | (b) % | (c) Special deductions (a) x (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 50 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 65 | |
| 3 | Dividends on certain debt-financed stock of domestic and foreign corporations | | See instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 23.3 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 26.7 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 50 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 65 | |
| 8 | Dividends from wholly owned foreign subsidiaries | | 100 | |
| 9 | Subtotal. Add lines 1 through 8. See instructions for limitations | | See instructions | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from affiliated group members | | 100 | |
| 12 | Dividends from certain FSCs | | 100 | |
| 13 | Foreign-source portion of dividends received from a specified 10%-owned foreign corporation (excluding hybrid dividends) (see instructions) | | 100 | |
| 14 | Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, 12, or 13 (including any hybrid dividends) | | | |
| 15 | Reserved for future use | | | |
| 16a | Subpart F inclusions derived from the sale by a controlled foreign corporation (CFC) of the stock of a lower-tier foreign corporation treated as a dividend (attach Form(s) 5471) (see instructions) | | 100 | |
| b | Subpart F inclusions derived from hybrid dividends of tiered corporations (attach Form(s) 5471) (see instructions) | | | |
| c | Other inclusions from CFCs under subpart F not included on line 16a, 16b, or 17 (attach Form(s) 5471) (see instructions) | | | |
| 17 | Global Intangible Low-Taxed Income (GILTI) (attach Form(s) 5471 and Form 8992) | | | |
| 18 | Gross-up for foreign taxes deemed paid | | | |
| 19 | IC-DISC and former DISC dividends not included on line 1, 2, or 3 | | | |
| 20 | Other dividends | | | |
| 21 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 22 | Section 250 deduction (attach Form 8993) | | | |
| 23 | Total dividends and inclusions. Add column (a), lines 9 through 20. Enter here and on page 1, line 4 | | | |
| 24 | Total special deductions. Add column (c), lines 9 through 22. Enter here and on page 1, line 29b | | | |

Form **1120** (2022)

DAA

Form 1120 (2022)   SUNSHINE RANCH CO., INC.                    8                                   Page **3**

## Schedule J    Tax Computation and Payment (see instructions)

### Part I—Tax Computation

| | | | | |
|---|---|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)). See instructions ... ☐ | | | |
| 2 | Income tax. See instructions | | **2** | 0 |
| 3 | Base erosion minimum tax amount (attach Form 8991) | | **3** | |
| 4 | Add lines 2 and 3 | | **4** | 0 |
| 5a | Foreign tax credit (attach Form 1118) | **5a** | | |
| b | Credit from Form 8834 (see instructions) | **5b** | | |
| c | General business credit (attach Form 3800) | **5c** | 0 | |
| d | Credit for prior year minimum tax (attach Form 8827) | **5d** | | |
| e | Bond credits from Form 8912 | **5e** | | |
| 6 | Total credits. Add lines 5a through 5e | | **6** | |
| 7 | Subtract line 6 from line 4 | | **7** | |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) | | **8** | |
| 9a | Recapture of investment credit (attach Form 4255) | **9a** | | |
| b | Recapture of low-income housing credit (attach Form 8611) | **9b** | | |
| c | Interest due under the look-back method—completed long-term contracts (attach Form 8697) | **9c** | | |
| d | Interest due under the look-back method—income forecast method (attach Form 8866) | **9d** | | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) | **9e** | | |
| f | Interest/tax due under section 453A(c) and/or section 453(l) | **9f** | | |
| g | Other (see instructions—attach statement) | **9g** | | |
| 10 | Total. Add lines 9a through 9g | | **10** | |
| 11 | Total tax. Add lines 7, 8, and 10. Enter here and on page 1, line 31 | | **11** | 0 |

### Part II—Reserved For Future Use

| | | | |
|---|---|---|---|
| 12 | Reserved for future use | **12** | |

### Part III—Payments and Refundable Credits

| | | | | |
|---|---|---|---|---|
| 13 | 2021 overpayment credited to 2022 | | **13** | |
| 14 | 2022 estimated tax payments | | **14** | |
| 15 | 2022 refund applied for on Form 4466 | | **15** | ( ) |
| 16 | Combine lines 13, 14, and 15 | | **16** | |
| 17 | Tax deposited with Form 7004 | | **17** | |
| 18 | Withholding (see instructions) | | **18** | |
| 19 | Total payments. Add lines 16, 17, and 18 | | **19** | |
| 20 | Refundable credits from: | | | |
| a | Form 2439 | **20a** | | |
| b | Form 4136 | **20b** | | |
| c | Reserved for future use | **20c** | | |
| d | Other (attach statement—see instructions) | **20d** | | |
| 21 | Total credits. Add lines 20a through 20d | | **21** | |
| 22 | Reserved for future use | | **22** | |
| 23 | Total payments and credits. Add lines 19 and 21. Enter here and on page 1, line 33 | | **23** | |

Form **1120** (2022)

DAA

Form 1120 (2022)   SUNSHINE RANCH CO., INC.   ▆▆▆▆▆8   Page **4**

| Schedule K | Other Information (see instructions) | Stmt 6 | | Yes | No |
|---|---|---|---|---|---|

**1** Check accounting method: **a** ☒ Cash **b** ☐ Accrual **c** ☐ Other (specify) ....................................

**2** See the instructions and enter the:

**a** Business activity code no. 111100

**b** Business activity AGRICULTURAL

**c** Product or service GRAIN & LIVESTOCK

**3** Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? ........................... | | | | | X

If "Yes," enter name and EIN of the parent corporation ...........................................................

**4** At the end of the tax year:

**a** Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) | | | | | X

**b** Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) ............ | | | | X |

**5** At the end of the tax year, did the corporation:

**a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851**, Affiliations Schedule? For rules of constructive ownership, see instructions. ..... | | | | | X

If "Yes," complete (i) through (iv) below.

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. ...... | | | | | X

If "Yes," complete (i) through (iv) below.

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**6** During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316 ............. | | | | | X

If "Yes," file **Form 5452**, Corporate Report of Nondividend Distributions. See the instructions for Form 5452.

If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary.

**7** At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock? ............ | | | | | X

For rules of attribution, see section 318. If "Yes," enter:

(a) Percentage owned ....................... and (b) Owner's country ...........................

(c) The corporation may have to file **Form 5472**, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached ....................

**8** Check this box if the corporation issued publicly offered debt instruments with original issue discount ................. ☐

If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments.

**9** Enter the amount of tax-exempt interest received or accrued during the tax year $ ................................ 0

**10** Enter the number of shareholders at the end of the tax year (if 100 or fewer) .......... 5

**11** If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here (see instructions) ............ ☒

If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid.

**12** Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a.) ..................................................................................... $ 1,833,460

Form **1120** (2022)

DAA

Form 1120 (2022)    SUNSHINE RANCH CO., INC.    ███████ 8    Page **5**

| Schedule K | Other Information *(continued from page 4)* | Yes | No |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| 13 | Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year and its total assets at the end of the tax year less than $250,000? | | X |
| | If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year    $ | | |
| 14 | Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement? See instructions | | X |
| | If "Yes," complete and attach Schedule UTP. | | |
| 15a | Did the corporation make any payments in 2022 that would require it to file Form(s) 1099? | X | |
| b | If "Yes," did or will the corporation file required Form(s) 1099? | X | |
| 16 | During this tax year, did the corporation have an 80%-or-more change in ownership, including a change due to redemption of its own stock? | | X |
| 17 | During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? | | X |
| 18 | Did the corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? | | X |
| 19 | During the corporation's tax year, did the corporation make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474) of the Code? | | X |
| 20 | Is the corporation operating on a cooperative basis? | | X |
| 21 | During the tax year, did the corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions | | X |
| | If "Yes," enter the total amount of the disallowed deductions    $ | | |
| 22 | Does the corporation have gross receipts of at least $500 million in any of the 3 preceding tax years? (See sections 59A(e)(2) and (3)) | | X |
| | If "Yes," complete and attach Form 8991. | | |
| 23 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | X |
| 24 | Does the corporation satisfy one or more of the following? See instructions | | X |
| a | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $27 million and the corporation has business interest expense. | | |
| c | The corporation is a tax shelter and the corporation has business interest expense. | | |
| | If "Yes," complete and attach Form 8990. | | |
| 25 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? | | X |
| | If "Yes," enter amount from Form 8996, line 15 .............    $ | | |
| 26 | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties held directly or indirectly by the corporation, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the shareholders held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions | | X |
| | Percentage: By Vote                                By Value | | |

Form **1120** (2022)

DAA

Form 1120 (2022)  SUNSHINE RANCH CO., INC.                         8                         Page **6**

## Schedule L  Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | 327,871 | | 528,409 |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | ( ) | | ( ) | |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities (see instructions) | | | | |
| 6 Other current assets (att. stmt.) Stmt 7 | | 92,031 | | |
| 7 Loans to shareholders | | 258,318 | | 342,231 |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (attach stmt.) Stmt 8 | | -748,111 | | -1,082,714 |
| 10a Buildings and other depreciable assets | 9,615,626 | | 9,538,861 | |
| b Less accumulated depreciation | 9,061,485 | 554,141 | 9,210,566 | 328,295 |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | 4,033 | -4,033 | 4,033 | -4,033 |
| 12 Land (net of any amortization) | | 1,480,174 | | 1,624,505 |
| 13a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | | | |
| 14 Other assets (attach stmt.) Stmt 9 | | 2,424 | | 2,424 |
| 15 Total assets | | 1,962,815 | | 1,739,117 |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | | | | |
| 17 Mortgages, notes, bonds payable in less than 1 year | | 16,645 | | |
| 18 Other current liabilities (att. stmt.) Stmt 10 | | | | 12,946 |
| 19 Loans from shareholders | | | | |
| 20 Mortgages, notes, bonds payable in 1 year or more | | 102,600 | | 85,500 |
| 21 Other liabilities (attach statement) | | | | |
| 22 Capital stock: a Preferred stock | | | | |
| b Common stock | 212,500 | 212,500 | 212,500 | 212,500 |
| 23 Additional paid-in capital | | -161,935 | | -161,935 |
| 24 Retained earnings—Appropriated (att. stmt.) | | | | |
| 25 Retained earnings—Unappropriated | | 1,793,005 | | 1,590,106 |
| 26 Adjustments to SH equity (att. stmt.) | | | | |
| 27 Less cost of treasury stock | | ( ) | | ( ) |
| 28 Total liabilities and shareholders' equity | | 1,962,815 | | 1,739,117 |

## Schedule M-1  Reconciliation of Income (Loss) per Books With Income per Return

Note: The corporation may be required to file Schedule M-3. See instructions.

| | | | | |
|---|---|---|---|---|
| 1 Net income (loss) per books | -202,899 | 7 | Income recorded on books this year not included on this return (itemize): | |
| 2 Federal income tax per books | | | Tax-exempt interest $ | |
| 3 Excess of capital losses over capital gains | | | | |
| 4 Income subject to tax not recorded on books this year (itemize): Stmt 11 | 9 | | Stmt 13    16,645 | 16,645 |
| 5 Expenses recorded on books this year not deducted on this return (itemize): | | 8 | Deductions on this return not charged against book income this year (itemize): | |
| a Depreciation $ | | a | Depreciation $ | |
| b Charitable contributions $   282 | | b | Charitable contributions $ | |
| c Travel and entertainment $ Stmt 12   290 | 572 | | | |
| | | 9 | Add lines 7 and 8 | 16,645 |
| 6 Add lines 1 through 5 | -202,318 | 10 | Income (page 1, line 28)—line 6 less line 9 | -218,963 |

## Schedule M-2  Analysis of Unappropriated Retained Earnings per Books (Schedule L, Line 25)

| | | | | |
|---|---|---|---|---|
| 1 Balance at beginning of year | 1,793,005 | 5 | Distributions:  a Cash | |
| 2 Net income (loss) per books | -202,899 | | b Stock | |
| 3 Other increases (itemize): | | | c Property | |
| | | 6 | Other decreases (itemize): | |
| | | 7 | Add lines 5 and 6 | |
| 4 Add lines 1, 2, and 3 | 1,590,106 | 8 | Balance at end of year (line 4 less line 7) | 1,590,106 |

DAA

Form **1120** (2022)

**SCHEDULE D**
**(Form 1120)**

Department of the Treasury
Internal Revenue Service

# Capital Gains and Losses

Attach to Form 1120, 1120-C, 1120-F, 1120-FSC, 1120-H, 1120-IC-DISC, 1120-L, 1120-ND, 1120-PC,
1120-POL, 1120-REIT, 1120-RIC, 1120-SF, or certain Forms 990-T.
Go to *www.irs.gov/Form1120* for instructions and the latest information.

OMB No. 1545-0123

**2022**

Name

SUNSHINE RANCH CO., INC.

Employer Identification number

8

Did the corporation dispose of any investment(s) in a qualified opportunity fund during the tax year? ............................... ☐ Yes ☒ No
If "Yes," attach Form 8949 and see its instructions for additional requirements for reporting your gain or loss.

## Part I — Short-Term Capital Gains and Losses—Assets Held One Year or Less

| See instructions for how to figure the amounts to enter on the lines below. This form may be easier to complete if you round off cents to whole dollars. | (d) Proceeds (sales price) | (e) Cost (or other basis) | (g) Adjustments to gain or loss from Form(s) 8949, Part I, line 2, column (g) | (h) Gain or (loss) Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|
| **1a** Totals for all short-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments (see instructions). However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 1b .............. | | | | |
| **1b** Totals for all transactions reported on Form(s) 8949 with Box A checked .............................. | | | | |
| **2** Totals for all transactions reported on Form(s) 8949 with Box B checked .............................. | | | | |
| **3** Totals for all transactions reported on Form(s) 8949 with Box C checked .............................. | | | | |

| | | |
|---|---|---|
| **4** Short-term capital gain from installment sales from Form 6252, line 26 or 37 ............................ | **4** | |
| **5** Short-term capital gain or (loss) from like-kind exchanges from Form 8824 ............................ | **5** | |
| **6** Unused capital loss carryover (attach computation) ............................ | **6** | ( ) |
| **7** Net short-term capital gain or (loss). Combine lines 1a through 6 in column h ............................ | **7** | |

## Part II — Long-Term Capital Gains and Losses—Assets Held More Than One Year

| See instructions for how to figure the amounts to enter on the lines below. This form may be easier to complete if you round off cents to whole dollars. | (d) Proceeds (sales price) | (e) Cost (or other basis) | (g) Adjustments to gain or loss from Form(s) 8949, Part II, line 2, column (g) | (h) Gain or (loss) Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|
| **8a** Totals for all long-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments (see instructions). However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 8b .............. | | | | |
| **8b** Totals for all transactions reported on Form(s) 8949 with Box D checked .............................. | | | | |
| **9** Totals for all transactions reported on Form(s) 8949 with Box E checked .............................. | | | | |
| **10** Totals for all transactions reported on Form(s) 8949 with Box F checked .............................. | | | | |

| | | |
|---|---|---|
| **11** Enter gain from Form 4797, line 7 or 9 | **11** | 144,824 |
| **12** Long-term capital gain from installment sales from Form 6252, line 26 or 37 ............................ | **12** | |
| **13** Long-term capital gain or (loss) from like-kind exchanges from Form 8824 ............................ | **13** | |
| **14** Capital gain distributions (see instructions) ............................ | **14** | 0 |
| **15** Net long-term capital gain or (loss). Combine lines 8a through 14 in column h ............................ | **15** | 144,824 |

## Part III — Summary of Parts I and II

| | | |
|---|---|---|
| **16** Enter excess of net short-term capital gain (line 7) over net long-term capital loss (line 15) ............................ | **16** | |
| **17** Net capital gain. Enter excess of net long-term capital gain (line 15) over net short-term capital loss (line 7) ............................ | **17** | 144,824 |
| **18** Add lines 16 and 17. Enter here and on Form 1120, page 1, line 8, or the applicable line on other returns ............................ | **18** | 144,824 |
| Note: If losses exceed gains, see *Capital Losses* in the instructions. | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 1120.

DAA

Schedule D (Form 1120) 2022

| Form **4797** | **Sales of Business Property** (Also Involuntary Conversions and Recapture Amounts Under Sections 179 and 280F(b)(2)) Attach to your tax return. Go to *www.irs.gov/Form4797* for instructions and the latest information. | OMB No. 1545-0184 **2022** |
|---|---|---|
| Department of the Treasury Internal Revenue Service | | Attachment Sequence No. **27** |

Name(s) shown on return: SUNSHINE RANCH CO., INC.

Identifying number: ▮8

| | | |
|---|---|---|
| 1a | Enter the gross proceeds from sales or exchanges reported to you for 2022 on Form(s) 1099-B or 1099-S (or substitute statement) that you are including on line 2, 10, or 20. See instructions | 1a |
| b | Enter the total amount of gain that you are including on lines 2, 10, and 24 due to the partial dispositions of MACRS assets | 1b |
| c | Enter the total amount of loss that you are including on lines 2 and 10 due to the partial dispositions of MACRS assets | 1c |

### Part I  Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft—Most Property Held More Than 1 Year (see instructions)

| 2 (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|
| Pass through entity (Sch K-1) | | | | | | 9 |
| 20 ACRES - DOUG HALL 1031 EXCHANGE | 08/31/99 | 02/20/23 | 160,816 | | 16,000 | 144,816 |

| | | | |
|---|---|---|---|
| 3 | Gain, if any, from Form 4684, line 39 | 3 | |
| 4 | Section 1231 gain from installment sales from Form 6252, line 26 or 37 | 4 | |
| 5 | Section 1231 gain or (loss) from like-kind exchanges from Form 8824 | 5 | |
| 6 | Gain, if any, from line 32, from other than casualty or theft | 6 | |
| 7 | Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows | 7 | 144,825 |

Partnerships and S corporations. Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 10, or Form 1120-S, Schedule K, line 9. Skip lines 8, 9, 11, and 12 below.

Individuals, partners, S corporation shareholders, and all others. If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you didn't have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on the Schedule D filed with your return and skip lines 8, 9, 11, and 12 below.

| | | | |
|---|---|---|---|
| 8 | Nonrecaptured net section 1231 losses from prior years. See instructions | 8 | 1 |
| 9 | Subtract line 8 from line 7. If zero or less, enter -0-. If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below and enter the gain from line 9 as a long-term capital gain on the Schedule D filed with your return. See instructions | 9 | 144,824 |

### Part II  Ordinary Gains and Losses (see instructions)

| 10 | Ordinary gains and losses not included on lines 11 through 16 (include property held 1 year or less): | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | | | |
|---|---|---|---|
| 11 | Loss, if any, from line 7 | 11 | ( ) |
| 12 | Gain, if any, from line 7 or amount from line 8, if applicable | 12 | 1 |
| 13 | Gain, if any, from line 31 | 13 | |
| 14 | Net gain or (loss) from Form 4684, lines 31 and 38a | 14 | |
| 15 | Ordinary gain from installment sales from Form 6252, line 25 or 36 | 15 | |
| 16 | Ordinary gain or (loss) from like-kind exchanges from Form 8824 | 16 | |
| 17 | Combine lines 10 through 16 | 17 | 1 |
| 18 | For all except individual returns, enter the amount from line 17 on the appropriate line of your return and skip lines a and b below. For individual returns, complete lines a and b below. | | |
| a | If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the loss from income-producing property on Schedule A (Form 1040), line 16. (Do not include any loss on property used as an employee.) Identify as from "Form 4797, line 18a." See instructions | 18a | |
| b | Redetermine the gain or (loss) on line 17 excluding the loss, if any, on line 18a. Enter here and on Schedule 1 (Form 1040), Part I, line 4 | 18b | |

For Paperwork Reduction Act Notice, see separate instructions.

Form **4797** (2022)

There are no amounts for Page 2

DAA

Form **1125-A**

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

# Cost of Goods Sold

▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.
▶ Go to *www.irs.gov/Form1125A* for the latest information.

OMB No. 1545-0123

| Name | Employer identification number |
|------|-------------------------------|
| SUNSHINE RANCH CO., INC. | ▨ 8 |

|  |  |  |  |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases | 2 | 34,900 |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) | 5 | |
| 6 | Total. Add lines 1 through 5 | 6 | 34,900 |
| 7 | Inventory at end of year | 7 | |
| 8 | Cost of goods sold. Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 34,900 |

**9a** Check all methods used for valuing closing inventory:

   *(i)* ☒ Cost

   *(ii)* ☐ Lower of cost or market

   *(iii)* ☐ Other (Specify method used and attach explanation.) ▶ .........................................................

  **b** Check if there was a writedown of subnormal goods ........................................................ ▶ ☐

  **c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ........................... ▶ ☐

  **d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO | **9d** |

  **e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions .............. ☐ Yes ☒ No

  **f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation ........................................................ ☐ Yes ☒ No

For Paperwork Reduction Act Notice, see instructions.

Form **1125-A** (Rev. 11-2018)

DAA

| Form **3800** | **General Business Credit** | OMB No. 1545-0895 |
|---|---|---|

Go to *www.irs.gov/Form3800* for instructions and the latest information.
You must attach all pages of Form 3800, pages 1, 2, and 3, to your tax return.

Department of the Treasury
Internal Revenue Service

**2022**
Attachment
Sequence No. **22**

Name(s) shown on return

SUNSHINE RANCH CO., INC.

Identifying number

████████8

## Part I — Current Year Credit for Credits Not Allowed Against Tentative Minimum Tax (TMT)
(See instructions and complete Part(s) III before Parts I and II.)

| | | | |
|---|---|---|---:|
| 1 | General business credit from line 2 of all Parts III with box A checked ........... | **1** | 5,155 |
| 2 | Passive activity credits from line 2 of all Parts III with box B checked ...... **2** | | |
| 3 | Enter the applicable passive activity credits allowed for 2022. See instructions ........ | **3** | |
| 4 | Carryforward of general business credit to 2022. Enter the amount from line 2 of Part III with box C checked. See instructions for statement to attach .................. | **4** | 11,130 |
| | Check this box if the carryforward was changed or revised from the original reported amount .............. ☐ | | |
| 5 | Carryback of general business credit from 2023. Enter the amount from line 2 of Part III with box D checked. See instructions ...... | **5** | |
| 6 | Add lines 1, 3, 4, and 5 ................................... | **6** | 16,285 |

## Part II — Allowable Credit

| | | | |
|---|---|---|---:|
| 7 | Regular tax before credits:<br>• Individuals. Enter the sum of the amounts from Form 1040, 1040-SR, or 1040-NR, line 16, and Schedule 2 (Form 1040), line 2.<br>• Corporations. Enter the amount from Form 1120, Schedule J, Part I, line 2; or the applicable line of your return.<br>• Estates and trusts. Enter the sum of the amounts from Form 1041, Schedule G, lines 1a and 1b, plus any Form 8978 amount included on line 1d; or the amount from the applicable line of your return. | **7** | 0 |
| 8 | Alternative minimum tax:<br>• Individuals. Enter the amount from Form 6251, line 11.<br>• Corporations. Enter -0-.<br>• Estates and trusts. Enter the amount from Schedule I (Form 1041), line 54. | **8** | 0 |
| 9 | Add lines 7 and 8 ...................................... | **9** | |
| 10a | Foreign tax credit ........................... **10a** | | |
| b | Certain allowable credits (see instructions) ....... **10b** | | |
| c | Add lines 10a and 10b ................................. | **10c** | |
| 11 | Net income tax. Subtract line 10c from line 9. If zero, skip lines 12 through 15 and enter -0- on line 16 ........ | **11** | 0 |
| 12 | Net regular tax. Subtract line 10c from line 7. If zero or less, enter -0- ........... **12** | | |
| 13 | Enter 25% (0.25) of the excess, if any, of line 12 over $25,000. See instructions ............................ **13** | | |
| 14 | Tentative minimum tax:<br>• Individuals. Enter the amount from Form 6251, line 9<br>• Corporations. Enter -0-<br>• Estates and trusts. Enter the amount from Schedule I (Form 1041), line 52 | **14** 0 | |
| 15 | Enter the greater of line 13 or line 14 .............. | **15** | |
| 16 | Subtract line 15 from line 11. If zero or less, enter -0- ............ | **16** | |
| 17 | Enter the smaller of line 6 or line 16 ............. | **17** | |
| | C corporations: See the line 17 instructions if there has been an ownership change, acquisition, or reorganization. | | |

For Paperwork Reduction Act Notice, see separate instructions.

Form **3800** (2022)

DAA

Form 3800 (2022)   SUNSHINE RANCH CO., INC.   ████████8                          Page **2**

**Part II**  **Allowable Credit** *(continued)*

Note: If you are not required to report any amounts on line 22 or 24 below, skip lines 18 through 25 and enter -0- on line 26.

| | | |
|---|---|---:|
| 18 | Multiply line 14 by 75% (0.75). See instructions | 18 |
| 19 | Enter the greater of line 13 or line 18 | 19 |
| 20 | Subtract line 19 from line 11. If zero or less, enter -0- | 20 |
| 21 | Subtract line 17 from line 20. If zero or less, enter -0- | 21 |
| 22 | Combine the amounts from line 3 of all Parts III with box A, C, or D checked | 22 |
| 23 | Passive activity credit from line 3 of all Parts III with box B checked ........ 23 | |
| 24 | Enter the applicable passive activity credit allowed for 2022. See instructions | 24 |
| 25 | Add lines 22 and 24 | 25 |
| 26 | Empowerment zone and renewal community employment credit allowed. Enter the smaller of line 21 or line 25 | 26 | 0 |
| 27 | Subtract line 13 from line 11. If zero or less, enter -0- | 27 | 0 |
| 28 | Add lines 17 and 26 | 28 |
| 29 | Subtract line 28 from line 27. If zero or less, enter -0- | 29 | 0 |
| 30 | Enter the general business credit from line 5 of all Parts III with box A checked | 30 | 10,239 |
| 31 | Reserved | 31 |
| 32 | Passive activity credits from line 5 of all Parts III with box B checked ........ 32 | |
| 33 | Enter the applicable passive activity credits allowed for 2022. See instructions | 33 |
| 34 | Carryforward of business credit to 2022. Enter the amount from line 5 of Part III with box C checked and line 6 of Part III with box G checked. See instructions for statement to attach. Check this box if the carryforward was changed or revised from the original reported amount ........ ☐ | 34 |
| 35 | Carryback of business credit from 2023. Enter the amount from line 5 of Part III with box D checked. See instructions | 35 |
| 36 | Add lines 30, 33, 34, and 35 | 36 | 10,239 |
| 37 | Enter the smaller of line 29 or line 36 | 37 |
| 38 | Credit allowed for the current year. Add lines 28 and 37. Report the amount from line 38 (if smaller than the sum of Part I, line 6, and Part II, lines 25 and 36, see instructions) as indicated below or on the applicable line of your return.<br>• Individuals. Schedule 3 (Form 1040), line 6.<br>• Corporations. Form 1120, Schedule J, Part I, line 5c.<br>• Estates and trusts. Form 1041, Schedule G, line 2b. | 38 | 0 |

Form **3800** (2022)

Form 3800 (2022)                                                                                                         Page **3**

| Name(s) shown on return | Identifying number |
|---|---|
| SUNSHINE RANCH CO., INC. | ████████8 |

**Part III**   **General Business Credits or Eligible Small Business Credits** (see instructions)

Complete a separate Part III for each box checked below. See instructions.

| | | | |
|---|---|---|---|
| A | [X] General Business Credit From a Non-Passive Activity | E | ▨ Reserved |
| B | [ ] General Business Credit From a Passive Activity | F | ▨ Reserved |
| C | [ ] General Business Credit Carryforwards | G | [ ] Eligible Small Business Credit Carryforwards |
| D | [ ] General Business Credit Carrybacks | H | ▨ Reserved |

I   If you are filing more than one Part III with box A or B checked, complete and attach first an additional Part III combining amounts
from all Parts III with box A or B checked. Check here if this is the consolidated Part III ............................................ [ ]

| (a) Description of credit | | (b) Enter EIN if claiming the credit from a pass through entity. | (c) Enter the appropriate amount. |
|---|---|---|---|
| Note: On any line where the credit is from more than one source, a separate Part III is needed for each pass-through entity. | | | |
| 1a  Investment (Form 3468, Part II only) (attach Form 3468) | 1a | | |
| b  Advanced Manufacturing Production (Form 7207) | 1b | | |
| c  Increasing research activities (Form 6765) | 1c | 47-0836953 | 5,155 |
| d  Low-income housing (carryforward only) (see instructions) | 1d | | |
| e  Disabled access (Form 8826)* | 1e | | |
| f  Renewable electricity, refined coal, and Indian coal production (Form 8835) | 1f | | |
| g  Indian employment (Form 8845) | 1g | | |
| h  Orphan drug (Form 8820) | 1h | | |
| I  New markets (Form 8874) | 1i | | |
| j  Small employer pension plan startup costs and auto-enrollment (Form 8881) | 1j | | |
| k  Employer-provided child care facilities and services (Form 8882)* | 1k | | |
| l  Biodiesel, renewable diesel, and sustainable aviation fuels (attach Form 8864) | 1i | | |
| m  Low sulfur diesel fuel production (Form 8896) | 1m | | |
| n  Distilled spirits (Form 8906) | 1n | | |
| o  Nonconventional source fuel (carryforward only) | 1o | | |
| p  Energy efficient home (Form 8908) | 1p | | |
| q  Energy efficient appliance (carryforward only) | 1q | | |
| r  Alternative motor vehicle (Form 8910) | 1r | | |
| s  Alternative fuel vehicle refueling property (Form 8911) | 1s | | |
| t  Enhanced oil recovery credit (Form 8830) | 1t | | |
| u  Mine rescue team training (Form 8923) | 1u | | |
| v  Agricultural chemicals security (carryforward only) | 1v | | |
| w  Employer differential wage payments (Form 8932) | 1w | | |
| x  Carbon oxide sequestration (Form 8933) | 1x | | |
| y  Qualified plug-in electric drive motor vehicle (Form 8936) | 1y | | |
| z  Qualified plug-in electric vehicle (carryforward only) | 1z | | |
| aa  Employee retention (Form 5884-A) | 1aa | | |
| bb  General credits from an electing large partnership (carryforward only) | 1bb | | |
| zz  Other. Oil and gas production from marginal wells (Form 8904) and certain other credits (see instructions) | 1zz | | |
| 2  Add lines 1a through 1zz and enter here and on the applicable line of Part I | 2 | ▨ | 5,155 |
| 3  Enter the amount from Form 8844 here and on the applicable line of Part II | 3 | | |
| 4a  Investment (Form 3468, Part III) (attach Form 3468) | 4a | | |
| b  Work opportunity (Form 5884) | 4b | | |
| c  Biofuel producer (Form 6478) | 4c | 47-0836953 | 10,239 |
| d  Low-income housing (Form 8586) | 4d | | |
| e  Renewable electricity production (Form 8835) | 4e | | |
| f  Employer social security and Medicare taxes paid on certain employee tips (Form 8846) | 4f | | |
| g  Qualified railroad track maintenance (Form 8900) | 4g | | |
| h  Small employer health insurance premiums (Form 8941) | 4h | | |
| i  Increasing research activities (Form 6765) | 4i | | |
| j  Employer credit for paid family and medical leave (Form 8994) | 4j | | |
| z  Other | 4z | | |
| 5  Add lines 4a through 4z and enter here and on the applicable line of Part II | 5 | ▨ | 10,239 |
| 6  Add lines 2, 3, and 5 and enter here and on the applicable line of Part II | 6 | ▨ | 15,394 |

* See instructions for limitation on this credit.

Form **3800** (2022)

JAA

Form 3800 (2022)                                                                                                                Page **3**

| Name(s) shown on return | Identifying number |
|---|---|
| SUNSHINE RANCH CO., INC. | ▮4▮8 |

## Part III    General Business Credits or Eligible Small Business Credits (see instructions)

Complete a separate Part III for each box checked below. See instructions.

| | | | |
|---|---|---|---|
| A | ☐ General Business Credit From a Non-Passive Activity | E | ▨ Reserved |
| B | ☐ General Business Credit From a Passive Activity | F | ▨ Reserved |
| C | ☒ General Business Credit Carryforwards | G | ☐ Eligible Small Business Credit Carryforwards |
| D | ☐ General Business Credit Carrybacks | H | ▨ Reserved |

I   If you are filing more than one Part III with box A or B checked, complete and attach first an additional Part III combining amounts from all Parts III with box A or B checked. Check here if this is the consolidated Part III ............................................. ☐

Note: On any line where the credit is from more than one source, a separate Part III is needed for each pass-through entity.

| (a) Description of credit | | (b) Enter EIN if claiming the credit from a pass through entity. | (c) Enter the appropriate amount. |
|---|---|---|---|
| **1a** Investment (Form 3468, Part II only) (attach Form 3468) | 1a | | |
| **b** Advanced Manufacturing Production (Form 7207) | 1b | | |
| **c** Increasing research activities (Form 6765) | 1c | | 10,845 |
| **d** Low-income housing (carryforward only) (see instructions) | 1d | | |
| **e** Disabled access (Form 8826)* | 1e | | |
| **f** Renewable electricity, refined coal, and Indian coal production (Form 8835) | 1f | | |
| **g** Indian employment (Form 8845) | 1g | | |
| **h** Orphan drug (Form 8820) | 1h | | |
| **i** New markets (Form 8874) | 1i | | |
| **j** Small employer pension plan startup costs and auto-enrollment (Form 8881) | 1j | | |
| **k** Employer-provided child care facilities and services (Form 8882)* | 1k | | |
| **l** Biodiesel, renewable diesel, and sustainable aviation fuels (attach Form 8864) | 1l | | |
| **m** Low sulfur diesel fuel production (Form 8896) | 1m | | |
| **n** Distilled spirits (Form 8906) | 1n | | |
| **o** Nonconventional source fuel (carryforward only) | 1o | | |
| **p** Energy efficient home (Form 8908) | 1p | | |
| **q** Energy efficient appliance (carryforward only) | 1q | | |
| **r** Alternative motor vehicle (Form 8910) | 1r | | |
| **s** Alternative fuel vehicle refueling property (Form 8911) | 1s | | |
| **t** Enhanced oil recovery credit (Form 8830) | 1t | | |
| **u** Mine rescue team training (Form 8923) | 1u | | |
| **v** Agricultural chemicals security (carryforward only) | 1v | | |
| **w** Employer differential wage payments (Form 8932) | 1w | | |
| **x** Carbon oxide sequestration (Form 8933) | 1x | | |
| **y** Qualified plug-in electric drive motor vehicle (Form 8936) | 1y | | |
| **z** Qualified plug-in electric vehicle (carryforward only) | 1z | | |
| **aa** Employee retention (Form 5884-A) | 1aa | | 285 |
| **bb** General credits from an electing large partnership (carryforward only) | 1bb | | |
| **zz** Other. Oil and gas production from marginal wells (Form 8904) and certain other credits (see instructions) | 1zz | | |
| **2** Add lines 1a through 1zz and enter here and on the applicable line of Part I | 2 | ▨ | 11,130 |
| **3** Enter the amount from Form 8844 here and on the applicable line of Part II | 3 | | |
| **4a** Investment (Form 3468, Part III) (attach Form 3468) | 4a | | |
| **b** Work opportunity (Form 5884) | 4b | | |
| **c** Biofuel producer (Form 6478) | 4c | | |
| **d** Low-income housing (Form 8586) | 4d | | |
| **e** Renewable electricity production (Form 8835) | 4e | | |
| **f** Employer social security and Medicare taxes paid on certain employee tips (Form 8846) | 4f | | |
| **g** Qualified railroad track maintenance (Form 8900) | 4g | | |
| **h** Small employer health insurance premiums (Form 8941) | 4h | | |
| **i** Increasing research activities (Form 6765) | 4i | | |
| **j** Employer credit for paid family and medical leave (Form 8994) | 4j | | |
| **z** Other | 4z | | |
| **5** Add lines 4a through 4z and enter here and on the applicable line of Part II | 5 | ▨ | |
| **6** Add lines 2, 3, and 5 and enter here and on the applicable line of Part II | 6 | ▨ | 11,130 |

* See instructions for limitation on this credit.

DAA                                                                                                                Form **3800** (2022)

**SCHEDULE G**
**(Form 1120)**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

# Information on Certain Persons Owning the Corporation's Voting Stock
▶ Attach to Form 1120.
▶ See instructions on page 2.

OMB No. 1545-0123

Name

SUNSHINE RANCH CO., INC.

Employer identification number (EIN)

■■■■■■8

**Part I**  **Certain Entities Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4a). Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Percentage Owned in Voting Stock |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**Part II**  **Certain Individuals and Estates Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4b). Complete columns (i) through (iv) below for any individual or estate that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| SUMNER A. HALL | 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 | USA | 47.500 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

For Paperwork Reduction Act Notice, see the Instructions for Form 1120.

Schedule G (Form 1120) (Rev. 12-2011)

DAA

Form **1125-E**

(Rev. October 2016)

Department of the Treasury
Internal Revenue Service

## Compensation of Officers

▶ Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.

▶ Information about Form 1125-E and its separate instructions is at *www.irs.gov/form1125e.*

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| SUNSHINE RANCH CO., INC. | ▮▮▮▮▮ 8 |

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| (a) Name of officer | (b) Social security number (see instructions) | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| 1 DOUGLAS HALL | 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 | 40.000 % | % | % | 70,600 |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |

| | | | |
|---|---|---|---|
| 2 | Total compensation of officers | 2 | 70,600 |
| 3 | Compensation of officers claimed on Form 1125-A or elsewhere on return | 3 | |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return | 4 | 70,600 |

For Paperwork Reduction Act Notice, see separate instructions.

Form **1125-E** (Rev. 10-2016)

DAA

| Form **4562** | **Depreciation and Amortization** | OMB No. 1545-0172 |
|---|---|---|
| | (Including Information on Listed Property) | **2022** |
| Department of the Treasury<br>Internal Revenue Service | Attach to your tax return.<br>Go to *www.irs.gov/Form4562* for instructions and the latest information. | Attachment<br>Sequence No. **179** |

| Name(s) shown on return | | Identifying number |
|---|---|---|
| SUNSHINE RANCH CO., INC. | | ████████8 |

Business or activity to which this form relates

Regular Depreciation

### Part I — Election To Expense Certain Property Under Section 179

**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | **1** | 1,080,000 |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | **3** | 2,700,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | | |
|---|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | **7** | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | | **8** | |
| 9 | Tentative deduction. Enter the smaller of line 5 or line 8 | | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2021 Form 4562 | | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | | **12** | |
| 13 | Carryover of disallowed deduction to 2023. Add lines 9 and 10, less line 12 | **13** | | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

### Part II — Special Depreciation Allowance and Other Depreciation (Don't include listed property. See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions | **14** | |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | |

### Part III — MACRS Depreciation (Don't include listed property. See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2022 | **17** | 128,453 |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ☐ | | |

**Section B—Assets Placed in Service During 2022 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only—see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | 39,000 | 3.0 | HY | 200DB | 13,000 |
| b 5-year property | | 22,070 | 5.0 | HY | 200DB | 4,414 |
| c 7-year property | | 22,500 | 7.0 | HY | 200DB | 3,214 |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs. | | S/L | |
| h Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C—Assets Placed in Service During 2022 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 30-year | | | 30 yrs. | MM | S/L | |
| d 40-year | | | 40 yrs. | MM | S/L | |

### Part IV — Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** | |
| 22 | Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions | **22** | 149,081 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | |

For Paperwork Reduction Act Notice, see separate instructions.

DAA

Form **4562** (2022)

There are no amounts for Page 2

SUNSHINE RANCH CO., INC.     ████████8

Form 4562 (2022)

Page 2

**Part V**   **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

Note: For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A—Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)**

24a   Do you have evidence to support the business/investment use claimed?   [X] Yes   [ ] No   24b   If "Yes," is the evidence written?   [X] Yes   [ ] No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions | | | | | | | 25 | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| 2001 CHEVY IMPALA | 11/08/00 | 100.00% | 37,290 | 37,290 | 5.0 | 150DBHY | | |
| | | % | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L- | | |
| | | % | | | | S/L- | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | | 28 | | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | | | 29 |

**Section B—Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (don't include commuting miles) | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| 34 Was the vehicle available for personal use during off-duty hours? | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C—Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who aren't more than 5% owners or related persons. See instructions.

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | X |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | X |
| 39 Do you treat all use of vehicles by employees as personal use? | | X |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | X |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? See instructions | | X |

Note: If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

**Part VI**   **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2022 tax year (see instructions): | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2022 tax year | | | | 43 | |
| 44 Total. Add amounts in column (f). See the instructions for where to report | | | | 44 | |

DAA

Form **4562** (2022)

## Net Operating Loss Carryover Worksheet

| Form **1120** | For calendar year 2022 or tax year beginning 09/01/22, ending 08/31/23 | **2022** |

Name: SUNSHINE RANCH CO., INC.

Employer Identification Number: ███████8

| Preceding Taxable Year | Adj. To NOL Inc/(Loss) After Adj. | Prior Year NOL Utilized (Income Offset) | Carryovers | Current Year Income Offset By NOL Carryback/ Carryover NOL Utilized | Next Year Carryover |
|---|---|---|---|---|---|
| 20th 08/31/03 | −593,036 | 593,036 | | | |
| 19th 08/31/04 | 643,485 | −593,036 | | | |
| 18th 08/31/05 | 53,486 | | | | |
| 17th 08/31/06 | 121,130 | | | | |
| 16th 08/31/07 | 47,990 | | | | |
| 15th 08/31/08 | 49,977 | | | | |
| 14th 08/31/09 | 48,437 | | | | |
| 13th 08/31/10 | 77,105 | | | | |
| 12th 08/31/11 | 337,299 | | | | |
| 11th 08/31/12 | 72,516 | | | | |
| 10th 08/31/13 | 78,441 | | | | |
| 9th 08/31/14 | 202,399 | | | | |
| 8th 08/31/15 | 806,236 | | | | |
| 7th 08/31/16 | 81,909 | | | | |
| 6th 08/31/17 | 67,951 | | | | |
| 5th 08/31/18 | −54,792 | 54,792 | | | |
| 4th 08/31/19 | 78,995 | −54,792 | | | |
| 3rd 08/31/20 | −188,210 | | 188,210 | | 188,210 |
| 2nd 08/31/21 | −527,588 | | 527,588 | | 527,588 |
| 1st 08/31/22 | −1,117,662 | | 1,117,662 | | 1,117,662 |
| NOL Carryover Available To Current Year | 0 | | 1,833,460 | | |
| Current Year | −218,963 | | | | 218,963 |
| NOL Carryover Available To Next Year | | | | | 2,052,423 |

Current year net operating losses available to be utilized:

Aggregate amount of NOL arising in taxable years beginning before 1/1/18 (Pre TCJA NOL)

Aggregate amount of NOL arising in taxable years beginning after 12/31/17 (Post TCJA NOL)        1,833,460