| Form **1120** | | **U.S. Corporation Income Tax Return** | | | OMB No. 1545-0123 |
|---|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | For calendar year 2023 or tax year beginning **09/01/23**, ending **08/31/24** <br> Go to *www.irs.gov/Form1120* for instructions and the latest information. | | | **2023** |

**A** Check if:
- 1a Consolidated return (attach Form 851) ☐
- b Life/nonlife consolidated return ☐
- 2 Personal holding co. (attach Sch. PH) ☐
- 3 Personal service corp. (see instructions) ☐
- 4 Schedule M-3 attached ☐

**TYPE OR PRINT**

Name: SUNSHINE RANCH CO., INC.
Number, street, and room or suite no. If a P.O. box, see instructions.
85882 526 AVENUE
City or town, state or province, country, and ZIP or foreign postal code
NELIGH          NE  68756

**B** Employer identification number: ▮▮▮▮▮▮▮▮▮
**C** Date incorporated: 01/01/1966
**D** Total assets (see instructions): $ 1,680,827

**E** Check if: (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change

| | | | | |
|---|---|---|---|---:|
| **Income** | 1a | Gross receipts or sales | 1a | 1,537,842 |
| | b | Returns and allowances | 1b | |
| | c | Balance. Subtract line 1b from line 1a | 1c | 1,537,842 |
| | 2 | Cost of goods sold (attach Form 1125-A) | 2 | |
| | 3 | Gross profit. Subtract line 2 from line 1c | 3 | 1,537,842 |
| | 4 | Dividends and inclusions (Schedule C, line 23) | 4 | |
| | 5 | Interest | 5 | 9,761 |
| | 6 | Gross rents | 6 | 117,152 |
| | 7 | Gross royalties | 7 | |
| | 8 | Capital gain net income (attach Schedule D (Form 1120)) | 8 | |
| | 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 9 | |
| | 10 | Other income (see instructions—attach statement)  See Stmt 1,2 | 10 | -1,425,249 |
| | 11 | **Total income.** Add lines 3 through 10 | 11 | 239,506 |
| **Deductions (See instructions for limitations on deductions.)** | 12 | Compensation of officers (see instructions—attach Form 1125-E) | 12 | 43,500 |
| | 13 | Salaries and wages (less employment credits) | 13 | 23,443 |
| | 14 | Repairs and maintenance | 14 | 195,033 |
| | 15 | Bad debts | 15 | |
| | 16 | Rents | 16 | |
| | 17 | Taxes and licenses | 17 | 207,327 |
| | 18 | Interest (see instructions) | 18 | 20,281 |
| | 19 | Charitable contributions  See Stmt 3 | 19 | 0 |
| | 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 20 | 118,427 |
| | 21 | Depletion | 21 | |
| | 22 | Advertising | 22 | |
| | 23 | Pension, profit-sharing, etc., plans | 23 | |
| | 24 | Employee benefit programs | 24 | |
| | 25 | Energy efficient commercial buildings deduction (attach Form 7205) | 25 | |
| | 26 | Other deductions (attach statement)  See Stmt 4 | 26 | 826,576 |
| | 27 | **Total deductions.** Add lines 12 through 26 | 27 | 1,434,587 |
| | 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 28 | -1,195,081 |
| | 29a | Net operating loss deduction (see instructions) | 29a | |
| | b | Special deductions (Schedule C, line 24) | 29b | |
| | c | Add lines 29a and 29b | 29c | |
| **Tax, Refundable Credits, and Payments** | 30 | **Taxable income.** Subtract line 29c from line 28. See instructions | 30 | -1,195,081 |
| | 31 | Total tax (Schedule J, Part I, line 11) | 31 | 0 |
| | 32 | Reserved for future use | 32 | |
| | 33 | Total payments and credits (Schedule J, Part II, line 23) | 33 | |
| | 34 | Estimated tax penalty. See instructions. Check if Form 2220 is attached ☐ | 34 | |
| | 35 | **Amount owed.** If line 33 is smaller than the total of lines 31 and 34, enter amount owed | 35 | |
| | 36 | **Overpayment.** If line 33 is larger than the total of lines 31 and 34, enter amount overpaid | 36 | |
| | 37 | Enter amount from line 36 you want: Credited to 2024 estimated tax _____ Refunded | 37 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer: DOUGLAS HALL          Date: _____          Title: President

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

**Paid Preparer Use Only**

| | |
|---|---|
| Print/Type preparer's name: BERNARD W. AUTEN, CPA | Preparer's signature: BERNARD W. AUTEN, CPA   Date: _____ |
| Check ☐ if self-employed   PTIN: P00053716 | |
| Firm's name: AUTEN, PRUSS & BECKMANN, P.C. | Firm's EIN: 47-0699068 |
| Firm's address: 1309 North 9th Street  Norfolk, NE  68701-0854 | Phone no. 402-379-4488 |

For Paperwork Reduction Act Notice, see separate instructions.
DAA
Form **1120** (2023)

**EXHIBIT**
27

SR-SUBP 000921

Form 1120 (2023)   SUNSHINE RANCH CO., INC.                          8                          Page **2**

| Schedule C | Dividends, Inclusions, and Special Deductions (see instructions) | (a) Dividends and inclusions | (b) % | (c) Special deductions (a) x (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 50 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 65 | |
| 3 | Dividends on certain debt-financed stock of domestic and foreign corporations | | See instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 23.3 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 26.7 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 50 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 65 | |
| 8 | Dividends from wholly owned foreign subsidiaries | | 100 | |
| 9 | Subtotal. Add lines 1 through 8. See instructions for limitations | | See instructions | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from affiliated group members | | 100 | |
| 12 | Dividends from certain FSCs | | 100 | |
| 13 | Foreign-source portion of dividends received from a specified 10%-owned foreign corporation (excluding hybrid dividends) (see instructions) | | 100 | |
| 14 | Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, 12, or 13 (including any hybrid dividends) | | | |
| 15 | Reserved for future use | | | |
| 16a | Subpart F inclusions derived from the sale by a controlled foreign corporation (CFC) of the stock of a lower-tier foreign corporation treated as a dividend (attach Form(s) 5471) (see instructions) | | 100 | |
| b | Subpart F inclusions derived from hybrid dividends of tiered corporations (attach Form(s) 5471) (see instructions) | | | |
| c | Other inclusions from CFCs under subpart F not included on line 16a, 16b, or 17 (attach Form(s) 5471) (see instructions) | | | |
| 17 | Global Intangible Low-Taxed Income (GILTI) (attach Form(s) 5471 and Form 8992) | | | |
| 18 | Gross-up for foreign taxes deemed paid | | | |
| 19 | IC-DISC and former DISC dividends not included on line 1, 2, or 3 | | | |
| 20 | Other dividends | | | |
| 21 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 22 | Section 250 deduction (attach Form 8993) | | | |
| 23 | Total dividends and inclusions. Add column (a), lines 9 through 20. Enter here and on page 1, line 4 | | | |
| 24 | Total special deductions. Add column (c), lines 9 through 22. Enter here and on page 1, line 29b | | | |

Form **1120** (2023)

DAA

SR-SUBP_000922

Form 1120 (2023)  SUNSHINE RANCH CO., INC.                    8                Page **3**

| Schedule J | | Tax Computation and Payment (see instructions) | | |
|---|---|---|---|---|

**Part I—Tax Computation**

| | | | | |
|---|---|---|---|---|
| 1 | Income tax. See instructions | | **1** | 0 |
| 2 | Base erosion minimum tax amount (attach Form 8991) | | **2** | |
| 3 | Corporate alternative minimum tax from Form 4626, Part II, line 13 (attach Form 4626) | | **3** | |
| 4 | Add lines 1, 2, and 3 | | **4** | 0 |
| 5a | Foreign tax credit (attach Form 1118) | 5a | | |
| b | Credit from Form 8834 (see instructions) | 5b | | |
| c | General business credit (see instructions—attach Form 3800) | 5c | 0 | |
| d | Credit for prior year minimum tax (attach Form 8827) | 5d | | |
| e | Bond credits from Form 8912 | 5e | | |
| 6 | **Total credits.** Add lines 5a through 5e | | **6** | |
| 7 | Subtract line 6 from line 4 | | **7** | |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) | | **8** | |
| 9a | Recapture of investment credit (attach Form 4255) | 9a | | |
| b | Recapture of low-income housing credit (attach Form 8611) | 9b | | |
| c | Interest due under the look-back method—completed long-term contracts (attach Form 8697) | 9c | | |
| d | Interest due under the look-back method—income forecast method (attach Form 8866) | 9d | | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) | 9e | | |
| f | Interest/tax due under section 453A(c) | 9f | | |
| g | Interest/tax due under section 453(l) | 9g | | |
| z | Other (see instructions—attach statement) | 9z | | |
| 10 | **Total.** Add lines 9a through 9z | | **10** | |
| 11 | **Total tax.** Add lines 7, 8, and 10. Enter here and on page 1, line 31 | | **11** | 0 |

**Part II—Payments and Refundable Credits**

| | | | | |
|---|---|---|---|---|
| 12 | Reserved for future use | | **12** | |
| 13 | Preceding year's overpayment credited to the current year | | **13** | |
| 14 | Current year's estimated tax payments | | **14** | |
| 15 | Current year's refund applied for on Form 4466 | | **15** | ( ) |
| 16 | Combine lines 13, 14, and 15 | | **16** | |
| 17 | Tax deposited with Form 7004 | | **17** | |
| 18 | Withholding (see instructions) | | **18** | |
| 19 | **Total payments.** Add lines 16, 17, and 18 | | **19** | |
| 20 | Refundable credits from: | | | |
| a | Form 2439 | 20a | | |
| b | Form 4136 | 20b | | |
| c | Reserved for future use | 20c | | |
| z | Other (attach statement—see instructions) | 20z | | |
| 21 | **Total credits.** Add lines 20a through 20z | | **21** | |
| 22 | Elective payment election amount from Form 3800 | | **22** | |
| 23 | **Total payments and credits.** Add lines 19, 21, and 22. Enter here and on page 1, line 33 | | **23** | |

Form **1120** (2023)

DAA

SR-SUBP 000923

Form 1120 (2023)   SUNSHINE RANCH CO., INC.   ▮▮▮▮ 8   Page **4**

## Schedule K    Other Information (see instructions)

| | | | Yes | No |
|---|---|---|---|---|
| 1 | Check accounting method:  a [X] Cash  b [ ] Accrual  c [ ] Other (specify) | | | |
| 2 | See the instructions and enter the: | | | |
| a | Business activity code no.  111100 | | | |
| b | Business activity  AGRICULTURAL | | | |
| c | Product or service  GRAIN & LIVESTOCK | | | |
| 3 | Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? | | | |
| | If "Yes," enter name and EIN of the parent corporation | | | X |
| 4 | At the end of the tax year: | | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) | | | X |
| b | Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) | | X | |
| 5 | At the end of the tax year, did the corporation: | | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851**, Affiliations Schedule? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below. | | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | | Yes | No |
|---|---|---|---|---|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below. | | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | | Yes | No |
|---|---|---|---|---|
| 6 | During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316 | | | X |
| | If "Yes," file **Form 5452**, Corporate Report of Nondividend Distributions. See the instructions for Form 5452. | | | |
| | If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary. | | | |
| 7 | At any time during this tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock? For rules of attribution, see section 318. If "Yes," enter: | | | X |
| | (a) Percentage owned  and (b) Owner's country | | | |
| | (c) The corporation may have to file **Form 5472**, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached | | | |
| 8 | Check this box if the corporation issued publicly offered debt instruments with original issue discount | | | [ ] |
| | If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | | |
| 9 | Enter the amount of tax-exempt interest received or accrued during this tax year  $     0 | | | |
| 10 | Enter the number of shareholders at the end of the tax year (if 100 or fewer)     5 | | | |
| 11 | If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here (see instructions) | | | [X] |
| | If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid. | | | |
| 12 | Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a)  $     2,052,423 | | | |

Form **1120** (2023)

DAA

Form 1120 (2023)   SUNSHINE RANCH CO., INC. ████████ 8   Page **5**

| Schedule K | Other Information *(continued from page 4)* | | | |
|---|---|---|---|---|
| | | | Yes | No |
| 13 | Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000? | | | X |
| | If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during this tax year  $ | | | |
| 14 | Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement? See instructions | | | X |
| | If "Yes," complete and attach Schedule UTP. | | | |
| 15a | Did the corporation make any payments that would require it to file Form(s) 1099? | | X | |
| b | If "Yes," did or will the corporation file required Form(s) 1099? | | X | |
| 16 | During this tax year, did the corporation have an 80%-or-more change in ownership, including a change due to redemption of its own stock? | | | X |
| 17 | During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? | | | X |
| 18 | Did this corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? | | | X |
| 19 | During this corporation's tax year, did the corporation make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474) of the Code? | | | X |
| 20 | Is the corporation operating on a cooperative basis? | | | X |
| 21 | During this tax year, did the corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions | | | X |
| | If "Yes," enter the total amount of the disallowed deductions  $ | | | |
| 22 | Does this corporation have gross receipts of at least $500 million in any of the 3 preceding tax years? (See sections 59A(e)(2) and (3).) | | | X |
| | If "Yes," complete and attach Form 8991. | | | |
| 23 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during this tax year? See instructions | | | X |
| 24 | Does the corporation satisfy one or more of the following? If "Yes," complete and attach Form 8990. See instructions | | | X |
| a | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | | |
| b | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $29 million and the corporation has business interest expense. | | | |
| c | The corporation is a tax shelter and the corporation has business interest expense. | | | |
| 25 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? | | | X |
| | If "Yes," enter amount from Form 8996, line 15  $ | | | |
| 26 | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties held directly or indirectly by the corporation, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the shareholders held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions | | | X |
| | Percentage: By Vote                        By Value | | | |
| 27 | At any time during this tax year, did the corporation (a) receive a digital asset (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? See instructions | | | X |
| 28 | Is the corporation a member of a controlled group? | | | X |
| | If "Yes," attach Schedule O (Form 1120). See instructions. | | | |
| 29 | Corporate Alternative Minimum Tax: | | | |
| a | Was the corporation an applicable corporation under section 59(k)(1) in any prior tax year? | | | X |
| | If "Yes," go to question 29b. If "No," skip to question 29c. | | | |
| b | Is the corporation an applicable corporation under section 59(k)(1) in the current tax year because the corporation was an applicable corporation in the prior tax year? | | | |
| | If "Yes," complete and attach Form 4626. If "No," continue to question 29c. | | | |
| c | Does the corporation meet the requirements of the safe harbor method as provided under section 59(k)(3)(A), for the current tax year? See instructions | | X | |
| | If "No," complete and attach Form 4626. If "Yes," the corporation is not required to file Form 4626. | | | |
| 30 | Is the corporation required to file Form 7208 relating to the excise tax on repurchase of corporate stock (see instructions): | | | |
| a | Under the rules for stock repurchased by a covered corporation (or stock acquired by its specified affiliate)? | | | X |
| b | Under the applicable foreign corporation rules? | | | X |
| c | Under the covered surrogate foreign corporation rules? | | | X |
| | If "Yes" to either (a), (b), or (c), complete Form 7208, Excise Tax on Repurchase of Corporate Stock. See the Instructions for Form 7208. | | | |
| 31 | Is this a consolidated return with gross receipts or sales of $1 billion or more and a subchapter K basis adjustment, as described in the instructions, of $10 million or more? | | | X |
| | If "Yes," attach a statement. See instructions. | | | |

DAA

Form **1120** (2023)

SR-SUBP_000925

Form 1120 (2023)   SUNSHINE RANCH CO., INC.

Page 6

## Schedule L — Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | | | |
| 2a Trade notes and accounts receivable | | 528,409 | | |
| b Less allowance for bad debts | | | | |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities (see instructions) | | | | |
| 6 Other current assets (att. stmt.) | | | | |
| 7 Loans to shareholders | | 342,231 | | 345,603 |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (attach stmt) Stmt 5 | | −1,082,714 | | −538,059 |
| 10a Buildings and other depreciable assets | 9,538,861 | | 9,600,630 | |
| b Less accumulated depreciation | 9,210,566 | 328,295 | 9,350,243 | 250,387 |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | 4,033 | −4,033 | 4,033 | −4,033 |
| 12 Land (net of any amortization) | | 1,624,505 | | 1,624,505 |
| 13a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | | | |
| 14 Other assets (attach stmt.) Stmt 6 | | 2,424 | | 2,424 |
| 15 Total assets | | 1,739,117 | | 1,680,827 |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | | | | |
| 17 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 Other current liabilities (att. stmt.) Stmt 7 | | 12,946 | | 1,191,712 |
| 19 Loans from shareholders | | | | |
| 20 Mortgages, notes, bonds payable in 1 year or more | | 85,500 | | 68,400 |
| 21 Other liabilities (attach statement) | | | | |
| 22 Capital stock: a Preferred stock | | | | |
| b Common stock | 212,500 | 212,500 | 212,500 | 212,500 |
| 23 Additional paid-in capital | | −161,935 | | −161,935 |
| 24 Retained earnings—Appropriated (att. stmt.) | | | | |
| 25 Retained earnings—Unappropriated | | 1,590,106 | | 370,150 |
| 26 Adjustments to SH equity (att. stmt.) | | | | |
| 27 Less cost of treasury stock | | | | |
| 28 Total liabilities and shareholders' equity | | 1,739,117 | | 1,680,827 |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return

Note: The corporation may be required to file Schedule M-3. See instructions.

| | | | |
|---|---|---|---|
| 1 Net income (loss) per books | −1,219,956 | 7 Income recorded on books this year not included on this return (itemize): Tax-exempt interest $ | |
| 2 Federal income tax per books | | | |
| 3 Excess of capital losses over capital gains | | | |
| 4 Income subject to tax not recorded on books this year (itemize): | | | |
| 5 Expenses recorded on books this year not deducted on this return (itemize): | | 8 Deductions on this return not charged against book income this year (itemize): | |
| a Depreciation $ 21,250 | | a Depreciation $ | |
| b Charitable contributions | | b Charitable contributions $ | |
| c Travel and entertainment $ 3,500 | | | |
| Stmt 8 125 | | 9 Add lines 7 and 8 | |
| 6 Add lines 1 through 5 | 24,875 | | |
| | −1,195,081 | 10 Income (page 1, line 28)—line 6 less line 9 | −1,195,081 |

## Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Schedule L, Line 25)

| | | | |
|---|---|---|---|
| 1 Balance at beginning of year | 1,590,106 | 5 Distributions: a Cash | |
| 2 Net income (loss) per books | −1,219,956 | b Stock | |
| 3 Other increases (itemize): | | c Property | |
| | | 6 Other decreases (itemize): | |
| | | 7 Add lines 5 and 6 | |
| 4 Add lines 1, 2, and 3 | 370,150 | 8 Balance at end of year (line 4 less line 7) | 370,150 |

DAA

Form **1120** (2023)

**Form 3800**

Department of the Treasury
Internal Revenue Service

# General Business Credit

Go to *www.irs.gov/Form3800* for instructions and the latest information.
You must include all pages of Form 3800 with your return.

OMB No. 1545-0895

**2023**

Attachment
Sequence No. **22**

Name(s) shown on return

SUNSHINE RANCH CO., INC.

Identifying number

████████8

**A** Corporate Alternative Minimum Tax (CAMT) and Base Erosion Anti-Abuse Tax (BEAT). Are you both (a) an "applicable corporation" within the meaning of section 59(k)(1) for the CAMT, and (b) an "applicable taxpayer" within the meaning of section 59A(e) for the BEAT? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☒ No

| Part I | Current Year Credit for Credits Not Allowed Against Tentative Minimum Tax (TMT) |
|---|---|

Go to Part III before Parts I and II. See instructions.

| | | | |
|---|---|---|---:|
| 1 | Non-passive credits from Part III, line 2; combine column (e) with non-passive amounts from column (g). See instructions | **1** | |
| 2 | Passive credits from Part III, line 2; combine column (f) with passive amounts in column (g). See instructions | **2** | |
| 3 | Enter the applicable passive activity credits allowed for 2023. See instructions | **3** | |
| 4 | Carryforward of general business credit to 2023. See instructions for statement to attach | **4** | 16,285 |
| | Check this box if the carryforward was changed or revised from the original reported amount ☐ | | |
| 5 | Carryback of general business credit from 2024. See instructions | **5** | |
| 6 | Add lines 1, 3, 4, and 5 | **6** | 16,285 |

| Part II | Allowable Credit |
|---|---|

| | | | |
|---|---|---|---:|
| 7 | Regular tax before credits: | | |
| | • Individuals. Enter the sum of the amounts from Form 1040, 1040-SR, or 1040-NR, line 16; and Schedule 2 (Form 1040), line 2. | | |
| | • Corporations. Enter the amount from Form 1120, Schedule J, Part I, line 1; or the applicable line of your return. | **7** | 0 |
| | • Estates and trusts. Enter the sum of the amounts from Form 1041, Schedule G, lines 1a and 1b, plus any Form 8978 amount included on line 1d; or the amount from the applicable line of your return. | | |
| 8 | Alternative minimum tax: | | |
| | • Individuals. Enter the amount from Form 6251, line 11. | | |
| | • Corporations. Enter the amount from Form 4626, Part II, line 13. | **8** | 0 |
| | • Estates and trusts. Enter the amount from Schedule I (Form 1041), line 54. | | |
| 9 | Add lines 7 and 8 | **9** | |
| 10a | Foreign tax credit | | |
| b | Certain allowable credits (see instructions) | | |
| c | Add lines 10a and 10b | **10c** | |
| 11 | Net income tax. Subtract line 10c from line 9. If zero, skip lines 12 through 15 and enter -0- on line 16 | **11** | 0 |
| 12 | Net regular tax. Subtract line 10c from line 7. If zero or less, enter -0- | | |
| 13 | Enter 25% (0.25) of the excess, if any, of line 12 (line 11 for corporations) over $25,000. See instructions | | |
| 14 | Tentative minimum tax: | | |
| | • Individuals. Enter the amount from Form 6251, line 9. | | |
| | • Corporations. Enter -0-. | | |
| | • Estates and trusts. Enter the amount from Schedule I (Form 1041), line 52. | | |
| 15 | Enter the greater of line 13 or line 14 | **15** | |
| 16 | Subtract line 15 from line 11. If zero or less, enter -0- | **16** | |
| 17 | Enter the smaller of line 6 or line 16 | **17** | |
| | C corporations: See the line 17 instructions if there has been an ownership change, acquisition, or reorganization. | | |

Line item boxes: 10a, 10b, 12, 13, 14 (value: 0)

For Paperwork Reduction Act Notice, see separate instructions.

Form **3800** (2023)

DAA

SR-SUBP_000927

Form 3800 (2023)   SUNSHINE RANCH CO., INC.                        8                    Page **2**

**Part II     Allowable Credit** *(continued)*

**Note:** If you are not required to report any amounts on line 22 or line 24 below, skip lines 18 through 25 and enter -0- on line 26.

| | | |
|---|---|---:|
| 18 | Multiply line 14 by 75% (0.75). See instructions | **18** |
| 19 | Enter the greater of line 13 or line 18 | **19** |
| 20 | Subtract line 19 from line 11. If zero or less, enter -0- | **20** |
| 21 | Subtract line 17 from line 20. If zero or less, enter -0- | **21** |
| 22 | Combine the amounts from line 3 of Part III, column (e), with the sum of the non-passive activity credit amounts in Part IV, line 3, column (e) plus column (f) | **22** |
| 23 | Passive activity credit from line 3 of Part III, column (f) plus the sum of the passive activity credit amounts in Part IV, line 3, column (e) plus column (f) ... **23** | |
| 24 | Enter the applicable passive activity credit allowed for 2023. See instructions | **24** |
| 25 | Add lines 22 and 24 | **25** |
| 26 | Empowerment zone and renewal community employment credit allowed. Enter the smaller of line 21 or line 25 | **26** | 0 |
| 27 | Subtract line 13 from line 11. If zero or less, enter -0- | **27** | 0 |
| 28 | Add lines 17 and 26 | **28** |
| 29 | Subtract line 28 from line 27. If zero or less, enter -0- | **29** | 0 |
| 30 | Enter the general business credit from line 5 of Part III: combine column (e) with non-passive amounts in column (g). See instructions | **30** |
| 31 | Reserved | **31** |
| 32 | Passive activity credits from line 5 of Part III: combine column (f) with passive amounts in column (g). See instructions ... **32** | |
| 33 | Enter the applicable passive activity credits allowed for 2023. See instructions | **33** |
| 34 | Carryforward of business credit to 2023. Enter the amount from line 5 of Part IV, column (f), and line 6 of Part IV, column (g). See instructions for statement to attach. Check this box if the carryforward was changed or revised from the original reported amount ☐ | **34** | 10,239 |
| 35 | Carryback of business credit from 2024. Enter the amount from line 5 of Part IV, column (e). See instructions | **35** |
| 36 | Add lines 30, 33, 34, and 35 | **36** | 10,239 |
| 37 | Enter the **smaller** of line 29 or line 36 | **37** |
| 38 | **Credit allowed for the current year.** Add lines 28 and 37. Report the amount from line 38 (if smaller than the sum of Part I, line 6, and Part II, lines 25 and 36; see instructions) as indicated below or on the applicable line of your return. • Individuals. Schedule 3 (Form 1040), line 6a. • Corporations. Form 1120, Schedule J, Part I, line 5c. ► • Estates and trusts. Form 1041, Schedule G, line 2b. | **38** | 0 |

DAA

Form **3800** (2023)

SR-SUBP_000928

Form 3800 (2023)    SUNSHINE RANCH CO., INC.    8    Page 3

**Part III    Current Year General Business Credits (GBCs)** (see instructions). If there is more than one credit amount to report on lines 1a through 1zz, line 3,
or lines 4a through 4z, enter the number of items you have for that line in column (c) and complete Part V.

| | (a) Current year credits from: | (b) Elective payment or transfer registration number | (c) # items | (d) Pass-through or transfer credit entity EIN | (e) Credits from non-passive activities | (f) Credits from passive activities | (g) Credit transfer election amount (enter amounts transferred out as a negative amount) | (h) Gross elective payment election amount | (i) Net elective payment election amount | (j) Combine columns (e), (f), and (g), less column (i) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1a | Form 3468, Part II | | | | | | | | | |
| b | Form 7207 | | | | | | | | | |
| c | Form 6765 | | | | | | | | | |
| d | Form 3468, Part III | | | | | | | | | |
| e | Form 8826 | | | | | | | | | |
| f | Form 8835, Part II | | | | | | | | | |
| g | Form 7210 | | | | | | | | | |
| h | Form 8820 | | | | | | | | | |
| i | Form 8874 | | | | | | | | | |
| j | Form 8881, Part I | | | | | | | | | |
| k | Form 8882 | | | | | | | | | |
| l | Form 8864 (diesel) | | | | | | | | | |
| m | Form 8896 | | | | | | | | | |
| n | Form 8906 | | | | | | | | | |
| o | Form 3468, Part IV | | | | | | | | | |
| p | Form 8908 | | | | | | | | | |
| q | Reserved (45Z) | | | | | | | | | |
| r | Form 8910 | | | | | | | | | |
| s | Form 8911, Part II | | | | | | | | | |
| t | Form 8830 | | | | | | | | | |
| u | Form 7213, Part II | | | | | | | | | |
| v | Form 3468, Part V | | | | | | | | | |
| w | Form 8932 | | | | | | | | | |
| x | Form 8933 | | | | | | | | | |
| y | Form 8936, Part II | | | | | | | | | |
| z | Reserved | | | | | | | | | |
| aa | Form 8936, Part V | | | | | | | | | |
| bb | Form 8904 | | | | | | | | | |
| cc | Form 7213, Part I | | | | | | | | | |
| dd | Form 8881, Part II | | | | | | | | | |
| ee | Form 8881, Part III | | | | | | | | | |
| ff | Form 8864, line 8 | | | | | | | | | |
| gg | Reserved (1gg) | | | | | | | | | |
| hh | Reserved (1hh) | | | | | | | | | |
| ii | Reserved (1ii) | | | | | | | | | |
| jj | Reserved (1jj) | | | | | | | | | |
| zz | Other credits | | | | | | | | | |
| 2 | Add lines 1a through 1zz | | | | | | | | | |

DAA    Form **3800** (2023)

SR-SUBP_000929

Form 3800 (2023)   SUNSHINE RANCH CO., INC.   8   Page 4

**Part III** Current Year General Business Credits (GBCs) (see instructions). If there is more than one credit amount to report on lines 1a through 1zz, line 3, or lines 4a through 4z, enter the number of items you have for that line in column (c) and complete Part V. *(continued)*

| (a) Current year credits from: | (b) Elective payment or transfer registration number | (c) # items | (d) Pass-through or transfer credit entity EIN | (e) Credits from non-passive activities | (f) Credits from passive activities | (g) Credit transfer election amount (enter amounts transferred out as a negative amount) | (h) Gross elective payment election amount | (i) Net elective payment election amount | (j) Combine columns (e), (f), and (g), less column (i) |
|---|---|---|---|---|---|---|---|---|---|
| **3** Form 8844 | | | | | | | | | |
| **4** Specified credits: | | | | | | | | | |
| **a** Form 3468, Part VI | | | | | | | | | |
| **b** Form 5884 | | | | | | | | | |
| **c** Form 6478 | | | | | | | | | |
| **d** Form 8586 | | | | | | | | | |
| **e** Form 8835, Part II | | | | | | | | | |
| **f** Form 8846 | | | | | | | | | |
| **g** Form 8900 | | | | | | | | | |
| **h** Form 8941 | | | | | | | | | |
| **i** Form 6765 ESB credit | | | | | | | | | |
| **j** Form 8994 | | | | | | | | | |
| **k** Form 3468, Part VII | | | | | | | | | |
| **l** Reserved (4l) | | | | | | | | | |
| **m** Reserved (4m) | | | | | | | | | |
| **z** Other specified credits | | | | | | | | | |
| **5** Add lines 4a through 4z | | | | | | | | | |
| **6** Add lines 2, 3, and 5 | | | | | | | | | |

Form 3800 (2023)

DAA

SR-SUBP_000930

Form 3800 (2023)    SUNSHINE RANCH CO., INC.                    ████████8    Page **5**

**Part IV**    Carryovers of General Business Credits (GBCs) or Eligible Small Business Credits (ESBCs)
(see instructions)

| (a)<br>Credits carried over to tax year 2023 | (b)<br>Check if non-passive | (c)<br>Year | (d)<br>Pass-through entity EIN | (e)<br>Credit carrybacks to current year | (f)<br>Carryforwards (excluding ESBCs) | (g)<br>Eligible small business credit (ESBC) carryforwards |
|---|---|---|---|---|---|---|
| **1a** Form 3468, Part II (coal, gasification) | | | | | | |
| **b** Form 7207 (manufacturing production) | | | | | | |
| **c** Form 6765 (research) | X | 08/31/19 | | | 16,000 | |
| **d** Form 3468, Part III (advanced energy) | | | | | | |
| **e** Form 8826 (disabled access) | | | | | | |
| **f** Form 8835, Part II (renewable electricity) | | | | | | |
| **g** Form 7210 (clean hydrogen) | | | | | | |
| **h** Form 8820 (orphan drug) | | | | | | |
| **i** Form 8874 (new markets) | | | | | | |
| **j** Form 8881, Part I (pension plan startup) | | | | | | |
| **k** Form 8882 (employer-provided childcare) | | | | | | |
| **l** Form 8864 (biodiesel and renewable diesel) | | | | | | |
| **m** Form 8896 (low sulfur diesel fuel) | | | | | | |
| **n** Form 8906 (distilled spirits) | | | | | | |
| **o** Form 3468, Part IV (advanced manufacturing) | | | | | | |
| **p** Form 8908 (energy-efficient home) | | | | | | |
| **q** Reserved | | | | | | |
| **r** Form 8910 (alternative motor vehicle) | | | | | | |
| **s** Form 8911, Part II (alternative fuel refueling) | | | | | | |
| **t** Form 8830 (enhanced oil recovery) | | | | | | |
| **u** Form 7213, Part II (zero-emission nuclear production) | | | | | | |
| **v** Form 3468, Part V (reserved) | | | | | | |
| **w** Form 8932 (differential wage) | | | | | | |
| **x** Form 8933 (carbon oxide sequestration) | | | | | | |
| **y** Form 8936, Part II (clean vehicle) | | | | | | |
| **z** Reserved | | | | | | |
| **aa** Form 8936, Part V (commercial clean vehicle) | | | | | | |
| **bb** Form 8904 (oil and gas production) | | | | | | |
| **cc** Form 7213, Part I (advanced nuclear production) | | | | | | |
| **dd** Form 8881, Part II (pension auto enrollment) | | | | | | |
| **ee** Form 8881, Part III (military spouse) | | | | | | |
| **ff** Form 8864 (sustainable aviation fuel mixture) | | | | | | |
| **gg** Reserved | | | | | | |
| **hh** Reserved | | | | | | |
| **ii** Reserved | | | | | | |
| **jj** Reserved | | | | | | |
| **zz** Other | | | | | | |
| **2** Credits for which only carryforwards are allowed: | | | | | | |
| **a** Form 5884-A (employee retention) | X | 08/31/21 | | | 285 | |
| **b** Form 8586 (low-income housing) (pre-2008) | | | | | | |
| **c** Form 8845 (Indian employment) | | | | | | |
| **d** Form 8907 (nonconventional source fuel) | | | | | | |
| **e** Form 8909 (energy efficient appliance) | | | | | | |
| **f** Form 8923 (mine rescue team training) | | | | | | |
| **g** Form 8834 (qualified plug-in electric vehicle) | | | | | | |
| **h** Form 8931 (agricultural chemicals security) | | | | | | |
| **i** Form 1065-B (GBCs from electing partnership) | | | | | | |
| **j** Form 5884 (work opportunity) (pre-2007) | | | | | | |
| **k** Form 6478 (alcohol fuel) (pre-2005) | | | | | | |
| **l** Form 8846 (employer taxes) (pre-2007) | | | | | | |

Form **3800** (2023)

DAA

Form 3800 (2023)     SUNSHINE RANCH CO., INC.       ▮8      Page **6**

**Part IV**    **Carryovers of General Business Credits (GBCs) or Eligible Small Business Credits (ESBCs)**
(see instructions) *(continued)*

| (a) Credits carried over to tax year 2023 | (b) Check if non-passive | (c) Year | (d) Pass-through entity EIN | (e) Credit carrybacks to current year | (f) Carryforwards (excluding ESBCs) | (g) Eligible small business credit (ESBC) carryforwards |
|---|---|---|---|---|---|---|
| **m** Form 8900 (railroad track maintenance) (pre-2008) | | | | | | |
| **n** Trans-Alaska pipeline liability fund credit | | | | | | |
| **o** Form 5884-A, Section A (employers affected by Hurricane Katrina, Rita, or Wilma) | | | | | | |
| **p** Form 5884-A, Section B (Hurricane Katrina housing) | | | | | | |
| **q** Form 5884-A, Section A (affected Midwestern disaster area employers) | | | | | | |
| **r** Form 5884-A, Section B (employer housing) | | | | | | |
| **s** Form 5884-B (new hire retention) | | | | | | |
| **t** Form 8847 (contributions to community development corporations) | | | | | | |
| **u** Form 8861 (welfare to work) | | | | | | |
| **v** Form 8884 (New York Liberty Zone business employee) | | | | | | |
| **w** Form 8942 (therapeutic drug) | | | | | | |
| **yy** Other credits (see instructions) | | | | | | |
| **zz** Add lines 1a through 1zz and 2a through 2yy | | | | | 16,285 | |
| **3** Form 8844 (empowerment zone) | | | | | | |
| **4** Specified credits: | | | | | | |
| **a** Form 3468, Part VI (energy) | | | | | | |
| **b** Form 5884 (work opportunity) | | | | | | |
| **c** Form 6478 (biofuel producer) | X | 08/31/23 | | | 10,239 | |
| **d** Form 8586 (low-income housing) (post-2007) | | | | | | |
| **e** Form 8835 (renewable electricity) | | | | | | |
| **f** Form 8846 (employer taxes) | | | | | | |
| **g** Form 8900 (railroad track maintenance) | | | | | | |
| **h** Form 8941 (employer health insurance) | | | | | | |
| **i** Form 6765 ESB credit (research) | | | | | | |
| **j** Form 8994 (paid family and medical leave) | | | | | | |
| **k** Form 3468, Part VII (rehabilitation) (post-2007) | | | | | | |
| **l** Reserved (4l) | | | | | | |
| **m** Reserved (4m) | | | | | | |
| **z** Other specified credits | | | | | | |
| **5** Add lines 4a through 4z | | | | | 10,239 | |
| **6** Add lines 2zz, 3, and 5 | | | | | 26,524 | |

Form **3800** (2023)

DAA

Form 3800 (2023)

SUNSHINE RANCH CO., INC.

Page **7**

**Part V** Breakdown of Aggregate Amounts on Part III for Facility-by-Facility, Multiple Pass-Through Entities, etc. (see instructions)

| (a) Line number from Part III | (b) Elective payment or transfer registration number | (c) Pass-through or transfer credit entity EIN | (d) Current year credits from non-passive activities | (e) Current year credits from passive activity before passive activity credit limitation | (f) Credit transfer election amount | (g) Gross elective payment election amount | (h) Net elective payment election amount | (i) Carryover of passive activity credit allowable in current year |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12 | | | | | | | | |
| 13 | | | | | | | | |
| 14 | | | | | | | | |
| 15 | | | | | | | | |
| 16 | | | | | | | | |
| 17 | | | | | | | | |
| 18 | | | | | | | | |
| 19 | | | | | | | | |
| 20 | | | | | | | | |
| 21 | | | | | | | | |
| 22 | | | | | | | | |
| 23 | | | | | | | | |
| 24 | | | | | | | | |
| 25 | | | | | | | | |
| 26 | | | | | | | | |
| 27 | | | | | | | | |
| 28 | | | | | | | | |
| 29 | | | | | | | | |
| 30 | | | | | | | | |
| 31 | | | | | | | | |
| 32 | | | | | | | | |
| 33 | | | | | | | | |
| 34 | | | | | | | | |
| 35 | | | | | | | | |
| 36 | | | | | | | | |
| 37 | | | | | | | | |
| 38 | | | | | | | | |

DAA

Form **3800** (2023)

SR-SUBP_000933

Form 3800 (2023) SUNSHINE RANCH CO., INC.                                            ▮▮▮▮8        Page **8**

| Part VI | | Breakdown of Aggregate Amounts in Part IV (see instructions) | | | | | |
|---|---|---|---|---|---|---|---|
| | **(a)** Line number from Part IV | **(b)** Check if non-passive | **(c)** Year | **(d)** Pass-through entity EIN | **(e)** Credit carrybacks to current year | **(f)** Carryforwards (excluding ESBCs) | **(g)** Eligible small business credit (ESBC) carryforwards |
| 1 | 1c | X | 08/31/19 | | | 213 | |
| 2 | 1c | X | 08/31/20 | | | 6,090 | |
| 3 | 1c | X | 08/31/21 | | | 519 | |
| 4 | 1c | X | 08/31/22 | | | 4,023 | |
| 5 | 1c | X | 08/31/23 | | | 5,155 | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| 26 | | | | | | | |
| 27 | | | | | | | |
| 28 | | | | | | | |
| 29 | | | | | | | |
| 30 | | | | | | | |
| 31 | | | | | | | |
| 32 | | | | | | | |
| 33 | | | | | | | |
| 34 | | | | | | | |
| 35 | | | | | | | |
| 36 | | | | | | | |
| 37 | | | | | | | |
| 38 | | | | | | | |
| 39 | | | | | | | |
| 40 | | | | | | | |
| 41 | | | | | | | |
| 42 | | | | | | | |
| 43 | | | | | | | |
| 44 | | | | | | | |
| 45 | | | | | | | |
| 46 | | | | | | | |
| 47 | | | | | | | |
| 48 | | | | | | | |
| 49 | | | | | | | |
| 50 | | | | | | | |

Form **3800** (2023)

DAA

**SCHEDULE G
(Form 1120)**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

## Information on Certain Persons Owning the Corporation's Voting Stock

▶ Attach to Form 1120.

▶ See instructions on page 2.

OMB No. 1545-0123

Name

SUNSHINE RANCH CO., INC.

Employer identification number (EIN)

☐☐☐☐ 8

**Part I** **Certain Entities Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4a). Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Percentage Owned in Voting Stock |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II** **Certain Individuals and Estates Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4b). Complete columns (i) through (iv) below for any individual or estate that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| SUMNER A. HALL | ▮▮▮ 6 | USA | 47.500 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**For Paperwork Reduction Act Notice,
see the Instructions for Form 1120.**

Schedule G (Form 1120) (Rev. 12-2011)

DAA

SR-SUBP 000935

Form **1125-E**

(Rev. October 2016)

Department of the Treasury
Internal Revenue Service

**Compensation of Officers**

▶ Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.

▶ Information about Form 1125-E and its separate instructions is at *www.irs.gov/form1125e*.

OMB No. 1545-0123

Name:

SUNSHINE RANCH CO., INC.

Employer identification number

███████████ 8

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| (a) Name of officer | (b) Social security number (see instructions) | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| 1  DOUGLAS HALL | ██████ 0 | 40.000 % | % | % | 43,500 |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |

| | | | |
|---|---|---|---|
| **2** | Total compensation of officers ............................................... | **2** | 43,500 |
| **3** | Compensation of officers claimed on Form 1125-A or elsewhere on return ............................................... | **3** | |
| **4** | Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return | **4** | 43,500 |

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **1125-E** (Rev. 10-2016)

DAA

| Form **4562** | **Depreciation and Amortization** | OMB No. 1545-0172 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | (Including Information on Listed Property)<br>Attach to your tax return.<br>Go to *www.irs.gov/Form4562* for instructions and the latest information. | **2023**<br>Attachment<br>Sequence No. **179** |

Name(s) shown on return: SUNSHINE RANCH CO., INC.

Identifying number: ▮▮▮▮8

Business or activity to which this form relates: Regular Depreciation

## Part I — Election To Expense Certain Property Under Section 179

**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | **1** | 1,160,000 |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** | 21,250 |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | **3** | 2,890,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | 0 |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | 1,160,000 |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | PIVOT MONITORS | 6,250 | 6,250 |
| | 680 FARM AID 2395 FEED WAGON | 15,000 | 15,000 |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 ............ **7** | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | **8** | 21,250 |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | **9** | 21,250 |
| 10 | Carryover of disallowed deduction from line 13 of your 2022 Form 4562 | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | **11** | 0 |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | **12** | 0 |
| 13 | Carryover of disallowed deduction to 2024. Add lines 9 and 10, less line 12 ... **13** | 21,250 | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

## Part II — Special Depreciation Allowance and Other Depreciation (Don't include listed property. See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions | **14** | |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | |

## Part III — MACRS Depreciation (Don't include listed property. See instructions.)

### Section A

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2023 | **17** | 118,427 |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ... ☐ | | |

### Section B—Assets Placed in Service During 2023 Tax Year Using the General Depreciation System

| | (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only—see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|---|
| 19a | 3-year property | | | | | | |
| b | 5-year property | | | | | | |
| c | 7-year property | | | | | | |
| d | 10-year property | | | | | | |
| e | 15-year property | | | | | | |
| f | 20-year property | | | | | | |
| g | 25-year property | | | 25 yrs. | | S/L | |
| h | Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | | 27.5 yrs. | MM | S/L | |
| i | Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | | MM | S/L | |

### Section C—Assets Placed in Service During 2023 Tax Year Using the Alternative Depreciation System

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 20a | Class life | | | | | S/L | |
| b | 12-year | | | 12 yrs. | | S/L | |
| c | 30-year | | | 30 yrs. | MM | S/L | |
| d | 40-year | | | 40 yrs. | MM | S/L | |

## Part IV — Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** | |
| 22 | Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions | **22** | 118,427 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | |

For Paperwork Reduction Act Notice, see separate instructions.

DAA

There are no amounts for Page 2

Form **4562** (2023)

SR-SUBP_000937

SUNSHINE RANCH CO., INC.                    ███████8

Form 4562 (2023)                                                           Page **2**

## Part V   Listed Property (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

### Section A—Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)

| 24a  Do you have evidence to support the business/investment use claimed? | [X] Yes | No | 24b  If "Yes," is the evidence written? | [X] Yes | No |
| --- | --- | --- | --- | --- | --- |

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 25  Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions ......... **25** | | | | | | | | |
| 26  Property used more than 50% in a qualified business use: | | | | | | | | |
| 2001 CHEVY IMPALA | 11/08/00 | 100.00 % | 37,290 | 37,290 | 5.0 | 150DBHY | | |
| | | % | | | | | | |
| 27  Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L- | | |
| | | % | | | | S/L- | | |
| 28  Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 ........................ | | | | | | **28** | | |
| 29  Add amounts in column (i), line 26. Enter here and on line 7, page 1 ................................................ | | | | | | | **29** | |

### Section B—Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 30  Total business/investment miles driven during the year (**don't** include commuting miles) | | | | | | | | | | | | |
| 31  Total commuting miles driven during the year | | | | | | | | | | | | |
| 32  Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| 33  Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| 34  Was the vehicle available for personal use during off-duty hours? | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35  Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 36  Is another vehicle available for personal use? | | | | | | | | | | | | |

### Section C—Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who aren't more than 5% owners or related persons. See instructions.

| | | Yes | No |
| --- | --- | --- | --- |
| 37 | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | X |
| 38 | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | X |
| 39 | Do you treat all use of vehicles by employees as personal use? | | X |
| 40 | Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | X |
| 41 | Do you meet the requirements concerning qualified automobile demonstration use? See instructions | | X |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

## Part VI   Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
| --- | --- | --- | --- | --- | --- |
| 42  Amortization of costs that begins during your 2023 tax year (see instructions): | | | | | |
| | | | | | |
| 43  Amortization of costs that began before your 2023 tax year ....................... **43** | | | | | |
| 44  **Total.** Add amounts in column (f). See the instructions for where to report ... **44** | | | | | |

DAA

Form **4562** (2023)

SR-SUBP_000938

Form **1120**

## Net Operating Loss Carryover Worksheet

For calendar year 2023 or tax year beginning   09/01/23   , ending   08/31/24

**2023**

Name

SUNSHINE RANCH CO., INC.

Employer Identification Number

██████8

| Preceding Taxable Year | Adj. To NOL Inc/(Loss) After Adj. | Prior Year | | Current Year | Next Year |
|---|---|---|---|---|---|
| | | NOL Utilized (Income Offset) | Carryovers | Income Offset By NOL Carryback/ Carryover NOL Utilized | Carryover |
| 20th 08/31/04 | 643,485 | −593,036 | | | |
| 19th 08/31/05 | 53,486 | | | | |
| 18th 08/31/06 | 121,130 | | | | |
| 17th 08/31/07 | 47,990 | | | | |
| 16th 08/31/08 | 49,977 | | | | |
| 15th 08/31/09 | 48,437 | | | | |
| 14th 08/31/10 | 77,105 | | | | |
| 13th 08/31/11 | 337,299 | | | | |
| 12th 08/31/12 | 72,516 | | | | |
| 11th 08/31/13 | 78,441 | | | | |
| 10th 08/31/14 | 202,399 | | | | |
| 9th 08/31/15 | 806,236 | | | | |
| 8th 08/31/16 | 81,909 | | | | |
| 7th 08/31/17 | 67,951 | | | | |
| 6th 08/31/18 | −54,792 | 54,792 | | | |
| 5th 08/31/19 | 78,995 | −54,792 | | | |
| 4th 08/31/20 | −188,210 | | 188,210 | | 188,210 |
| 3rd 08/31/21 | −527,588 | | 527,588 | | 527,588 |
| 2nd 08/31/22 | −1,117,662 | | 1,117,662 | | 1,117,662 |
| 1st 08/31/23 | −218,963 | | 218,963 | | 218,963 |
| NOL Carryover Available To Current Year | | | 2,052,423 | | |
| Current Year | 0 −1,195,081 | | | | 1,195,081 |
| NOL Carryover Available To Next Year | | | | | 3,247,504 |

Current year net operating losses available to be utilized:

Aggregate amount of NOL arising in taxable years beginning before 1/1/18 (Pre TCJA NOL)

Aggregate amount of NOL arising in taxable years beginning after 12/31/17 (Post TCJA NOL)   2,052,423

| Form **3800** | **General Business Credit Carryover / Carryback Detail Wrk** | **2023** |
|---|---|---|
| | For calendar year 2023 or tax year beginning  09/01/23 , ending  08/31/24 | |

Name: SUNSHINE RANCH CO., INC.

Employer Identification Number: ▮▮▮▮8

## General Business Credit Carryover for Form 6765

Credit for Increasing Research Activities

| | Preceding Tax Year | Credit Amount Generated | Credit Amount Utilized | | Credit Carried Back to Prior Year | Credit Carryover to Next Year |
|---|---|---|---|---|---|---|
| | | | Prior Year | Current Year | | |
| 20th | 08/31/04 | | | | | |
| 19th | 08/31/05 | | | | | |
| 18th | 08/31/06 | | | | | |
| Stmt 9 · 17th | 08/31/07 | 147 | 147 | | | |
| 16th | 08/31/08 | | | | | |
| 15th | 08/31/09 | | | | | |
| 14th | 08/31/10 | | | | | |
| 13th | 08/31/11 | | | | | |
| 12th | 08/31/12 | | | | | |
| 11th | 08/31/13 | | | | | |
| 10th | 08/31/14 | | | | | |
| 9th | 08/31/15 | | | | | |
| 8th | 08/31/16 | | | | | |
| 7th | 08/31/17 | | | | | |
| Stmt 10 · 6th | 08/31/18 | 1,622 | 1,622 | | | |
| Stmt 11 · 5th | 08/31/19 | 3,674 | 3,461 | | | 213 |
| 4th | 08/31/20 | 6,090 | | | | 6,090 |
| 3rd | 08/31/21 | 519 | | | | 519 |
| 2nd | 08/31/22 | 4,023 | | | | 4,023 |
| 1st | 08/31/23 | 5,155 | | | | 5,155 |
| | Current Year | 0 | | 0 | | 0 |
| | Total | 21,230 | 5,230 | 0 | 0 | |
| General Business Credit Carryover Available To Next Year | | | | | | 16,000 |

## Credit Carryback for Form 3800 General Business Credit

| Preceding Tax Year | Current Year | | Next Year |
|---|---|---|---|
| | Tax Available to be Offset | Tax Offset by Credit Carryback | Tax Available to be Offset |
| 5th | | | |
| 4th | | | |
| 3rd | | | |
| 2nd | | | |
| 1st | | | |
| Current Year | 0 | | 0 |

SR-SUBP_000940

| Form **3800** | **General Business Credit Carryover / Carryback Detail Wrk** | **2023** |
|---|---|---|
| | For calendar year 2023 or tax year beginning  09/01/23  , ending  08/31/24 | |

Name
SUNSHINE RANCH CO., INC.

Employer Identification Number
████████8

## General Business Credit Carryover for Form 5884D

Employee Retention Credit

| Preceding Tax Year | Credit Amount Generated | Credit Amount Utilized | | Credit Carried Back to Prior Year | Credit Carryover to Next Year |
|---|---|---|---|---|---|
| | | Prior Year | Current Year | | |
| 20th 08/31/04 | | | | | |
| 19th 08/31/05 | | | | | |
| 18th 08/31/06 | | | | | |
| 17th 08/31/07 | | | | | |
| 16th 08/31/08 | | | | | |
| 15th 08/31/09 | | | | | |
| 14th 08/31/10 | | | | | |
| 13th 08/31/11 | | | | | |
| 12th 08/31/12 | | | | | |
| 11th 08/31/13 | | | | | |
| 10th 08/31/14 | | | | | |
| 9th 08/31/15 | | | | | |
| 8th 08/31/16 | | | | | |
| 7th 08/31/17 | | | | | |
| 6th 08/31/18 | | | | | |
| 5th 08/31/19 | | | | | |
| 4th 08/31/20 | | | | | |
| 3rd 08/31/21 | 285 | | | | 285 |
| 2nd 08/31/22 | | | | | |
| 1st 08/31/23 | | | | | |
| Current Year | 0 | | 0 | | 0 |
| Total | 285 | | 0 | | |
| General Business Credit Carryover Available To Next Year | | | | | 285 |

## Credit Carryback for Form 3800 General Business Credit

| Preceding Tax Year | Current Year | | Next Year |
|---|---|---|---|
| | Tax Available to be Offset | Tax Offset by Credit Carryback | Tax Available to be Offset |
| 5th | | | |
| 4th | | | |
| 3rd | | | |
| 2nd | | | |
| 1st | | | |
| Current Year | 0 | | 0 |

| Form **3800** | General Business Credit Carryover / Carryback Detail Wrk | **2023** |
|---|---|---|
| | For calendar year 2023 or tax year beginning   09/01/23   , ending   08/31/24 | |

| Name | Employer Identification Number |
|---|---|
| SUNSHINE RANCH CO., INC. | ████ 8 |

## General Business Credit Carryover for Form 6478B

Biofuel Producer Credit - Post 12/31/04

| | Preceding Tax Year | Credit Amount Generated | Credit Amount Utilized | | Credit Carried Back to Prior Year | Credit Carryover to Next Year |
|---|---|---|---|---|---|---|
| | | | Prior Year | Current Year | | |
| 20th | 08/31/04 | | | | | |
| 19th | 08/31/05 | | | | | |
| 18th | 08/31/06 | 7,834 | 7,834 | | | |
| 17th | 08/31/07 | | | | | |
| 16th | 08/31/08 | | | | | |
| 15th | 08/31/09 | | | | | |
| 14th | 08/31/10 | | | | | |
| 13th | 08/31/11 | | | | | |
| 12th | 08/31/12 | | | | | |
| 11th | 08/31/13 | | | | | |
| 10th | 08/31/14 | | | | | |
| 9th | 08/31/15 | | | | | |
| 8th | 08/31/16 | | | | | |
| 7th | 08/31/17 | | | | | |
| 6th | 08/31/18 | | | | | |
| 5th | 08/31/19 | | | | | |
| 4th | 08/31/20 | | | | | |
| 3rd | 08/31/21 | | | | | |
| 2nd | 08/31/22 | | | | | |
| 1st | 08/31/23 | 10,239 | | | | 10,239 |
| | Current Year | 0 | | 0 | | 0 |
| | Total | 18,073 | 7,834 | 0 | | |
| | General Business Credit Carryover Available To Next Year | | | | | 10,239 |

(Stmt 12)

## Credit Carryback for Form 6478

| | Current Year | | Next Year |
|---|---|---|---|
| Preceding Tax Year | Tax Available to be Offset | Tax Offset by Credit Carryback | Tax Available to be Offset |
| 5th | | | |
| 4th | | | |
| 3rd | | | |
| 2nd | | | |
| 1st | | | |
| Current Year | 0 | | 0 |