9:48 AM
04/03/25
Cash Basis

# SUNSHINE RANCH CO
## Balance Sheet
### As of August 31, 2024

|  | Aug 31, 24 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 101 · Brunswick State Bank 395... | 65,175.47 |
| 220 · FCS-Note Payable | -1,256,887.96 |
| **Total Checking/Savings** | -1,191,712.49 |
| **Other Current Assets** | |
| **Shareholder Loans** | |
| 135 · Douglas A. Hall-Term Note | 345,602.64 |
| **Total Shareholder Loans** | 345,602.64 |
| 140 · ACP LLC | -4,499,504.84 |
| **Total Other Current Assets** | -4,153,902.20 |
| **Total Current Assets** | -5,345,614.69 |
| **Fixed Assets** | |
| 150 · Land | 1,624,505.29 |
| 151 · Buildings & Improvements | 1,475,357.58 |
| 152 · Equipment | 7,221,832.66 |
| 154 · Vehicles-Purchased | 903,439.97 |
| 162 · Accumulated Depreciation | -9,350,241.19 |
| 163 · Accumulated Depletion | -4,032.87 |
| **Total Fixed Assets** | 1,870,861.44 |
| **Other Assets** | |
| 136 · N/R-Morgan & Catelyn Hall | 153,913.87 |
| 138 · And Co. | 100,335.00 |
| 142 · Bowdish Fund II, LLC | 250,721.00 |
| 143 · Husker Ag, LLC | 283,476.00 |
| 148 · CVA Deferred Patronage | 2,024.03 |
| 149 · CHS Deferred Patronage | 399.95 |
| 155 · Loan - ACP, LLC | 3,173,000.00 |
| **Total Other Assets** | 3,963,869.85 |
| **TOTAL ASSETS** | **489,116.60** |



EXHIBIT
28

Page 1

9:48 AM
04/03/25
Cash Basis

**SUNSHINE RANCH CO**
**Balance Sheet**
As of August 31, 2024

|  | Aug 31, 24 |
|---|---|
| **LIABILITIES & EQUITY** | |
| Liabilities | |
| Long Term Liabilities | |
| 225 · N/P FCS #201 | 68,400.00 |
| **Total Long Term Liabilities** | 68,400.00 |
| **Total Liabilities** | 68,400.00 |
| Equity | |
| 295 · Capital Stock | 212,500.00 |
| 296 · Pain In Capital | -161,934.83 |
| 298 · Retained Earnings | 1,590,107.72 |
| Net Income | -1,219,956.29 |
| **Total Equity** | 420,716.60 |
| **TOTAL LIABILITIES & EQUITY** | 489,116.60 |

SR-SUBP 001045

9:48 AM
04/03/25
Cash Basis

**SUNSHINE RANCH CO**
**Balance Sheet**
As of August 31, 2023

|  | Aug 31, 23 |
| --- | --- |
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 101 · Brunswick State Bank  395... | 552,729.89 |
| 103 · Brunswick State Bank  495... | 3,605.70 |
| 106 · Brunswick State Bank CD | 101,993.39 |
| 220 · FCS-Note Payable | -129,920.39 |
| **Total Checking/Savings** | 528,408.59 |
| **Other Current Assets** | |
| **Shareholder Loans** | |
| 135 · Douglas A. Hall-Term Note | 342,231.19 |
| **Total Shareholder Loans** | 342,231.19 |
| 140 · ACP LLC | -2,850,247.84 |
| **Total Other Current Assets** | -2,508,016.65 |
| **Total Current Assets** | -1,979,608.06 |
| **Fixed Assets** | |
| 150 · Land | 1,624,505.29 |
| 151 · Buildings & Improvements | 1,434,837.58 |
| 152 · Equipment | 7,200,582.66 |
| 154 · Vehicles-Purchased | 903,439.97 |
| 162 · Accumulated Depreciation | -9,210,564.28 |
| 163 · Accumulated  Depletion | -4,032.87 |
| **Total Fixed Assets** | 1,948,768.35 |
| **Other Assets** | |
| 136 · N/R-Morgan & Catelyn Hall | 162,882.64 |
| 138 · And Co. | 100,176.00 |
| 142 · Bowdish Fund II, LLC | 250,000.00 |
| 143 · Husker Ag, LLC | 283,476.00 |
| 148 · CVA Deferred Patronage | 2,024.03 |
| 149 · CHS Deferred Patronage | 399.95 |
| 155 · Loan - ACP, LLC | 971,000.00 |
| **Total Other Assets** | 1,769,958.62 |
| **TOTAL ASSETS** | 1,739,118.91 |

SR–SUBP_001046

9:48 AM
04/03/25
Cash Basis

**SUNSHINE RANCH CO**
**Balance Sheet**
**As of August 31, 2023**

|  | Aug 31, 23 |
|---|---:|
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| 2100 · Payroll Liabilities | 12,946.02 |
| **Total Other Current Liabilities** | 12,946.02 |
| **Total Current Liabilities** | 12,946.02 |
| **Long Term Liabilities** | |
| 225 · N/P FCS #201 | 85,500.00 |
| **Total Long Term Liabilities** | 85,500.00 |
| **Total Liabilities** | 98,446.02 |
| **Equity** | |
| 295 · Capital Stock | 212,500.00 |
| 296 · Pain In Capital | -161,934.83 |
| 298 · Retained Earnings | 1,793,002.78 |
| Net Income | -202,895.06 |
| **Total Equity** | 1,640,672.89 |
| **TOTAL LIABILITIES & EQUITY** | 1,739,118.91 |

SR–SUBP_001047

9:48 AM
04/03/25
Cash Basis

**SUNSHINE RANCH CO**
**Balance Sheet**
As of August 31, 2022

|  | Aug 31, 22 |
| --- | --- |
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 101 · Brunswick State Bank  395... | 214,715.40 |
| 103 · Brunswick State Bank  495... | 35,915.70 |
| 105 · Brunswick Invest Acct. 600... | 19,806.34 |
| 220 · FCS-Note Payable | 57,433.55 |
| **Total Checking/Savings** | 327,870.99 |
| **Other Current Assets** | |
| AR-Jennifer Thompson | 5,000.00 |
| N/R-Bernie Mining, LLC | 76,500.00 |
| **Shareholder Loans** | |
| 135 · Douglas A. Hall-Term Note | 258,317.82 |
| **Total Shareholder Loans** | 258,317.82 |
| 140 · ACP LLC | -1,365,457.84 |
| 147 · Receivable-Brother | 10,530.71 |
| **Total Other Current Assets** | -1,015,109.31 |
| **Total Current Assets** | -687,238.32 |
| **Fixed Assets** | |
| 150 · Land | 1,640,505.29 |
| 151 · Buildings & Improvements | 1,434,837.58 |
| 152 · Equipment | 7,156,012.66 |
| 154 · Vehicles-Purchased | 864,439.97 |
| 162 · Accumulated Depreciation | -9,061,482.56 |
| 163 · Accumulated  Depletion | -4,032.87 |
| **Total Fixed Assets** | 2,030,280.07 |
| **Other Assets** | |
| 136 · N/R-Morgan & Catelyn Hall | 153,561.22 |
| 138 · And Co. | 100,000.00 |
| 142 · Bowdish Fund II, LLC | 250,000.00 |
| 143 · Husker Ag, LLC | 113,786.00 |
| 148 · CVA Deferred Patronage | 2,024.03 |
| 149 · CHS Deferred Patronage | 399.95 |
| **Total Other Assets** | 619,771.20 |
| **TOTAL ASSETS** | **1,962,812.95** |

SR-SUBP_001048

9:48 AM
04/03/25
Cash Basis

**SUNSHINE RANCH CO**
**Balance Sheet**
As of August 31, 2022

|  | Aug 31, 22 |
|---|---|
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| N/P-BankFirst(SBA Loan) | 16,645.00 |
| **Total Other Current Liabilities** | 16,645.00 |
| **Total Current Liabilities** | 16,645.00 |
| **Long Term Liabilities** | |
| 225 · N/P FCS #201 | 102,600.00 |
| **Total Long Term Liabilities** | 102,600.00 |
| **Total Liabilities** | 119,245.00 |
| **Equity** | |
| 295 · Capital Stock | 212,500.00 |
| 296 · Pain In Capital | -161,934.83 |
| 298 · Retained Earnings | 2,099,853.15 |
| 32000 · *Retained Earnings | 663,621.21 |
| Net Income | -970,471.58 |
| **Total Equity** | 1,843,567.95 |
| **TOTAL LIABILITIES & EQUITY** | 1,962,812.95 |

SR-SUBP_001049

9:41 AM
04/03/25
Cash Basis

**SUNSHINE RANCH CO**
**Profit & Loss**
**September 2021 through August 2024**

| Account | Sep '21 - Aug 22 | Sep '22 - Aug 23 | Sep '23 - Aug 24 | TOTAL |
|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | |
| **Income** | | | | |
| 340 · Crop Insurance Proceeds | 187,155.00 | 27,485.00 | 34,625.63 | 249,265.63 |
| 345 · Cattle-Sales | 0.00 | 34,900.00 | 0.00 | 34,900.00 |
| 349 · Grain-Sales | 1,098,503.97 | 1,367,778.60 | 1,537,842.24 | 4,004,124.81 |
| 365 · Machine Hire Income | 0.00 | 44,700.00 | 0.00 | 44,700.00 |
| 375 · Ag Program Payments | 1,565.98 | 0.00 | 73.10 | 1,639.08 |
| 385 · Insurance Proceeds | 0.00 | 0.00 | 145,157.45 | 145,157.45 |
| 389 · Rent Income | 143,883.80 | 1,133,348.70 | 117,152.00 | 1,394,384.50 |
| 390 · Rebates & Refunds | 0.00 | 0.00 | 2,500.00 | 2,500.00 |
| 393 · Patronage Dividend Income | 12,038.98 | 9,003.81 | 2,121.19 | 23,163.98 |
| 395 · Interest Income | 479.87 | 88,817.97 | 8,432.09 | 97,729.93 |
| 397 · Miscellaneous Income | 400.00 | 0.00 | 0.00 | 400.00 |
| 398 · Hay-Sales | 0.00 | 5,676.80 | 0.00 | 5,676.80 |
| 399 · Nebraska Tax Refund | 0.00 | 0.00 | 39,855.00 | 39,855.00 |
| 405 · Reimbursed Expenses | 0.00 | 17,500.00 | 0.00 | 17,500.00 |
| **Total Income** | 1,444,027.60 | 2,729,210.88 | 1,887,758.70 | 6,060,997.18 |
| **Cost of Goods Sold** | | | | |
| 415 · Cattle-Cost Of Sale | 0.00 | 34,900.00 | 0.00 | 34,900.00 |
| **Total COGS** | 0.00 | 34,900.00 | 0.00 | 34,900.00 |
| **Gross Profit** | 1,444,027.60 | 2,694,310.88 | 1,887,758.70 | 6,026,097.18 |
| **Expense** | | | | |
| 456 · Ag Program Payback | 0.00 | 0.00 | 46.00 | 46.00 |
| 501 · Donations | 0.00 | 100.00 | 0.00 | 100.00 |
| 515 · Contract Labor | 23,787.88 | 32,766.25 | 191,656.37 | 248,210.50 |
| 518 · DeMinimis Equipment | 0.00 | 1,558.00 | 3,525.00 | 5,083.00 |
| 520 · Depreciation | 96,151.67 | 149,081.72 | 139,676.91 | 384,910.30 |
| 523 · Postage & Shipping | 0.00 | 63.00 | 0.00 | 63.00 |
| 525 · Dues, Fees & Subscriptions | 2,053.22 | 2,900.00 | 0.00 | 4,963.22 |
| 530 · Feed | 32.29 | 0.00 | 2,000.00 | 2,032.29 |
| 535 · Fertilizer & Chemicals | 497,046.62 | 41,934.97 | 0.00 | 538,981.59 |
| 545 · Gas, Fuel & Oil | 31,504.59 | 88,822.09 | 55,173.62 | 175,500.30 |
| 549 · Insurance-Crops | 118,868.00 | 139,821.00 | 53,855.00 | 312,544.00 |
| 550 · Insurance Expense | 92,222.00 | 29,620.00 | 22,909.02 | 144,781.02 |
| 555 · Interest Expense | 24,322.06 | 5,873.17 | 20,280.83 | 50,476.06 |
| 560 · Labor Expense-Gross Wages | 0.00 | 44,276.64 | 23,443.32 | 67,719.96 |
| 561 · Wages-Officer Compensation | 0.00 | 70,600.00 | 43,500.00 | 114,100.00 |
| 564 · Legal Expenses | 0.00 | 8,000.00 | 0.00 | 8,000.00 |
| 565 · License & Permits | 50.00 | 3,608.10 | 7,092.40 | 10,750.50 |
| 566 · Meals | 100.00 | 8,000.00 | 7,000.00 | 15,100.00 |
| 567 · Miscellaneous Expense | 5,222.15 | 0.00 | 0.00 | 5,222.15 |
| 573 · Professional Fees-Accounting | 0.00 | 16,988.11 | 0.00 | 16,988.11 |
| 575 · Rent Expense | 1,095.00 | 0.00 | 0.00 | 1,095.00 |

SR-SUBP_001050

9:41 AM
04/03/25
Cash Basis

**SUNSHINE RANCH CO**
**Profit & Loss**
September 2021 through August 2024

| | Sep '21 - Aug 22 | Sep '22 - Aug 23 | Sep '23 - Aug 24 | TOTAL |
|---|---|---|---|---|
| 580 · Repairs & Maintenance | 153,825.35 | 144,106.13 | 188,913.82 | 486,845.30 |
| 585 · Seed | 91,898.83 | 722,657.66 | 364,194.19 | 1,178,745.68 |
| 595 · Supplies | 7,644.91 | 2,262.98 | 1,925.39 | 11,833.28 |
| 600 · Taxes | | | | |
| 601 · Taxes-Real Estate Taxes | | | | |
| Antelope County | 175,253.88 | 169,558.20 | 182,022.22 | 526,834.30 |
| Pierce County | 15,965.56 | 16,718.96 | 16,020.16 | 48,704.68 |
| Total 601 · Taxes-Real Estate Ta... | 191,219.44 | 186,277.16 | 198,042.38 | 575,538.98 |
| 602 · Taxes-Payroll | 0.00 | 3,387.57 | 1,792.99 | 5,180.56 |
| 609 · Occupation | 0.00 | 0.00 | 400.00 | 400.00 |
| 600 · Taxes - Other | 9,029.82 | 0.00 | 0.00 | 9,029.82 |
| Total 600 · Taxes | 200,249.26 | 189,664.73 | 200,235.37 | 590,149.36 |
| 605 · Utilities & Telephone | 68,738.46 | 32,228.45 | 25,233.25 | 126,200.16 |
| 606 · Utilities-Irrigation | 81,721.57 | 106,034.23 | 102,558.81 | 290,314.61 |
| 610 · Vet | 0.00 | 170.60 | 0.00 | 170.60 |
| 612 · Well Repairs | 3,816.33 | 62,666.06 | 6,118.69 | 72,601.08 |
| 620 · Bad Debt Expense | 0.00 | 15,530.71 | 0.00 | 15,530.71 |
| Total Expense | 1,500,348.19 | 1,919,334.60 | 1,459,337.99 | 4,879,020.78 |
| Net Ordinary Income | -56,320.59 | 774,976.28 | 428,420.71 | 1,147,076.40 |
| Other Income/Expense | | | | |
| Other Income | | | | |
| ACP K-1 Activities | | | | |
| ACP Interest Income | 35.00 | 3,168.00 | 0.00 | 3,203.00 |
| Income/Loss | -2,138,583.00 | -1,487,719.00 | -1,649,132.00 | -5,275,834.00 |
| Non-Deductible(M-1) | 0.00 | -239.00 | -125.00 | -364.00 |
| SBA Debt Forgiveness | 72,409.00 | 0.00 | 0.00 | 72,409.00 |
| Total ACP K-1 Activities | -2,066,539.00 | -1,484,790.00 | -1,649,257.00 | -5,200,586.00 |
| And Co. K-1 | | | | |
| Interest Inc. | 0.00 | 194.00 | 380.00 | 574.00 |
| Ordinary Income (Loss) | 0.00 | -22.00 | -221.00 | -243.00 |
| R/E Income (Loss) | 0.00 | 4.00 | 0.00 | 4.00 |
| Total And Co. K-1 | 0.00 | 176.00 | 159.00 | 335.00 |
| Bowdish Fund II, LLC K-1 | | | | |
| Interest Income | 0.00 | 0.00 | 949.00 | 949.00 |
| Ordinary Income (Loss) | 0.00 | 0.00 | -228.00 | -228.00 |
| Total Bowdish Fund II, LLC K-1 | 0.00 | 0.00 | 721.00 | 721.00 |
| Federal Income Tax Refund | 72,921.00 | 0.00 | 0.00 | 72,921.00 |
| Gain On Sale of Asset | 974,352.21 | 320,407.66 | 0.00 | 1,294,759.87 |

SR-SUBP_001051

9:41 AM
04/03/25
Cash Basis

**SUNSHINE RANCH CO**
**Profit & Loss**
**September 2021 through August 2024**

| | Sep '21 - Aug 22 | Sep '22 - Aug 23 | Sep '23 - Aug 24 | TOTAL |
|---|---|---|---|---|
| Husker Ag, LLC K-1 Activities | | | | |
| Husker Ag Contributions | -7.00 | -182.00 | 0.00 | -189.00 |
| Husker Ag Debt Forgiveness | 1,926.00 | 0.00 | 0.00 | 1,926.00 |
| Husker Ag Non Deductible Exp | -56.00 | -51.00 | 0.00 | -107.00 |
| Husker Ag Ordinary Income(Loss) | 87,142.00 | 169,172.00 | 0.00 | 256,314.00 |
| Husker Ag Other Deductions | 0.00 | -37.00 | 0.00 | -37.00 |
| Husker Ag Other Income | 479.00 | 248.00 | 0.00 | 727.00 |
| Husker Ag, LLC Interest Income | 127.00 | 531.00 | 0.00 | 658.00 |
| Husker, Ag Sec 1231 Gain(Loss) | 0.00 | 9.00 | 0.00 | 9.00 |
| Total Husker Ag, LLC K-1 Activities | 89,611.00 | 169,690.00 | 0.00 | 259,301.00 |
| PPP Loan Forgiveness | 0.00 | 16,645.00 | 0.00 | 16,645.00 |
| State Income Tax Refund | 15,503.80 | 0.00 | 0.00 | 15,503.80 |
| Total Other Income | -914,150.99 | -977,871.34 | -1,848,377.00 | -3,540,399.33 |
| Net Other Income | -914,150.99 | -977,871.34 | -1,648,377.00 | -3,540,399.33 |
| Net Income | -970,471.58 | -202,895.06 | -1,219,956.29 | -2,393,322.83 |

SR-SUBP_001052

Antelope, Nebraska

FSA - 578 (09-13-16)

# REPORT OF COMMODITIES
# FARM SUMMARY

PROGRAM YEAR: 2024

DATE: 06/05/2024
PAGE:10

Original: KAR
Revision: EJH

**Farm Number: 7920**

Operator Name and Address

SUNSHINE RANCH CO
65882 526TH AVE
NELIGH, NE   68756-5035

NOTE: The following statement is made in accordance with the Privacy Act of 1974 (5 USC 552a – as amended). The authority for requesting the information identified on this form is 7 CFR Part 718, the Farm Security and Rural Investment Act of 2002 (Pub.L. 107-171), and the Agricultural Act of 2014 (Pub. L. 113-79). The information will be used to collect producer certification of the report of acreage of crops/commodities and land use data which is needed in order to determine producer eligibility to participate in and receive benefits under FSA programs. The information collected on the form may be disclosed to other Federal, State, Local government agencies, Tribal agencies, and nongovernmental entities that have been authorized access to the information by statute or regulation and/or as described in applicable Routine Uses identified in the System of Records Notice for USDA/FSA-2, Farm Records File (Automated) and USDA/FSA-14, Applicant/Borrower. Providing the requested information is voluntary. However, failure to furnish the requested information may result in a denial of the producer's request to participate in and receive benefits under FSA programs. According to the Paperwork Reduction Act of 1995, an agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0560-0175. The time required to complete this information collection is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. The provisions of criminal and civil fraud, privacy, and other statutes may be applicable to the information provided. RETURN THIS COMPLETED FORM TO YOUR COUNTY FSA OFFICE.

| Planting Period | Crop/ Commodity | Variety/ Type | Share | Crop/ Commodity | Variety/ Type | Share | Crop/ Commodity | Variety/ Type | Share | Crop/ Commodity | Variety/ Type | Share |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SUNSHINE RANCH CO | ALFAL | NAG | 100.00 | GRASS | NAG | 12.21 | SOYBN | COM | 100.00 | CORN | YEL | 89.98 |
| | TREES | | 100.00 | | | | | | | | | |
| L LUAN HALL | GRASS | NAG | 12.12 | | | | | | | | | |
| TRAVIS WEINRICH | GRASS | NAG | 2.40 | | | | | | | | | |
| LUCAS M WINKELBAUER | GRASS | NAG | 30.58 | CORN | YEL | 5.01 | | | | | | |
| TODD L WEINRICH | GRASS | NAG | 12.12 | | | | | | | | | |
| DAWN M WINKELBAUER | GRASS | NAG | 30.57 | CORN | YEL | 5.01 | | | | | | |

| Planting Period | Crop/ Commodity | Variety/ Type | Intended Use | Irrigation Practice | Share | Determined Quantity | Reporting Unit | Crop/ Commodity | Variety/ Type | Intended Use | Irrigation Practice | Reporting Unit | Reported Quantity | Determined Quantity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | GRASS | NAG | GZ | N | 100.00 | 1,781.60 | A | CORN | YEL | GR | N | A | 495.39 | |
| 01 | SOYBN | COM | GR | I | 12.12 | 2.40 | A | GRASS | NAG | GZ | N | A | 132.59 | |
| 01 | GRASS | NAG | FG | I | 30.58 | 1,537.49 | A | TREES | | | | A | 1.41 | |
| 01 | ALFAL | | FG | N | 12.12 | 5.94 | A | SOYBN | COM | GR | N | A | 64.23 | |
| 01 | CORN | YEL | GR | N | 30.57 | 141.83 | A | GRASS | NAG | LS | N | A | 0.75 | |
| | | | | | | 148.62 | A | | | | | | | |

CERTIFICATION: I certify to the best of my knowledge and belief that the acreage of crops/commodities and land uses listed herein are true and correct and that all required crops/commodities and land uses have been reported for the farm as applicable. Absent any different or contrary prior subsequent certification filed by any producer for any crop for which NAP coverage has been purchased, I certify that the applicable crop, type, practice, and intended use is not planted if it is not included on the 'Report of Commodities for this crop year. The signing of this form gives FSA representatives authorization to enter and inspect crops/commodities and land uses on the above identified land. A signature date (the date the producer signs the FSA-578) will also be captured.

Producer's Signature (By)

Title/Relationship of Individual Signing in the Representative Capacity _____   Date _____

In accordance with Federal civil rights law and U.S. Department of Agriculture (USDA) civil rights regulations and policies, the USDA, its Agencies, offices, and employees, and institutions participating in or administering USDA programs are prohibited from discriminating based on race, color, national origin, religion, sex, gender identity (including gender expression), sexual orientation, disability, age, marital status, family/parental status, income derived from a public assistance program, political beliefs, or reprisal or retaliation for prior civil rights activity, in any program or activity conducted or funded by USDA (not all bases apply to all programs). Remedies and complaint filing deadlines vary by program or incident. Persons with disabilities who require alternative means of communication for program information (e.g., Braille, large print, audiotape, American Sign Language, etc.) should contact the responsible Agency or USDA's TARGET Center at (202) 720-2600 (voice and TTY) or contact USDA through the Federal Relay Service at (800) 877-8339. Additionally, program information may be made available in languages other than English. To file a program discrimination complaint, complete the USDA Program Discrimination Complaint Form, AD-3027, found online at http://www.ascr.usda.gov/complaint_filing_cust.html and at any USDA office or write a letter addressed to USDA and provide in the letter all of the information requested in the form. To request a copy of the complaint form, call (866) 632-9992. Submit your completed form or letter to USDA by (1) mail: U.S. Department of Agriculture Office of the Assistant Secretary for Civil Rights 1400 Independence Avenue, SW Washington, D.C. 20250-9410; (2) fax: (202) 690-7442; or (3) email: program.intake@usda.gov. USDA is an equal opportunity provider, employer, and lender.

EXHIBIT 29   4/14/25

Cropland: 2,760.47
Farmland: 4,645.97

Swish/ran
Rusty Lib
+ 320

SR-SUBP_000001

Antelope, Nebraska

FSA - 578 (09-13-16)

# REPORT OF COMMODITIES
# FARM AND TRACT DETAIL LISTING

**Farm Number: 7920**

PROGRAM YEAR: 2024

DATE: 06/05/2024
PAGE: 1

Operator Name and Address
SUNSHINE RANCH CO
85882 526TH AVE
NELIGH, NE   68756-5035

Original: KAR
Revision: EJH
Cropland: 2,760.47
Farmland: 4,645.97

| Tract Number | CLU/ Field | Crop/ Commodity | Var/ Type | Int Use | Act Use | Irr. Pr. | Org Stat | Nat. Sod | C/C Stat | Rpt Unit | Rpt Qty | Det Qty | Crop-Land | Field ID | Official/ Measured | Planting Date | Planting Period | End Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2362 | 1 | GRASS | NAG | GZ | | N | C | N | I | A | 77.35 | | No | | N | | 01 | 2050 |

Producer TRAVIS WEINRICH
        TODD L WEINRICH
Share 50.00
      50.00

FSA Physical Location Antelope, Nebraska
                         Antelope, Nebraska

NAP Unit 3460   Signature Date

| PP CrtCo | Var/Type | Int Use | Irr Pr | Rpt Unit | Rpt Qty |
|---|---|---|---|---|---|
| 01 GRASS | NAG | GZ | N | A | 77.35 |

Photo Number/Legal Description: n2ne4 13-26-5

**Tract 2362 Summary**
Reported on Cropland: 0.00    Cropland: 0.00    Reported on Non-Cropland: 77.35    Difference: 0.00

| 2363 | 1 | GRASS | NAG | GZ | | N | C | N | I | A | 10.30 | | Yes | | N | | 01 | 2050 |

Producer TRAVIS WEINRICH
        TODD L WEINRICH
Share 50.00
      50.00

FSA Physical Location Pierce, Nebraska
                         Pierce, Nebraska

NAP Unit 3460   Signature Date

| 3 | GRASS | NAG | GZ | | N | C | N | I | A | 144.63 | | No | | N | | 01 | 2050 |

Producer TRAVIS WEINRICH
        TODD L WEINRICH
Share 50.00
      50.00

FSA Physical Location Pierce, Nebraska
                         Pierce, Nebraska

NAP Unit 3460   Signature Date

| PP CrtCo | Var/Type | Int Use | Irr Pr | Rpt Unit | Rpt Qty |
|---|---|---|---|---|---|
| 01 GRASS | NAG | GZ | N | A | 154.93 |

Photo Number/Legal Description: nw4 19-26-4 PIERCE

**Tract 2363 Summary**
Reported on Cropland: 10.30    Cropland: 10.30    Reported on Non-Cropland: 144.63    Difference: 0.00

| 2364 | 1 | GRASS | NAG | GZ | | N | C | N | I | A | 78.17 | | No | | N | | 01 | 2050 |

Producer TRAVIS WEINRICH
        TODD L WEINRICH
Share 50.00
      50.00

FSA Physical Location Pierce, Nebraska
                         Pierce, Nebraska

NAP Unit 3460   Signature Date

SR-SUBP_000002

SR-SUBP_000003

# REPORT OF COMMODITIES
# FARM AND TRACT DETAIL LISTING

PROGRAM YEAR: 2024
DATE: 06/05/2024
PAGE: 2

Antelope, Nebraska
FSA - 578 (09-13-16)
Farm Number: 7920

Tract 2364 Summary

| Tract Number | CLU/Field | Crop/Commodity | Var/Type | Int Use | Irr Pr | Rpt Unit | Rpt Qty |
|---|---|---|---|---|---|---|---|
| | PF CrCo | 01 GRASS | NAG | GZ | N | A | 78.17 |

Photo Number/Legal Description: e2ne4 19-26-4 PIERCE
Cropland: 0.00   Reported on Cropland: 0.00   Reported on Non-Cropland: 78.17   Difference: 0.00

| Tract Number | CLU/Field | Crop/Commodity | Var/Type | Int Use | Act Use / Share | Irr Pr | Org Stat | Nat Sod | C/C Stat | Rpt Unit | Rpt Qty | FSA Physical Location | Det Qty / Crop Land | Official/Measured | Planting Date | Planting Period | End Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2366 | 1 | GRASS | NAG | GZ | Share 100.00 | N | C | N | I | A | 5.23 | Antelope, Nebraska | Yes | N | | 01 | 2050 |
| | | Producer L LUAN HALL | | | | | | | | | | | | | | |
| | 2 | GRASS | NAG | GZ | Share 100.00 | N | C | N | I | A | 2.72 | Antelope, Nebraska | Yes | NAP Unit 3422 / N | Signature Date | 01 | 2050 |
| | | Producer L LUAN HALL | | | | | | | | | | | | | | |
| | 3 | ALFAL | | FG | Share 100.00 | N | C | N | I | A | 24.04 | Antelope, Nebraska | Yes | NAP Unit 3422 / N | 05/05/2020 | 01 | 2030 |
| | | Producer SUNSHINE RANCH CO | | | | | | | | | | | | | | |
| | 4 | GRASS | NAG | GZ | Share 100.00 | N | C | N | I | A | 25.94 | Antelope, Nebraska | Yes | NAP Unit 44 / N | Signature Date | 01 | 2050 |
| | | Producer L LUAN HALL | | | | | | | | | | | | | | |
| | 5 | ALFAL | | FG | Share 100.00 | N | C | N | I | A | 35.79 | Antelope, Nebraska | Yes | NAP Unit 3422 / N | 05/05/2020 | 01 | 2030 |
| | | Producer SUNSHINE RANCH CO | | | | | | | | | | | | | | |
| | 6A | SOYBN | COM | GR | Share 100.00 | I | C | N | I | A | 253.46 | Antelope, Nebraska | Yes | NAP Unit 44 / N | 05/27/2024 | 01 | |
| | | Producer SUNSHINE RANCH CO | | | | | | | | | | | | | | |
| | 6B | SOYBN | COM | GR | Share 100.00 | N | C | N | I | A | 4.30 | Antelope, Nebraska | Yes | NAP Unit 44 / N | 05/27/2024 | 01 | |
| | | Producer SUNSHINE RANCH CO | | | | | | | | | | | | | | |
| | 6C | SOYBN | COM | GR | Share 100.00 | N | C | N | I | A | 2.88 | Antelope, Nebraska | Yes | NAP Unit 44 / N | 05/27/2024 | 01 | |
| | | Producer SUNSHINE RANCH CO | | | | | | | | | | | | | | |
| | 6D | SOYBN | COM | GR | Share 100.00 | N | C | N | I | A | 6.20 | Antelope, Nebraska | Yes | NAP Unit 44 / N | 05/27/2024 | 01 | |
| | | Producer SUNSHINE RANCH CO | | | | | | | | | | | | | | |
| | 6E | GRASS | NAG | GZ | Share 100.00 | N | C | N | I | A | 1.80 | Antelope, Nebraska | Yes | NAP Unit 44 / N | Signature Date | 01 | 2030 |
| | | Producer SUNSHINE RANCH CO | | | | | | | | | | | | | | |

Antelope, Nebraska

FSA - 578 (09-13-16)

# REPORT OF COMMODITIES
## FARM AND TRACT DETAIL LISTING

Farm Number: 7920

PROGRAM YEAR: 2024

DATE: 06/05/2024
PAGE: 3

| Tract Number | CLU/ Field | Crop/ Commodity | Var/ Type | Int Use | Act Use | Irr. Pr. | Org Stat | Nat. Sod | C/C Stat | Rpt Unit | Rpt Qty | Det Qty | Crop Land | Field ID | Official/ Measured | Planting Date | Planting Period | End Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2366 | 6F | SOYBN | COM | GR | | | C | N | I | A | 11.50 | | Yes | | N | 05/27/2024 | 01 | |
| | Producer L SUNSHINE RANCH CO | | | | Share 100.00 | N | C | N | I | | | | | | | NAP Unit 44 | Signature Date | |
| | 6G | SOYBN | COM | GR | | | C | N | I | A | 5.50 | | Yes | | N | 05/27/2024 | 01 | |
| | Producer L SUNSHINE RANCH CO | | | | Share 100.00 | N | C | N | I | | | | | | | NAP Unit 44 | Signature Date | |
| | 6H | GRASS | NAG | GZ | | | C | N | I | A | 3.00 | | Yes | | N | | 01 | 2030 |
| | Producer L LUAN HALL | | | | Share 100.00 | N | C | N | I | | | | | | | NAP Unit 3422 | Signature Date | |
| | 7 | GRASS | NAG | GZ | | | C | N | I | A | 5.92 | | Yes | | N | | 01 | 2030 |
| | Producer L LUAN HALL | | | | Share 100.00 | N | C | N | I | | | | | | | NAP Unit 3422 | Signature Date | |
| | 8 | GRASS | NAG | GZ | | | C | N | I | A | 2.17 | | Yes | | N | | 01 | 2050 |
| | Producer L LUAN HALL | | | | Share 100.00 | N | C | N | I | | | | | | | NAP Unit 3422 | Signature Date | |
| | 9 | GRASS | NAG | GZ | | | C | N | I | A | 1.16 | | Yes | | N | | 01 | 2050 |
| | Producer L LUAN HALL | | | | Share 100.00 | N | C | N | I | | | | | | | NAP Unit 3422 | Signature Date | |

Tract 2366 Summary

| PP Crt/Cu | Var/Type | Int Use | Irr Pr | Rpt Unit | Rpt Qty | Det Qty | | | | | | | | | Var/Type | Int Use | Irr Pr | Rpt Unit | Rpt Qty |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 SOYBN | COM | GR | N | A | 253.46 | 30.38 | | | | | 01 ALFAL | | | | COM | FG | N | A | 59.83 |
| 01 GRASS | NAG | GZ | N | A | 47.94 | | | | | | | | | | | | | | |

Photo Number/Legal Description: ne4 34-27-6/n2 35-27-6    Reported on Non-Cropland: 0.00
Cropland: 391.61    Reported on Cropland: 391.61    Difference: 0.00

| 2367 | 1A | ALFAL | | FG | | | N | C | N | I | A | 59.84 | | Yes | | N | 05/05/2020 | 01 | 2030 |
| | Producer SUNSHINE RANCH CO | | | | Share 100.00 | N | C | N | I | | | | | | | NAP Unit 44 | Signature Date | |
| | 1B | CORN | YEL | GR | | | N | C | N | I | A | 28.49 | | Yes | | N | 05/14/2024 | 01 | |
| | Producer SUNSHINE RANCH CO | | | | Share 100.00 | N | C | N | I | | | | | | | NAP Unit 44 | Signature Date | |
| | 2 | ALFAL | | FG | | | N | C | N | I | A | 22.16 | | Yes | | N | 05/05/2020 | 01 | 2030 |
| | Producer SUNSHINE RANCH CO | | | | Share 100.00 | N | C | N | I | | | | | | | NAP Unit 44 | Signature Date | |

FSA Physical Location Antelope, Nebraska

SR-SUBP_000004

SR-SUBP_000005

# REPORT OF COMMODITIES
## FARM AND TRACT DETAIL LISTING

Antelope, Nebraska

FSA - 578 (09-13-16)

Farm Number: 7920

PROGRAM YEAR: 2024
DATE: 06/05/2024
PAGE: 4

| Tract Number | CLU/Field | Crop/Commodity | Var/Type | Int Use | Act Use | Irr Pr | Org Stat | Nat Sod | C/C Stat | Rpt Unit | Rpt Qty | Det Qty | Crop Land | Field ID | Official/Measured | Planting Date | Planting Period | End Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2367 | 3 | GRASS | NAG | GZ | | Share 50.00 50.00 | N | C | N | I | A | 0.81 | | Yes | | N | | Signature Date | 2050 |
| | | | | | | | | | | | | | | | | | 01 | |
| | 4 | GRASS | NAG | GZ | | Share 50.00 50.00 | N | C | N | I | A | 5.22 | | Yes | | NAP Unit 3426 N | | Signature Date | 2050 |
| | | | | | | | | | | | | | | | | | 01 | |
| | 5 | GRASS | NAG | FG | | Share 100.00 | N | C | N | I | A | 5.94 | | Yes | | NAP Unit 3426 N | | Signature Date | 2030 |
| | | | | | | | | | | | | | | | | | 01 | |
| | 6 | CORN | YEL | GR | | Share 100.00 | N | C | N | I | A | 10.33 | | Yes | | NAP Unit 44 N | 05/14/2024 | Signature Date 01 | |
| | 7 | GRASS | NAG | GZ | | Share 50.00 50.00 | N | C | N | I | A | 23.93 | | Yes | | NAP Unit 44 N | | Signature Date | 2050 |
| | | | | | | | | | | | | | | | | | 01 | |
| | 8 | GRASS | NAG | GZ | | Share 50.00 50.00 | N | C | N | I | A | 312.27 | | No | | NAP Unit 3426 N | | Signature Date | 2050 |
| | | | | | | | | | | | | | | | | | 01 | |

Producer LUCAS M WINKELBAUER / DAWN M WINKELBAUER — FSA Physical Location Antelope, Nebraska — Antelope, Nebraska

Producer LUCAS M WINKELBAUER / DAWN M WINKELBAUER — FSA Physical Location Antelope, Nebraska — Antelope, Nebraska

Producer SUNSHINE RANCH CO — FSA Physical Location Antelope, Nebraska

Producer SUNSHINE RANCH CO — FSA Physical Location Antelope, Nebraska

Producer LUCAS M WINKELBAUER / DAWN M WINKELBAUER — FSA Physical Location Antelope, Nebraska — Antelope, Nebraska

Producer LUCAS M WINKELBAUER / DAWN M WINKELBAUER — FSA Physical Location Antelope, Nebraska — Antelope, Nebraska

**Tract 2367 Summary**

| PP CrCo | VarType | Int Use | Irr Pr | Rpt Unit | Rpt Qty |
|---|---|---|---|---|---|
| 01 GRASS | NAG | FG | N | A | 5.94 |
| 01 GRASS | NAG | GZ | N | A | 342.23 |

Photo Number/Legal Description: s2 5; ne4 8 all in 26-5
Cropland: 156.72   Reported on Cropland: 156.72   Difference: 0.00

| 2395 | 3 | GRASS | NAG | GZ | | Share 50.00 50.00 | N | C | N | I | A | 155.34 | | No | | NAP Unit 3460 N | | Signature Date 01 | 2050 |

Producer TRAVIS WEINRICH / TODD L WEINRICH — FSA Physical Location Antelope, Nebraska — Antelope, Nebraska

| PP CrCo | VarType | Int Use | Irr Pr | Rpt Unit | Rpt Qty |
|---|---|---|---|---|---|
| 01 CORN | YEL | GR | N | A | 38.82 |

Reported on Non-Cropland: 312.27

Antelope, Nebraska

# REPORT OF COMMODITIES
# FARM AND TRACT DETAIL LISTING

FSA - 578 (09-13-16)

PROGRAM YEAR: 2024

DATE: 06/05/2024
PAGE: 5

**Farm Number: 7920**

## Tract 2385 Summary

| PP | CrtCo | Var/Type | Int Use | Irr Pr | Rpt Unit | Act Use Rpt Qty | Int Use |
|---|---|---|---|---|---|---|---|
| 01 | GRASS | NAG | GZ | N | A | 155.34 | GR |

Photo Number/Legal Description: se4 13-26-5

Cropland: 0.00    Reported on Cropland: 0.00    Difference: 0.00    Reported on Non-Cropland: 155.34

| Tract | CLU Field | Producer | Var/Type | Int Use | Irr Pr | Share | Org Stat | Nat. Sod | C/C Stat | Int Use | Irr Pr | Rpt Unit | Rpt Qty | Det Qty | Crop Land | Field ID | Official/ Measured | Planting Date | Planting Period | End Date Rpt Qty |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4781 | 1A | SOYBN | COM | GR | I | C | N | I | A | 34.80 | | Yes | | | N | | 05/16/2024 | 01 | |
| | | Producer SUNSHINE RANCH CO | | | | | | FSA Physical Location Antelope, Nebraska | | | | | | | NAP Unit 44 | | Signature Date | | |
| | 1B | SOYBN | COM | N | C | N | I | A | 5.00 | | Yes | | | N | | 05/16/2024 | 01 | | |
| | | Producer SUNSHINE RANCH CO | | | | | | FSA Physical Location Antelope, Nebraska | | | | | | | NAP Unit 44 | | Signature Date | | |
| | 2A | SOYBN | COM | I | C | N | I | A | 118.47 | | Yes | | | N | | 05/16/2024 | 01 | | |
| | | Producer SUNSHINE RANCH CO | | | | | | FSA Physical Location Antelope, Nebraska | | | | | | | NAP Unit 44 | | Signature Date | | |
| | 2B | SOYBN | COM | N | C | N | I | A | 5.00 | | Yes | | | N | | 05/16/2024 | 01 | | |
| | | Producer SUNSHINE RANCH CO | | | | | | FSA Physical Location Antelope, Nebraska | | | | | | | NAP Unit 44 | | Signature Date | | |
| | 2C | SOYBN | COM | N | C | N | I | A | 5.00 | | Yes | | | N | | 05/16/2024 | 01 | | |
| | | Producer SUNSHINE RANCH CO | | | | | | FSA Physical Location Antelope, Nebraska | | | | | | | NAP Unit 44 | | Signature Date | | |
| | 2D | SOYBN | COM | N | C | N | I | A | 3.50 | | Yes | | | N | | 05/16/2024 | 01 | | |
| | | Producer SUNSHINE RANCH CO | | | | | | FSA Physical Location Antelope, Nebraska | | | | | | | NAP Unit 44 | | Signature Date | | |
| | 3 | GRASS | NAG | GZ | N | C | N | I | A | 15.55 | Yes | | | N | | | 01 | | 2050 |
| | | Producer SUNSHINE RANCH CO | | | | | | FSA Physical Location Antelope, Nebraska | | | | | | | NAP Unit 44 | | Signature Date | | |
| | 4 | GRASS | NAG | GZ | N | C | N | I | A | 121.36 | No | | | N | | | 01 | | 2050 |
| | | Producer SUNSHINE RANCH CO | | | | | | FSA Physical Location Antelope, Nebraska | | | | | | | NAP Unit 44 | | Signature Date | | |

## Tract 4781 Summary

| PP | CrtCo | Var/Type | Int Use | Irr Pr | Rpt Unit | Rpt Qty | PP | CrtCo | Var/Type | Int Use | Irr Pr | Rpt Unit | Rpt Qty |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | SOYBN | COM | GR | N | A | 153.27 | 01 | GRASS | NAG | GZ | N | A | 18.50 | 136.91 |

Photo Number/Legal Description: s2 2-26-5

Cropland: 187.32    Reported on Cropland: 187.32    Difference: 0.00    Reported on Non-Cropland: 121.36

SR-SUBP_000006

SR-SUBP_000007

Antelope, Nebraska

FSA - 578 (09-13-16)

# REPORT OF COMMODITIES
# FARM AND TRACT DETAIL LISTING

PROGRAM YEAR: 2024

DATE: 06/05/2024
PAGE: 6

## Farm Number: 7920

| Tract Number | CLU/ Field | Crop/ Commodity | Var/ Type | Int Use | Irr Pr | Rpt Unit | Act Use | Irr Pr | Org Stat | Nat Sod | C/C Stat | Rpt Unit | Rpt Qty | Det Qty | Crop Land | Field ID | Official/ Measured | Planting Date | Planting Period | End Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4782 | 1 | GRASS | NAG | GZ | N | A | Share 50.00 50.00 | N | C | N | I | A | 61.72 | Yes | | | N | Signature Date | 01 | 2050 |
| | | | | | | | | | | | | | | | | NAP Unit 3426 | | | |
| | | Producer LUCAS M WINKELBAUER DAWN M WINKELBAUER  FSA Physical Location Antelope, Nebraska | | | | | | | | | | | | | | | | | | |
| | 2 | GRASS | NAG | GZ | N | A | Share 50.00 50.00 | N | C | N | I | A | 43.12 | Yes | | | N | Signature Date | 01 | 2050 |
| | | | | | | | | | | | | | | | | NAP Unit 3426 | | | |
| | | Producer LUCAS M WINKELBAUER DAWN M WINKELBAUER  FSA Physical Location Antelope, Nebraska | | | | | | | | | | | | | | | | | | |
| | 3 | GRASS | NAG | GZ | N | A | Share 50.00 50.00 | N | C | N | I | A | 303.76 | No | | | N | Signature Date | 01 | 2050 |
| | | | | | | | | | | | | | | | | NAP Unit 3426 | | | |
| | | Producer LUCAS M WINKELBAUER DAWN M WINKELBAUER  FSA Physical Location Antelope, Nebraska | | | | | | | | | | | | | | | | | | |
| | 4 | GRASS | NAG | GZ | N | A | Share 50.00 50.00 | N | C | N | I | A | 52.08 | No | | | N | Signature Date | 01 | 2030 |
| | | | | | | | | | | | | | | | | NAP Unit 3426 | | | |
| | | Producer LUCAS M WINKELBAUER DAWN M WINKELBAUER  FSA Physical Location Antelope, Nebraska | | | | | | | | | | | | | | | | | | |

### Tract 4782 Summary

| PP CrCo | Var/Type | Int Use | Irr Pr | Rpt Unit | Rpt Qty |
|---|---|---|---|---|---|
| 01 GRASS | NAG | GZ | N | A | 460.68 |

Photo Number/Legal Description: s2; e2nw4; n2ne4 11 all in 26-5
Cropland: 104.84

Reported on Cropland: 104.84   Difference: 0.00   Reported on Non-Cropland: 355.84

| 4859 | 1 | SOYBN | COM | GR | I | A | Share 100.00 | C | N | I | A | 223.50 | Yes | | 01 | | N | 05/17/2024 | Signature Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Producer SUNSHINE RANCH CO  FSA Physical Location Antelope, Nebraska | | | | | | | | | | | | | | NAP Unit 44 | | | |
| | 14A | SOYBN | COM | GR | I | A | Share 100.00 | C | N | I | A | 69.25 | Yes | | 01 | | N | 05/17/2024 | Signature Date |
| | | Producer SUNSHINE RANCH CO  FSA Physical Location Antelope, Nebraska | | | | | | | | | | | | | | NAP Unit 44 | | | |
| | 14B | SOYBN | COM | GR | I | A | Share 100.00 | C | N | I | A | 80.87 | Yes | | 01 | | N | 05/17/2024 | Signature Date |
| | | Producer SUNSHINE RANCH CO  FSA Physical Location Antelope, Nebraska | | | | | | | | | | | | | | NAP Unit 44 | | | |

### Tract 4859 Summary

| PP CrCo | Int Use | Irr Pr | Rpt Unit | | | | PP CrCo | Var/Type | Int Use | Irr Pr | Rpt Unit | Rpt Qty |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 SOYBN | COM | GR | A | | | | | COM | | | | 373.62 |

Photo Number/Legal Description: ALL 2-25-5 (-NW4NW4 & -S25E4)
Cropland: 376.39

Reported on Cropland: 373.62   Difference: -2.77   Reported on Non-Cropland: 0.00

Antelope, Nebraska

FSA – 578 (09-13-16)

# REPORT OF COMMODITIES
# FARM AND TRACT DETAIL LISTING

**Farm Number: 7920**

PROGRAM YEAR: 2024

DATE: 06/05/2024
PAGE: 7

| Tract Number | CLU Field | Crop/Commodity | Var/Type | Int Use | Act Use | Irr. Pr. | Org. Stat | Nat. Sod | C/C Stat | Irr Pr | Rpt Unit | Rpt Qty | Rpt Unit | Det Qty | Crop Land | Field ID | Official/Measured | Int Use | Irr Pr | Rpt Unit | Planting Date | Planting Period | End Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4956 | 2 | TREES | | | | N | C | N | I | I | A | 1.41 | | | No | | | | | 10/21/2003 | 01 | 2075 |

Producer SUNSHINE RANCH CO    Share 100.00    FSA Physical Location Antelope, Nebraska    NAP Unit 44    Signature Date

| | 8A | CORN | YEL | GR | | I | C | N | I | I | A | 198.05 | | | Yes | | N | | | 05/23/2024 | 01 | |

Producer SUNSHINE RANCH CO    Share 100.00    FSA Physical Location Antelope, Nebraska    NAP Unit 44    Signature Date

| | 8B | CORN | YEL | GR | | N | C | N | I | I | A | 103.60 | | | Yes | | N | | | 05/23/2024 | 01 | |

Producer SUNSHINE RANCH CO    Share 100.00    FSA Physical Location Antelope, Nebraska    NAP Unit 44    Signature Date

| | 8C | CORN | YEL | GR | | N | C | N | I | I | A | 4.20 | | | Yes | | N | | | 05/23/2024 | 01 | |

Producer SUNSHINE RANCH CO    Share 100.00    FSA Physical Location Antelope, Nebraska    NAP Unit 44    Signature Date

**Tract 4956 Summary**

| PP Cr/Co | Var/Type | Int Use | Irr Pr | Rpt Unit | Rpt Qty | | | PP Cr/Co | Var/Type | Int Use | Irr Pr | Rpt Unit | Rpt Qty |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 TREES | | N | | A | 1.41 | | | 01 CORN | YEL | GR | N | A | 107.80 |

Photo Number/Legal Description: W2 22-27-6    Reported on Cropland: 305.85    Reported on Non-Cropland: 1.41
Cropland: 305.85    Difference: 0.00

| 5331 | 1A | CORN | YEL | GR | | I | C | N | I | I | A | 64.50 | | | Yes | | N | | | 05/28/2024 | 01 | 2050 |

Producer LUCAS M WINKELBAUER    Share 50.00    FSA Physical Location Antelope, Nebraska    NAP Unit 3426    Signature Date
DAWN M WINKELBAUER    50.00    Antelope, Nebraska

| | 1B | GRASS | NAG | GZ | | I | C | N | I | I | A | 65.72 | | | Yes | | N | | | | 01 | |

Producer LUCAS M WINKELBAUER    Share 50.00    FSA Physical Location Antelope, Nebraska    NAP Unit 3426    Signature Date
DAWN M WINKELBAUER    50.00    Antelope, Nebraska

| | 2 | GRASS | NAG | GZ | | N | C | N | I | I | A | 305.78 | | | No | | N | | | | 01 | 2030 |

Producer LUCAS M WINKELBAUER    Share 50.00    FSA Physical Location Antelope, Nebraska    NAP Unit 3426    Signature Date
DAWN M WINKELBAUER    50.00    Antelope, Nebraska

**Tract 5331 Summary**

| PP Cr/Co | Var/Type | Int Use | Irr Pr | Rpt Unit | Rpt Qty | | | PP Cr/Co | Var/Type | Int Use | Irr Pr | Rpt Unit | Rpt Qty |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 GRASS | NAG | GZ | N | A | 65.72 | | | 01 GRASS | NAG | GZ | N | A | 305.78 |

Photo Number/Legal Description: s2; s2nw4; s2s2ne4 24-26-5    Reported on Cropland: 130.22    Reported on Non-Cropland: 305.78
Cropland: 130.22    Difference: 0.00

SR-SUBP_000008

SR–SUBP_000009

Antelope, Nebraska

# REPORT OF COMMODITIES
## FARM AND TRACT DETAIL LISTING

**FSA - 578 (09-13-16)**

PROGRAM YEAR: 2024

DATE: 06/05/2024
PAGE: 8

**Farm Number: 7920**

| Tract Number | CLU/ Field | Crop/ Commodity | Var/ Type | Int Use | Act Use | Irr. Pr. | Org Stat | Nat. Sod | C/C Stat | Rpt Unit | Rpt Qty | Det Qty | Crop Land | Field ID | Official/ Measured | Planting Date | Planting Period | End Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5332 | 8A | SOYBN | COM | GR | | I | C | N | I | A | 138.57 | | Yes | | N | 05/11/2024 | 01 | |
| Producer SUNSHINE RANCH CO | | | | | Share 100.00 | | | | | | | | | | NAP Unit 44 | | Signature Date | |
| | 8B | SOYBN | COM | GR | | N | C | N | I | A | 2.75 | | Yes | | N | 05/11/2024 | 01 | |
| Producer SUNSHINE RANCH CO | | | | | Share 100.00 | | | | | | FSA Physical Location Antelope, Nebraska | | | | NAP Unit 44 | | Signature Date | |
| | 8C | GRASS | NAG | LS | | N | C | N | I | A | 0.75 | | Yes | | N | | 01 | |
| Producer SUNSHINE RANCH CO | | | | | Share 100.00 | | | | | | FSA Physical Location Antelope, Nebraska | | | | NAP Unit 44 | | Signature Date | |
| | 8D | CORN | YEL | GR | | I | C | N | I | A | 135.08 | | Yes | | N | 05/22/2024 | 01 | 2050 |
| Producer SUNSHINE RANCH CO | | | | | Share 100.00 | | | | | | FSA Physical Location Antelope, Nebraska | | | | NAP Unit 44 | | Signature Date | |
| | 8E | CORN | YEL | GR | | N | C | N | I | A | 2.00 | | Yes | | N | 05/22/2024 | 01 | |
| Producer SUNSHINE RANCH CO | | | | | Share 100.00 | | | | | | FSA Physical Location Antelope, Nebraska | | | | NAP Unit 44 | | Signature Date | |
| | 8F | GRASS | NAG | GZ | | N | C | N | I | A | 5.50 | | Yes | | N | | 01 | |
| Producer SUNSHINE RANCH CO | | | | | Share 100.00 | | | | | | FSA Physical Location Antelope, Nebraska | | | | NAP Unit 44 | | Signature Date | |
| | 9A | SOYBN | COM | GR | | I | C | N | I | A | 133.96 | | Yes | | N | 05/11/2024 | 01 | 2030 |
| Producer SUNSHINE RANCH CO | | | | | Share 100.00 | | | | | | FSA Physical Location Antelope, Nebraska | | | | NAP Unit 44 | | Signature Date | |
| | 9B | SOYBN | COM | GR | | N | C | N | I | A | 3.85 | | Yes | | N | 05/11/2024 | 01 | |
| Producer SUNSHINE RANCH CO | | | | | Share 100.00 | | | | | | FSA Physical Location Antelope, Nebraska | | | | NAP Unit 44 | | Signature Date | |
| | 9C | SOYBN | COM | GR | | N | C | N | I | A | 4.00 | | Yes | | N | 05/11/2024 | 01 | |
| Producer SUNSHINE RANCH CO | | | | | Share 100.00 | | | | | | FSA Physical Location Antelope, Nebraska | | | | NAP Unit 44 | | Signature Date | |
| | 9D | SOYBN | COM | GR | | N | C | N | I | A | 4.15 | | Yes | | N | 05/11/2024 | 01 | |
| Producer SUNSHINE RANCH CO | | | | | Share 100.00 | | | | | | FSA Physical Location Antelope, Nebraska | | | | NAP Unit 44 | | Signature Date | |
| | 9E | SOYBN | COM | GR | | N | C | N | I | A | 0.60 | | Yes | | N | 05/11/2024 | 01 | |
| Producer SUNSHINE RANCH CO | | | | | Share 100.00 | | | | | | FSA Physical Location Antelope, Nebraska | | | | NAP Unit 44 | | Signature Date | |
| | 9F | GRASS | NAG | GZ | | N | C | N | I | A | 5.30 | | Yes | | N | | 01 | 2030 |
| Producer SUNSHINE RANCH CO | | | | | Share 100.00 | | | | | | FSA Physical Location Antelope, Nebraska | | | | NAP Unit 44 | | Signature Date | |

SR-SUBP_000010

Antelope, Nebraska

FSA - 578 (09-13-16)

## REPORT OF COMMODITIES
## FARM AND TRACT DETAIL LISTING

PROGRAM YEAR: 2024
DATE: 06/05/2024
PAGE: 9

Farm Number: 7920

| Tract Number | CLU/ Field | Crop/ Commodity | Var/ Type | Int Use | Irr. Pr. | Rpt Unit | Act Use | Irr. Pr. | Int Use | Org Stat | Nat. Sod | Var/Type | Int Use | Irr Pr | Rpt Unit | Rpt Qty | Rpt Unit | C/C Stat | Det Qty | Crop Land | Field ID | Official/ Measured | Planting Date | Planting Period | End Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### Tract 5332

| 5332 | 12 | CORN | YEL | GR | I | A | | | | | | | | | | | | | | | | | 05/22/2024 | 01 | |

Share 100.00   FSA Physical Location Antelope, Nebraska

Producer SUNSHINE RANCH CO   NAP Unit 44   Signature Date

| PP Crt/Co | Var/Type | Int Use | Irr Pr | Rpt Unit | Rpt Qty | | Org Stat | Nat Sod | Var/Type | Int Use | Irr Pr | Rpt Unit | Rpt Qty | Rpt Unit | | | | Field ID | | | | | | Rpt Qty |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 SOYBN | COM | GR | I | A | 272.53 | | C | N | 01 GRASS | NAG | LS | N | A | | | | | | | | | | | 15.35 |
| 01 CORN | YEL | GR | I | A | 232.84 | | I | N | 01 CORN | YEL | GR | N | A | 97.76 | | I | Yes | | | | | | | 10.80 |

Photo Number/Legal Description: all sec 28-27-6 (-ss4&s4)

Cropland:534.27   Reported on Cropland:534.27   Reported on Non-Cropland:0.00   Difference:0.00

### Tract 5332 Summary

| PP Crt/Co | Var/Type | Int Use | Irr Pr | Rpt Unit | Rpt Qty | | | | | | | | Rpt Qty | | | | Det Qty | Crop Land | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| 6552 | 1A | SOYBN | COM | GR | | I | A | | | C | N | | I | A | 484.61 | | | | 0.75 | Yes | 01 SOYBN | COM | GR | N | A | 05/16/2024 | 01 | 2030 |

Share 100.00   FSA Physical Location Antelope, Nebraska

Producer SUNSHINE RANCH CO   NAP Unit 44   Signature Date

| | 1B | GRASS | NAG | GZ | | N | C | N | | I | A | 11.47 | | 2.00 | Yes | 01 GRASS | NAG | GZ | N | A | | 01 | |

Share 100.00   FSA Physical Location Antelope, Nebraska

Producer SUNSHINE RANCH CO   NAP Unit 44   Signature Date

| | 2 | GRASS | NAG | GZ | | N | C | N | | I | A | 66.87 | | | Yes | 01 GRASS | NAG | GZ | N | A | | 01 | 2050 |

Share 100.00   FSA Physical Location Antelope, Nebraska

Producer SUNSHINE RANCH CO   NAP Unit 44   Signature Date

Photo Number/Legal Description: 25-26-5

Cropland:562.95   Reported on Cropland:562.95   Reported on Non-Cropland:0.00   Difference:0.00

### Tract 6552 Summary

| PP Crt/Co | Var/Type | Int Use | Irr Pr | Rpt Unit | Rpt Qty | | | | | | | | Rpt Qty | | | | | | | | | | | Rpt Qty |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 SOYBN | COM | GR | I | A | 484.61 | | | | | | | | 66.87 | | | | | | | | | | | 11.47 |

Note: All cropland on all active tracts has not been reported.



USDA United States Department of Agriculture

**Antelope County, Nebraska**

PRODUCER INITIALS

**Common Land Unit** Tract Boundary
Non-Cropland
Cropland

**Wetland Determination**
- Restricted Use
- Limited Restrictions
- Exempt from Wetland Provisions

2022 NAIP Ortho Imagery

**ALL CROPS ARE NON-IRRIGATED AND INTENDED USE IS GRAIN UNLESS SPECIFIED**

Tract Cropland Total: 534.27 acres

2024 Program Year
Map Created May 14, 2024

Farm **7920**
Tract **5332**

United States Department of Agriculture (USDA) Farm Service Agency (FSA) maps are for FSA Program administration only. This map does not represent a legal survey or reflect actual ownership; rather it depicts the information provided directly from the producer and/or National Agricultural Imagery Program (NAIP) imagery. The producer accepts the data 'as is' and assumes all risks associated with its use. USDA-FSA assumes no responsibility for actual or consequential damage incurred as a result of any user's reliance on this data outside FSA Programs. Wetland identifiers do not represent the size, shape, or specific determination of the area. Refer to your original determination (CPA-026 and attached maps) for exact boundaries and determinations or contact USDA Natural Resources Conservation Service (NRCS).

USDA United States Department of Agriculture

**Antelope County, Nebraska**

PRODUCER INITIALS

*Morga Rouch*
*DAH*



23-26-5W

19-26-4W

NAG
G2
50 Dan Winkelbauer
50 Luke

24-26-5W

2
305.78

T 5331

NAG
G2

50 Dan Winkelbauer
50 Luke

130.22
NHEL

1B
65.72

Jim Conn
1A 64.5
5-28-24

100 Sunshine

NAG
G2

26-26-5W

25-26-5W

30-26-4W

**Common Land Unit** ☐ Tract Boundary
☐ Non-Cropland
☐ Cropland

2022 NAIP Ortho Imagery

**2024 Program Year**
Map Created May 14, 2024

**Wetland Determination**
● Restricted Use
▼ Limited Restrictions
■ Exempt from Wetland Provisions

**ALL CROPS ARE NON-IRRIGATED AND INTENDED USE IS GRAIN UNLESS SPECIFIED**

**Farm 7920**
**Tract 5331**

Tract Cropland Total: 130.22 acres

United States Department of Agriculture (USDA) Farm Service Agency (FSA) maps are for FSA Program administration only. This map does not represent a legal survey or reflect actual ownership; rather it depicts the information provided directly from the producer and/or National Agricultural Imagery Program (NAIP) imagery. The producer accepts the data 'as is' and assumes all risks associated with its use. USDA-FSA assumes no responsibility for actual or consequential damage incurred as a result of any user's reliance on this data outside FSA Programs. Wetland identifiers do not represent the size, shape, or specific determination of the area. Refer to your original determination (CPA-026 and attached maps) for exact boundaries and determinations or contact USDA Natural Resources Conservation Service (NRCS).

SR-SUBP_000012

**USDA** United States Department of Agriculture

**Antelope County, Nebraska**

PRODUCER INITIALS *DqnL*



KS NAG

S 24.02

Im Soy
17
5-*████*24

100 Sunshine

NAG
KS

1A
223.50

T 4859

① 223.50
HEL

2-25-5W

NAG
LS

14A 69.25
Im Soy

100 Sunshine

13
93.94

Dry Soy
14B 80.87

14
150.12
HEL

KS
NAG

12.77 HEL Dry Soy

34-26-5W

35-26-5W

36-26-5W

3-25-5W

48 3.36 NAG

9 10.17

10-26-5W

11-25-5W

1-25-5W

12-25-5W

**Common Land Unit** ☐ Tract Boundary
☐ Non-Cropland
☐ Cropland

**Wetland Determination**
● Restricted Use
▽ Limited Restrictions
■ Exempt from Wetland Provisions

2022 NAIP Ortho Imagery

**ALL CROPS ARE NON-IRRIGATED AND INTENDED USE IS GRAIN UNLESS SPECIFIED**

Tract Cropland Total: 376.39 acres

2024 Program Year
Map Created May 14, 2024

**Farm 7920**
**Tract 4859**

United States Department of Agriculture (USDA) Farm Service Agency (FSA) maps are for FSA Program administration only. This map does not represent a legal survey or reflect actual ownership; rather it depicts the information provided directly from the producer and/or National Agricultural Imagery Program (NAIP) imagery. The producer accepts the data 'as is' and assumes all risks associated with its use. USDA-FSA assumes no responsibility for actual or consequential damage incurred as a result of any user's reliance on this data outside FSA Programs. Wetland identifiers do not represent the size, shape, or specific determination of the area. Refer to your original determination (CPA-026 and attached maps) for exact boundaries and determinations or contact USDA Natural Resources Conservation Service (NRCS)

SR-SUBP_000013



USDA United States Department of Agriculture

Antelope County, Nebraska                    PRODUCER INITIALS DCH

Common Land Unit ☐ Tract Boundary
☐ Non-Cropland
☐ Cropland

Wetland Determination
● Restricted Use
▼ Limited Restrictions
■ Exempt from Wetland Provisions

2022 NAIP Ortho Imagery
ALL CROPS ARE NON-IRRIGATED AND INTENDED
USE IS GRAIN UNLESS SPECIFIED

2024 Program Year
Map Created May 14, 2024

Farm 7920
Tract 4956

Tract Cropland Total: 305.85 acres

United States Department of Agriculture (USDA) Farm Service Agency (FSA) maps are for FSA Program administration only. This map does not represent a legal survey or reflect actual ownership, rather it depicts the information provided directly from the producer and/or National Agricultural Imagery Program (NAIP) imagery. The producer accepts the data 'as is' and assumes all risks associated with its use. USDA-FSA assumes no responsibility for actual or consequential damage incurred as a result of any user's reliance on this data outside FSA Programs. Wetland identifiers do not represent the size, shape, or specific determination of the area. Refer to your original determination (CPA-026 and attached maps) for exact boundaries and determinations or contact USDA Natural Resources Conservation Service (NRCS).

USDA United States Department of Agriculture

**Antelope County, Nebraska**

PRODUCER INITIALS



**Common Land Unit** ☐ Tract Boundary
- ▨ Non-Cropland
- ☐ Cropland

**Wetland Determination**
- ● Restricted Use
- ▽ Limited Restrictions
- ■ Exempt from Wetland Provisions

2022 NAIP Ortho Imagery

ALL CROPS ARE NON-IRRIGATED AND INTENDED
USE IS GRAIN UNLESS SPECIFIED

Tract Cropland Total: 562.95 acres

**2024 Program Year**
Map Created May 14, 2024

**Farm 7920**
**Tract 6552**

United States Department of Agriculture (USDA) Farm Service Agency (FSA) maps are for FSA Program administration only. This map does not represent a legal survey or reflect actual ownership, rather it depicts the information provided directly from the producer and/or National Agricultural Imagery Program (NAIP) imagery. The producer accepts the data 'as is' and assumes all risks associated with its use. USDA-FSA assumes no responsibility for actual or consequential damage incurred as a result of any user's reliance on this data outside FSA Programs. Wetland identifiers do not represent the size, shape, or specific determination of the area. Refer to your original determination (CPA-026 and attached maps) for exact boundaries and determinations or contact USDA Natural Resources Conservation Service (NRCS).

SR–SUBP  000015



USDA United States Department of Agriculture

## Antelope County, Nebraska

PRODUCER INITIALS

Common Land Unit ▭ Tract Boundary

Non-Cropland

Cropland

**Wetland Determination**

- Restricted Use
- Limited Restrictions
- Exempt from Wetland Provisions

2022 NAIP Ortho Imagery

ALL CROPS ARE NON-IRRIGATED AND INTENDED USE IS GRAIN UNLESS SPECIFIED

Tract Cropland Total: 156.72 acres

2024 Program Year

Map Created April 26, 2024

Farm **7920**

Tract **2367**

Shares = Doug Hill 100%

United States Department of Agriculture (USDA) Farm Service Agency (FSA) maps are for FSA Program administration only. This map does not represent a legal survey or reflect actual ownership; rather it depicts the information provided directly from the producer and/or National Agricultural Imagery Program (NAIP) imagery. The producer accepts the data 'as is' and assumes all risks associated with its use. USDA-FSA assumes no responsibility for actual or consequential damage incurred as a result of any user's reliance on this data outside FSA Programs. Wetland identifiers do not represent the size, shape, or specific determination of the area. Refer to your original determination (CPA-026 and attached maps) for exact boundaries and determinations or contact USDA Natural Resources Conservation Service (NRCS).



USDA United States Department of Agriculture

Antelope County, Nebraska

PRODUCER INITIALS

Common Land Unit — Tract Boundary
Non Cropland
Cropland

Wetland Determination
● Restricted Use
▼ Limited Restrictions
■ Exempt from Wetland Provisions

2022 NAIP Ortho Imagery

ALL CROPS ARE NON-IRRIGATED AND INTENDED
USE IS GRAIN UNLESS SPECIFIED

Tract Cropland Total: 104.84 acres

2024 Program Year
Map Created April 26, 2024

Farm 7920
Tract 4782



USDA United States Department of Agriculture

## Antelope County, Nebraska

PRODUCER INITIALS

23-26-5W
19-26-4W
24-26-5W
NI NAG/BL
50 Lucas
50 Dawn
2
305.78
T 5331
1B
Irr
NAG/BL
65.72
50 Lucas
50 Dawn
130.22
NHEL
25-26-5W
26-26-5W
30-26-4W

Common Land Unit
Tract Boundary
Non Cropland
Cropland

**Wetland Determination**
- Restricted Use
- Limited Restrictions
- Exempt from Wetland Provisions

2022 NAIP Ortho Imagery

ALL CROPS ARE NON-IRRIGATED AND INTENDED USE IS GRAIN UNLESS SPECIFIED

Tract Cropland Total 130.22 acres

2024 Program Year
Map Created April 26, 2024

**Farm 7920**
**Tract 5331**

Shares - Doug Hall 100%

United States Department of Agriculture (USDA) Farm Service Agency (FSA) maps are for FSA Program administration only. This map does not represent a legal survey or reflect actual ownership; rather it depicts the information provided directly from the producer and/or National Agricultural Imagery Program (NAIP) imagery. The producer accepts the data 'as is' and assumes all risks associated with its use. USDA-FSA assumes no responsibility for actual or consequential damage incurred as a result of any user's reliance on this data outside FSA Programs. Wetland identifiers do not represent the size, shape, or specific determination of the area. Refer to your original determination (CPA-026 and attached maps) for exact boundaries and determinations or contact USDA Natural Resources Conservation Service (NRCS).

SR-SUBP_000018

**USDA** United States Department of Agriculture

## Antelope County, Nebraska

PRODUCER INITIALS

### Common Land Unit
Tract Boundary
Non-Cropland
Cropland

### Wetland Determination
- Restricted Use
- ▽ Limited Restrictions
- ■ Exempt from Wetland Provisions

2022 NAIP Ortho Imagery
ALL CROPS ARE NON-IRRIGATED AND INTENDED
USE IS GRAIN UNLESS SPECIFIED

Tract Cropland Total: 391.61 acres

**2024 Program Year**
Map Created May 14, 2024

Farm **7920**
Tract **2366**

United States Department of Agriculture (USDA) Farm Service Agency (FSA) maps are for FSA Program administration only. This map does not represent a legal survey or reflect actual ownership, rather it depicts the information provided directly from the producer and/or National Agricultural Imagery Program (NAIP) imagery. The producer accepts the data 'as is' and assumes all risks associated with its use. USDA-FSA assumes no responsibility for actual or consequential damage incurred as a result of any user's reliance on this data outside FSA Programs. Wetland identifiers do not represent the size, shape, or specific determination of the area. Refer to your original determination (CPA-026 and attached maps) for exact boundaries and determinations or contact USDA Natural Resources Conservation Service (NRCS).

USDA United States Department of Agriculture **Antelope County, Nebraska**

PRODUCER INITIALS 



**Common Land Unit** ☐ Tract Boundary
☐ Non-Cropland
☐ Cropland

**Wetland Determination**
● Restricted Use
▼ Limited Restrictions
■ Exempt from Wetland Provisions

2022 NAIP Ortho Imagery

ALL CROPS ARE NON-IRRIGATED AND INTENDED
USE IS GRAIN UNLESS SPECIFIED

Tract Cropland Total: 187.32 acres

**2024 Program Year**
Map Created May 14, 2024

**Farm 7920**
**Tract 4781**

United States Department of Agriculture (USDA) Farm Service Agency (FSA) maps are for FSA Program administration only. This map does not represent a legal survey or reflect actual ownership, rather it depicts the information provided directly from the producer and/or National Agricultural Imagery Program (NAIP) imagery. The producer accepts the data 'as is' and assumes all risks associated with its use. USDA-FSA assumes no responsibility for actual or consequential damage incurred as a result of any user's reliance on this data outside FSA Programs. Wetland identifiers do not represent the size, shape, or specific determination of the area. Refer to your original determination (CPA-026 and attached maps) for exact boundaries and determinations or contact USDA Natural Resources Conservation Service (NRCS).

SR-SUBP_000020



# Antelope County, Nebraska

USDA United States Department of Agriculture

PRODUCER INITIALS

Common Land Unit — Tract Boundary
Non-Cropland
Cropland

Wetland Determination
● Restricted Use
▼ Limited Restrictions
■ Exempt from Wetland Provisions

2022 NAIP Ortho Imagery

ALL CROPS ARE NON-IRRIGATED AND INTENDED
USE IS GRAIN UNLESS SPECIFIED

Tract Cropland Total: 156.72 acres

2024 Program Year
Map Created May 14, 2024

Farm 7920
Tract 2367

United States Department of Agriculture (USDA) Farm Service Agency (FSA) maps are for FSA Program administration only. This map does not represent a legal survey or reflect actual ownership rather it depicts the information provided directly from the producer and/or National Agricultural Imagery Program (NAIP) imagery. The producer accepts the data 'as is' and assumes all risks associated with its use. USDA-FSA assumes no responsibility for actual or consequential damage incurred as a result of any user's reliance on this data outside FSA Programs. Wetland identifiers do not represent the size, shape, or specific determination of the area. Refer to your original determination (CPA-026 and attached maps) for exact boundaries and determinations or contact USDA Natural Resources Conservation Service (NRCS).

**USDA** United States Department of Agriculture

**Antelope County, Nebraska**

3-26-5W / Walt Fwistenau

PRODUCER INITIALS _DPM_

2024 Program Year
Map Created May 14, 2024

Farm **7920**

Tract **4782**

2022 NAIP Ortho Imagery

ALL CROPS ARE NON-IRRIGATED AND INTENDED
USE IS GRAIN UNLESS SPECIFIED

Tract Cropland Total: 104.84 acres

**Common Land Unit**  ☐ Tract Boundary
Non-Cropland
Cropland

**Wetland Determination**
● Restricted Use
▼ Limited Restrictions
■ Exempt from Wetland Provisions

United States Department of Agriculture (USDA) Farm Service Agency (FSA) maps are for FSA Program administration only. This map does not represent a legal survey or reflect actual ownership, rather it depicts the information provided directly from the producer and/or National Agricultural Imagery Program (NAIP) imagery. The producer accepts the data 'as is' and assumes all risks associated with its use. USDA-FSA assumes no responsibility for actual or consequential damage incurred as a result of any user's reliance on this data outside FSA Programs. Wetland identifiers do not represent the size, shape, or specific determination of the area. Refer to your original determination (CPA-026 and attached maps) for exact boundaries and determinations or contact USDA Natural Resources Conservation Service (NRCS)

Schaber

USDA
United States
Department of
Agriculture

## Antelope County, Nebraska

PRODUCER INITIALS _Nall_



50 Todd
60 Travis Wernicke

13-26-5W

18-26-4W

T 2395

3
155.34

2
0.97

24-26-5W

19-26-4W

N

**Common Land Unit**

☐ Non-Cropland

▭ Tract Boundary

**Wetland Determination**

● Restricted Use

▼ Limited Restrictions

■ Exempt from Wetland Provisions

0   120   240        480
Feet

2022 NAIP Ortho Imagery

**ALL CROPS ARE NON-IRRIGATED AND INTENDED
USE IS GRAIN UNLESS SPECIFIED**

Tract Cropland Total:  0.00 acres

**2024 Program Year**

Map Created May 14, 2024

Farm **7920**

Tract **2395**

United States Department of Agriculture (USDA) Farm Service Agency (FSA) maps are for FSA Program administration only. This map does not represent a legal survey or reflect actual
ownership, rather it depicts the information provided directly from the producer and/or National Agricultural Imagery Program (NAIP) imagery. The producer accepts the data 'as is' and
assumes all risks associated with its use. USDA-FSA assumes no responsibility for actual or consequential damage incurred as a result of any user's reliance on this data outside FSA
Programs. Wetland identifiers do not represent the size, shape, or specific determination of the area. Refer to your original determination (CPA-026 and attached maps) for exact
boundaries and determinations or contact USDA Natural Resources Conservation Service (NRCS)

SR-SUBP 000023

USDA United States Department of Agriculture

**Antelope County, Nebraska**    PRODUCER INITIALS _DWH_



12-26-5W

Nelson

30 Todd Wierick
30 Travis
100 Sunshine

G 2

**T 2362**

13-26-5W
1
77.35

18-26-4W

**Common Land Unit**
- Non-Cropland
- Tract Boundary

**Wetland Determination**
- Restricted Use
- Limited Restrictions
- Exempt from Wetland Provisions

2022 NAIP Ortho Imagery
ALL CROPS ARE NON-IRRIGATED AND INTENDED
USE IS GRAIN UNLESS SPECIFIED

Tract Cropland Total: 0.00 acres

**2024 Program Year**
Map Created May 14, 2024
Farm **7920**
Tract **2362**

United States Department of Agriculture (USDA) Farm Service Agency (FSA) maps are for FSA Program administration only. This map does not represent a legal survey or reflect actual ownership; rather it depicts the information provided directly from the producer and/or National Agricultural Imagery Program (NAIP) imagery. The producer accepts the data 'as is' and assumes all risks associated with its use. USDA-FSA assumes no responsibility for actual or consequential damage incurred as a result of any user's reliance on this data outside FSA Programs. Wetland identifiers do not represent the size, shape, or specific determination of the area. Refer to your original determination (CPA-026 and attached maps) for exact boundaries and determinations or contact USDA Natural Resources Conservation Service (NRCS).

USDA
United States
Department of
Agriculture

**Antelope County, Nebraska**     Streakruss     PRODUCER INITIALS   Da M

13-26-5W

18-26-4W

3
144.63

**T 2363**

19-26-4W

24-26-5W

G7

1
10.30
NHEL

4
0.51

**Common Land Unit**   ☐ Tract Boundary
☐ Non-Cropland
☐ Cropland

**Wetland Determination**
● Restricted Use
▼ Limited Restrictions
■ Exempt from Wetland Provisions

2022 NAIP Ortho Imagery

ALL CROPS ARE NON-IRRIGATED AND INTENDED
USE IS GRAIN UNLESS SPECIFIED

Tract Cropland Total: 10.30 acres

**2024 Program Year**
Map Created May 14, 2024

**Farm 7920**
**Tract 2363**

United States Department of Agriculture (USDA) Farm Service Agency (FSA) maps are for FSA Program administration only. This map does not represent a legal survey or reflect actual ownership rather it depicts the information provided directly from the producer and/or National Agricultural Imagery Program (NAIP) imagery. The producer accepts the data 'as is' and assumes all risks associated with its use. USDA-FSA assumes no responsibility for actual or consequential damage incurred as a result of any user's reliance on this data outside FSA Programs. Wetland identifiers do not represent the size, shape, or specific determination of the area. Refer to your original determination (CPA-026 and attached maps) for exact boundaries and determinations or contact USDA Natural Resources Conservation Service (NRCS)

SR-SUBP_000025