**From:** Ron Temple <rtemple@FVTlawyers.com>
**Sent:** Tuesday, January 21, 2025 3:06 PM
**To:** Phil Kelly <pkelly@scottsblufflaw.com>
**Subject:** Sunshine Ranch/Zuhlke BK

Phil:

      I have been authorized to increase the offer to $1.7M under the same terms and conditions as previously stated. I would reiterate that Rabo should feel very lucky that both Doug Hall and myself are honest individuals and alerted Rabo to the existence of the shares of Lisa. Also, as I have advised, I believe the Trustee/Rabo could obtain cooperation from us regarding the location of collateral that is still subject to Rabo's security interest and/or which has not been levied upon in execution. As mentioned, I don't believe that the appropriate amount of investigation has occurred relative to the disappearance of Rabo's collateral and/or assets that could be used to satisfy the Judgment against Al and Lisa. Thank you.

| FITZGERALD VETTER TEMPLE BARTELL & HENDERSON | **Ronald E. Temple**<br>RTemple@FVTLawyers.com<br>**1002 Riverside Boulevard - Suite 200**<br>**Norfolk, NE 68701**<br>(402) 371-7770 – Phone<br>(402) 371-7822 – Fax<br>FVTLawyers.com |
|---|---|

This transmittal is intended only for the use of the individual or entity named above and may contain information that is confidential, subject to the attorney-client privilege, subject to the attorney work product doctrine and/or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this message in error, please immediately notify the sender by replying to his/her e-mail address noted above and delete this message. IRS Circular 230 Disclaimer: Any tax advice expressed in this communication is neither written nor intended to be used, and cannot be used, by any taxpayer for the purpose of avoiding federal tax penalties. A formal opinion complying with IRS Circular 230 may be required to avoid federal tax penalties.

4898-9218-4374, v. 1

**EXHIBIT C**