# Goodman, Lauren

| | |
|---|---|
| **From:** | Phil Kelly <pkelly@scottsblufflaw.com> |
| **Sent:** | Friday, March 21, 2025 5:24 PM |
| **To:** | Goodman, Lauren |
| **Cc:** | 'Richard P. Garden Jr.' |
| **Subject:** | FW: farm leases |

Lauren,

I have been reviewing two farm leases between the Debtors and Derek and Dillan. I assume the lease have been the same since 2022. I have asked for proof of payment from Brad Easland, but have not received any information. Dick Garden has provided copies of Alden's debtor's exam showing that he did not received rent for 2022. I assume the same is true for 2023 and 2024

A simple calculation based on the leases results in unpaid rent for three years totaling 9000 bushels for Dillon's lease and 5108.1 for Dereck's lease. Assuming an average price of $6.25 per bushel over the past three years Dillon owes the BK estate $56,250 and Derick owes the estate $31,925.62.

If you have evidence concerning payment please send the documents. Otherwise please consider this email as a demand for payment. The lease require "through discussion" of any dispute.

I look forward to your comments.

Phil Kelly

Philip M. Kelly
Douglas, Kelly, Ostdiek, Snyder,
Ossian and Vogl, P.C.
105 East 16th Street – PO Box 419
Scottsbluff NE  69361
Phone:  308.632.7191
Fax:  308.635.1387
Toll free:  888.644.6854



The information contained in this email is protected by the attorney/client privilege and is confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any unauthorized disseminations, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us by telephone immediately.