IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE:<br><br>ALDEN H. ZUHLKE and<br>LISA A. ZUHLKE,<br><br>Debtors. | Case No. BK 24-40267-BSK<br>(Chapter 7) |
| PHILIP M. KELLY, CHAPTER 7 TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>ALDEN H. ZUHLKE, LISA A. ZUHLKE,<br>DEREK A. ZUHLKE and KIMBERLY A.<br>ZUHLKE, DILLAN A. ZUHLKE and<br>MICHELLE L. ZUHLKE,<br><br>Defendants. | ADV PRO. No. 24-4011 |

## CERTIFICATE OF SERVICE

THE UNDERSIGNED hereby certifies that on April 11, 2025, copies of the Court's Notices Setting Hearing with Affidavit Evidence (Filing Nos. 68 and 69) with respect to the *Motion to Stay Case Pending Sale of Debtors' Undisputed Assets* (Filing No. 66) and *Motion to Extend Expert Witness Disclosure Deadline to Allow For Completion of Discovery with Regard to Sunshine Ranch Co. and Resolution of Defendants' Motion to Stay* (Filing No. 67), were mailed by U.S. Mail, first class, postage prepaid to the Court's label matrix attached hereto.

DATED this 1st day of May, 2025.

                                            DEREK A. ZUHLKE and KIMBERLY A.
                                            ZUHLKE, and DILLAN A. ZUHLKE and
                                            MICHELLE L. ZUHLKE Defendants

                                            By:   */s/ Lauren R. Goodman*
                                            Lauren R. Goodman (#24645)
                                            McGrath North Mullin & Kratz, PC LLO
                                            First National Tower, Suite 3700

    1601 Dodge Street
Omaha, NE 68102
(402)341-3070
(402)341-0216 (fax)
lgoodman@mcgrathnorth.com
ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 1st day of May, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all parties of record.

    */s/ Lauren R. Goodman*
Lauren R. Goodman

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0867-4<br>Case 24-04011-BSK<br>District of Nebraska<br>Lincoln Office<br>Fri Apr 11 15:41:32 CDT 2025 | Farm Credit Services of America FLCA<br>c/o Brian S. Koerwitz<br>5825 S. 14th Street, Ste. 200<br>Lincoln, NE 68512-1233 | Alden H. Zuhlke<br>86033 527 Ave<br>Brunswick, NE 68720-3044 |
| Lisa A. Zuhlke<br>86033 527 Ave<br>Brunswick, NE 68720-3044 | Richard P. Garden Jr.+<br>Cline, Williams, Wright, Johnson<br>233 South 13th Street<br>1900 U.S. Bank Building<br>Lincoln, NE 68508 | Brian S. Koerwitz +<br>Peetz Koerwitz & Lafleur, PC LLO<br>5825 S. 14th Street<br>Suite 200<br>Lincoln, NE 68512-1233 |
| Lauren R. Goodman +<br>McGrath North Mullin & Kratz, PC LLO<br>First National Bank Tower, Suite 3700<br>1601 Dodge Street<br>Omaha, NE 68102-1650 | John F. Zimmer +<br>Cline Williams Law Firm<br>233 South 13th Street<br>1900 U.S. Bank Building<br>Lincoln, NE 68508 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Philip M. Kelly, Chapter 7 Trustee | (u)Derek A. Zuhlke | (u)Dillan A. Zuhlke |
| (u)Kimberly A. Zuhlke | (u)Michelle L. Zuhlke | End of Label Matrix<br>Mailable recipients    7<br>Bypassed recipients    5<br>Total                 12 |