IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE:<br><br>ALDEN H. ZUHLKE and<br>LISA A. ZUHLKE,<br><br>　　　　　Debtors. | Case No. BK 24-40267-BSK<br>(Chapter 7) |
| PHILIP M. KELLY, CHAPTER 7 TRUSTEEE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ALDEN H. ZUHLKE, LISA A. ZUHLKE, DEREK A. ZUHLKE and KIMBERLY A. ZUHLKE, DILLAN A. ZUHLKE and MICHELLE L. ZUHLKE,<br><br>　　　　　Defendants.<br><br>FARM CREDIT SERVICES OF AMERICA, FLCA,<br><br>　　　　　Intervenor. | A24-4011-BSK<br><br>**CERTIFICATE OF SERVICE** |

　　　COMES NOW the Plaintiff Philip M. Kelly, Chapter 7 Trustee, and gives notice that on this 7th day of May, 2025, he served the Court's Order on Motion to Compel Discovery (Fil. No. 85) via U.S. mail, first class postage prepaid on the following:

　　Alden H. Zuhlke
　　86033 527 Ave
　　Brunswick, NE 68720

　　Lisa A. Zuhlke
　　86033 527 Ave
　　Brunswick, NE 68720

PHILIP M. KELLY, CHAPTER 7 TRUSTEE

By:   /s/ Richard P. Garden, Jr.
      Richard P. Garden, Jr. - #17685
      John F. Zimmer, V - #26127
      CLINE WILLIAMS
      WRIGHT JOHNSON & OLDFATHER, L.L.P.
      233 South 13th Street
      1900 U.S. Bank Building
      Lincoln, NE 68508-2095
      (402) 474-6900
      rgarden@clinewilliams.com
      jzimmer@clinewilliams.com

## CERTIFICATE OF SERVICE

     I hereby certify that on May 7, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of said filing to all CM/ECF participants.

                        /s/ Richard P. Garden, Jr.
                        Richard P. Garden, Jr.

4902-1920-8256, v. 1