IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE:<br><br>ALDEN H. ZUHLKE and LISA A. ZUHLKE,<br><br>Debtors. | Case No. BK 24-40267-BSK<br>(Chapter 7) |
| PHILIP M. KELLY, CHAPTER 7 TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>ALDEN H. ZUHLKE, LISA A. ZUHLKE, DEREK A. ZUHLKE and KIMBERLY A. ZUHLKE, DILLAN A. ZUHLKE and MICHELLE L. ZUHLKE,<br><br>Defendants. | ADV PRO. No. 24-4011 |

**DEFENDANTS DEREK A. ZUHLKE, KIMBERLY A. ZUHLKE, DILLAN A. ZUHLKE AND MICHELLE L. ZUHLKE'S NOTICE OF SERVICE OF SUPPLEMENTAL INTERROGATORIES, EXPERT DISCLOSURES AND SUPPLEMENTAL DOCUMENT PRODUCTIONS**

COMES NOW the Defendants, Derek A. Zuhlke and Kimberly A. Zuhlke, and Dillan A. Zuhlke and Michelle L. Zuhlke (collectively "Defendants"), and gives notice that on this 21st day of May, 2025, the following documents were served upon counsel of record via electronic mail.

1. Derek and Kimberly Zuhlkes' First Supplemental Responses to Plaintiff's Interrogatories;
2. Dillan and Michelle Zuhlkes' First Supplemental Responses to Plaintiff's Interrogatories;
3. Defendants' Expert Disclosures; and
4. Defendants' Second and Third Supplemental Document Production.

DATED this 21st day of May, 2025.

    DEREK A. ZUHLKE and KIMBERLY A. ZUHLKE, and
DILLAN A. ZUHLKE and MICHELLE L. ZUHLKE
Defendants

By: /s/ *Lauren R. Goodman*
Lauren R. Goodman (#24645)
McGrath North Mullin & Kratz, PC LLO
First National Tower, Suite 3700
1601 Dodge Street
Omaha, NE  68102
(402)341-3070
(402)341-0216 (fax)
lgoodman@mcgrathnorth.com
ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2025, I electronically filed the foregoing document with the Clerk of the court using the CM/ECF system which sent notification of said filing to all CM/ECF participants.

    /s/ *Lauren R. Goodman*