IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE:<br><br>ALDEN H. ZUHLKE and<br>LISA A. ZUHLKE,<br><br>   Debtors.<br>_____<br><br>PHILIP M. KELLY, CHAPTER 7 TRUSTEE,<br><br>   Plaintiff,<br><br>   v.<br><br>ALDEN H. ZUHLKE, LISA A. ZUHLKE,<br>DEREK A. ZUHLKE and KIMBERLY A.<br>ZUHLKE, DILLAN A. ZUHLKE and<br>MICHELLE L. ZUHLKE,<br><br>   Defendants. | Case No. BK 24-40267-BSK<br>(Chapter 7)<br><br><br><br><br><br>ADV PRO. No. 24-4011<br><br><br>**DEFENDANTS' MOTION FOR<br>SUMMARY JUDGMENT** |

     Defendants, Derek A. Zuhlke, Dillan A. Zuhlke, Kimberly A. Zuhlke and Michelle L. Zuhlke (collectively referred to as "Defendants") through their counsel, hereby move the Court pursuant to Fed.R.Bankr.P. 7056 *et seq.* for summary judgment on the claims asserted by Plaintiff, Philip M. Kelly, Chapter 7 Trustee ("Plaintiff"). As more fully explained in Defendants' Brief in Support of Motion for Summary Judgment, there is no genuine dispute as to any material fact and Defendants are entitled to judgment as a matter of law, because Plaintiff cannot prove all elements required to establish relief under 11 U.S.C. § 544(b).

     WHEREFORE, Defendants respectfully request that the Court grant their Motion and enter judgment in their favor, dismissing Plaintiff's Complaint with prejudice and awarding all costs to which they are entitled under the law.

DATED this 3ʳᵈ day of July, 2025.

          **DEREK A. ZUHLKE, KIMBERLY A. ZUHLKE, DILLAN A. ZUHLKE AND MICHELLE L. ZUHLKE**, Defendants

          By: */s/ Lauren R. Goodman*
          Lauren R. Goodman (#24645)
          McGrath North Mullin & Kratz, PC LLO
          First National Tower, Suite 3700
          1601 Dodge Street
          Omaha, Nebraska 68102
          (402) 341-3070
          (402) 341-0216 fax
          lgoodman@mcgrathnorth.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served by electronic filing utilizing the Court's CM/ECF system which gave notification electronically upon all parties who have filed an appearance or motion by electronic filing in this case on this 3rd day of July, 2025.

          */s/ Lauren R. Goodman*