IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE:<br><br>ALDEN H. ZUHLKE and<br>LISA A. ZUHLKE,<br><br>Debtors. | Case No. BK 24-40267-BSK<br>(Chapter 7) |

| | |
|---|---|
| PHILIP M. KELLY, CHAPTER 7<br>TRUSTEEE,<br><br>Plaintiff,<br><br>v.<br><br>ALDEN H. ZUHLKE, LISA A. ZUHLKE,<br>DEREK A. ZUHLKE and KIMBERLY A.<br>ZUHLKE, DILLAN A. ZUHLKE and<br>MICHELLE L. ZUHLKE,<br><br>Defendants.<br><br>FARM CREDIT SERVICES OF AMERICA,<br>FLCA,<br><br>Intervenor. | Ad. Proc. 24-4011-BSK<br><br><br>**MOTION TO DISMISS, WITH<br>PREJUDICE** |

COMES NOW Plaintiff Philip M. Kelly, Chapter 7 Trustee, and moves the Court for an order dismissing the Plaintiff's Complaint filed in this adversary proceeding with prejudice. In compliance with Local Rule 7001-1(B), the Plaintiff states that the Plaintiff, Derek A. Zuhlke and Kimberly A. Zuhlke executed a Settlement Agreement dated as of July 21, 2025, and that the Plaintiff, Dillan A. Zuhlke and Michelle L. Zuhlke executed a Settlement Agreement dated as of July 22, 2025, which were approved by this Court on August 21, 2025, pursuant to which Defendants paid Plaintiff $800,000 and the parties granted mutual releases for the dismissal of this adversary proceeding.

Plaintiff further shows to the Court that Dillan A. Zuhlke and Michelle L. Zuhlke continue to owe to the Plaintiff $250.00 pursuant to the provisions of paragraph 9 of their settlement agreement and that this dismissal shall be without prejudice to the Plaintiff's right to collect said sum and that the disclaimer set forth in paragraph 9 of the settlement agreement with Dillan A. Zuhlke and Michelle L. Zuhlke shall not be effective until said sum is paid.

PHILIP M. KELLY, CHAPTER 7 TRUSTEE, Plaintiff

By:   /s/ Richard P. Garden, Jr.
      Richard P. Garden, Jr. - #17685
      John F. Zimmer, V - #26127
      CLINE WILLIAMS
      WRIGHT JOHNSON & OLDFATHER, L.L.P.
      233 South 13th Street
      1900 U.S. Bank Building
      Lincoln, NE 68508-2095
      (402) 474-6900
      rgarden@clinewilliams.com
      jzimmer@clinewilliams.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of said filing to all CM/ECF participants.

/s/ Richard P. Garden, Jr.
Richard P. Garden, Jr.

4911-1106-3669, v. 1